THEODORE E. BACON (CA Bar No. 115395)
tbacon@fbtlaw.com
JACOB M. CLARK (CA Bar No. 266630)
jclark@fbtlaw.com
FROST BROWN TODD LLP
633 W. Fifth Street, Suite 900
Los Angeles, California 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

Attorneys for Defendants
JAVIER NAVARRO, JEFFREY KLEIN, and BOYD MULLOY and Defendant and Counter-Claimant
SUNRISE FOOD SERVICE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAKEMARK USA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JAVIER NAVARRO, an individual, JEFFREY KLEIN, an individual, ROY BAHNER, an individual, GARY HARDGROVE, an individual, CAPITOL DISTRIBUTION COMPANY, LLC d/b/a CAPITOL FOOD CO., a California limited liability company SUNRISE FOOD SERVICE, INC., a California corporation, and DOES 1 through 50, inclusive.<br><br>    Defendants.<br><br>AND CROSS-RELATED ACTION. | **CASE NO.: 2:21-cv-02499-JAK-AGR**<br><br>**DISTRICT JUDGE:**<br>  Hon. John A. Kronstadt<br><br>**MAGISTRATE JUDGE:**<br>  Hon. Alicia G. Rosenberg<br><br>**DECLARATION OF THEODORE E. BACON IN SUPPORT OF THE OPPOSITION TO *DAUBERT* MOTION IN LIMINE NO. 1 TO EXCLUDE REPORT AND TESTIMONY OF CONSTANTINE M. BOUKIDIS**<br><br>Date:    **April 1, 2024**<br>Time:    **8:30 a.m.**<br>Location: **Courtroom 10C**<br><br>**ACTION FILED:** March 23, 2021 |

///

# DECLARATION OF THEODORE E. BACON

I, THEODORE E. BACON, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and am a shareholder of the law firm of Frost Brown Todd LLP, attorneys of record for defendants Javier Navarro ("Navarro"), Jeffrey Klein ("Klein"), and Boyd Mulloy ("Mulloy") and defendant and cross-claimant Sunrise Food Services, Inc. ("Sunrise" and collectively, the "Defendants"). I am responsible for prosecuting this matter on behalf of Sunrise Defendants. As such, I have personal knowledge of all the facts except as to those matters stated on information and belief, and, as to those matters, I believe them to be true. If called as a witness to testify as such, I could and would testify competently under oath.

2. I submit this declaration in support of Defendants' Opposition to Motion in Limine No. 1 to preclude the report and testimony of Constantine Boukidis filed by plaintiff and counter-defendant BakeMark USA, LLC ("BakeMark").

3. On August 2, 2023, I participated in the deposition of Constantine M. Boukidis. Attached hereto as **Exhibit 1** is a true and correct copy of pages 1-3, 9-10 and 79-80, of the Transcript for the Deposition of Mr. Boukidis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 25, 2024, at Los Angeles, California.

                                           */s/ Theodore E. Bacon*
                                           Theodore E. Bacon, Declarant

AS13313.0858531   4859-6004-6001v1

# **EXHIBIT 1**

Constantine M. Boukidis - August 2, 2023

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3     _____
                                               )
 4     BAKEMARK USA, LLC, a Delaware           )
       LLC,                                    )
 5                                             )
                      Plaintiff,               )
 6                                             ) Case No.
              vs.                              ) 2:21-cv-02499JAK
 7                                             ) (AGR)
       JAVIER NAVARRO, an individual,          )
 8     JEFFREY KLEIN, an individual,           )
       CAPITOL DISTRIBUTION COMPANY,           )
 9     LLC d/b/a CAPITOL FOOD CO., a           )
       California limited liability            )
10     company, SUNRISE FOOD SERVICE,          )
       INC., a California corporation,         )
11     BOYD MULLOY, an individual,             )
       THOMAS ALTAVILLA, an individual,        )
12     and DOES 1 through 50, inclusive,       )
                                               )
13                    Defendants.              )
       _____)
14
15
16            REMOTE VIDEOTAPED DEPOSITION OF
17                 CONSTANTINE M. BOUKIDIS
18                   Altadena, California
19                Wednesday, August 2, 2023
20                        Volume I
21
22
       Reported by:   SUZANNE F. GUDELJ
23     CSR No. 5111
24     Job No. 6021656
25     PAGES 1 - 80
```

Page 1

Constantine M. Boukidis - August 2, 2023

```
              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA

_____
                                    )
BAKEMARK USA, LLC, a Delaware       )
LLC,                                )
                                    )
              Plaintiff,            )
                                    )
       vs.                          )  Case No.
                                    )  2:21-cv-02499JAK
JAVIER NAVARRO, an individual,      )  (AGR)
JEFFREY KLEIN, an individual,       )
CAPITOL DISTRIBUTION COMPANY,       )
LLC d/b/a CAPITOL FOOD CO., a       )
California limited liability        )
company, SUNRISE FOOD SERVICE,      )
INC., a California corporation,     )
BOYD MULLOY, an individual,         )
THOMAS ALTAVILLA, an individual,    )
and DOES 1 through 50, inclusive,   )
                                    )
              Defendants.           )
_____)
```

      Remote videotaped deposition of
CONSTANTINE M. BOUKIDIS, Volume I, taken on
behalf of Plaintiff BakeMark USA, LLC, at
Altadena, California, beginning at 10:14 a.m.
and ending at 12:04 p.m., on Wednesday, August
2, 2022, before SUZANNE F. GUDELJ, Certified
Shorthand Reporter No. 5111.

Page 2

Constantine M. Boukidis - August 2, 2023

```
 1    APPEARANCES:
 2
 3    For Plaintiff and Counter-Defendant BakeMark USA,
 4    LLC:
 5       NORTON ROSE FULBRIGHT US LLP
 6       BY:   JAYESH PATEL, ESQ.
 7       BY:   CHAKAMEH GANJI, ESQ.
 8       555 South Flower Street, 41st Floor
 9       Los Angeles, California 90071
10       (213) 892-9200
11       jayesh.patel@nortonrosefulbright.com
12       chakameh.ganji@nortonrosefulbright.com
13
14    For Defendants Sunrise Food Service, Inc., Javier
15    Navarro, Jeffrey Klein and Boyd Mulloy:
16       FROST BROWN TODD LLP
17       BY:   THEODORE E. BACON, ESQ.
18       633 W. Fifth Street, Suite 900
19       Los Angeles, California 90071
20       (714) 852-6800
21       tbacon@fbtlaw.com
22
23    Also Present:
24       ZAVEN BAGHDANIAN:   Veritext Videographer
25
```

Page 3

Constantine M. Boukidis - August 2, 2023

| | | |
|---|---|---|
| 1 | Q    Do you recognize -- and I'll do this as | |
| 2 | slowly or as quickly as you wish.  Do you recognize | |
| 3 | this document as your initial opinion in connection | |
| 4 | with this case? | |
| 5 | A    Yes, my initial report. | 10:19:23 |
| 6 | Q    Your initial report.  All right.  This | |
| 7 | report sets forth your opinion as to your -- your | |
| 8 | calculation of claimed damages by Sunrise; is that | |
| 9 | correct? | |
| 10 | A    That is correct. | 10:19:37 |
| 11 | Q    In that regard, you identified materials | |
| 12 | that you considered items 1 through 6.  Do you see | |
| 13 | that? | |
| 14 | A    Yes. | |
| 15 | Q    Okay.  Since preparing this report, have | 10:19:48 |
| 16 | you looked at anything in addition to items 1 | |
| 17 | through 6? | |
| 18 | A    Yes, I was provided with your client's | |
| 19 | initial expert disclosures, of Mr. O'Bryan's report | |
| 20 | and rebuttal report, and Volume II of Mr. John | 10:20:04 |
| 21 | Kupniewski's -- I'm sure I'm butchering the poor | |
| 22 | gentlemen's name -- and Desiree Mendoza, her | |
| 23 | deposition as well. | |
| 24 | Q    Okay.  In reviewing those materials, did | |
| 25 | you feel it necessary to make any changes to the | 10:20:21 |

```
 1    report marked here as exhibit -- as part of
 2    Exhibit 2?
 3        A    I did not.
 4        Q    Did you do anything after reviewing those
 5    materials to check the accuracy of any of the              10:20:34
 6    calculations contained or -- contained in the
 7    documents supporting the report?
 8        A    I did not.
 9        Q    Okay.  Did you have anybody else do that?
10        A    No, I don't recall -- I mean, I --               10:20:49
11    Mr. Thomas Munson assisted me on the report, and
12    Munson is M-u-n-s-o-n, but I don't recall -- I mean,
13    I know he reviewed the subsequent documents, but I
14    don't think -- I mean, we didn't feel it necessary
15    to change the calculations.                               10:21:05
16        Q    Okay.  I'd like to go to item 1 underneath
17    the statement "After reviewing and analyzing the
18    documents."  Do you see that before you?
19        A    Yes, yes, I do.
20        Q    Mr. Mulloy -- you indicate here that "Mr.       10:21:22
21    Mulloy states that the BakeMark lawsuit caused a
22    6-month manufacturing delay for Sunrise."
23             Do you see that?
24        A    I do.
25        Q    Other than accepting Mr. Mulloy's               10:21:33
```

Page 10

Constantine M. Boukidis - August 2, 2023

```
 8        I, CONSTANTINE M. BOUKIDIS, do hereby
 9   declare under penalty of perjury that I have read
10   the foregoing transcript of my deposition; that I
11   have made such corrections as noted herein, in ink,
12   initialed by me, or attached hereto; that my
13   testimony as contained herein, as corrected, is true
14   and correct.
15        EXECUTED this  9th  day of  AUGUST    ,
16   2023, at  ALTADENA     ,  CALIFORNIA    .
17                    (City)              (State)
```

_____

CONSTANTINE M. BOUKIDIS
Volume I

Page 79

1    I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4    That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were duly sworn; that a record
8    of the proceedings was made by me using machine
9    shorthand which was thereafter transcribed under my
10   direction; that the foregoing transcript is a true
11   record of the testimony given.
12   Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [ ] was not requested.
16   I further, certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or party to this action.
19   IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21   Dated:   August 9, 2023
22
23   *[signature: Suzanne F. Gudelj]*
24   SUZANNE F. GUDELJ
     CSR No. 5111
25

Page 80

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **Frost Brown Todd LLP, 633 W. Fifth Street, Suite 900, Los Angeles, CA 90071**.

On March 25, 2024, I served the following document(s) on the interested parties in this action:

**DECLARATION OF THEODORE E. BACON IN SUPPORT OF THE OPPOSITION TO *DAUBERT* MOTION IN LIMINE NO. 1 TO EXCLUDE REPORT AND TESTIMONY OF CONSTANTINE M. BOUKIDIS**

☐ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY CM/ECF SYSTEM:** Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☐ **BY REGULAR MAIL:** I placed such envelope with postage thereon fully paid in the United States mail at Los Angeles, California. I am "readily familiar" with this firm's practice of collecting and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **BY ELECTRONIC SERVICE:** I caused the document(s) to be sent to the persons at the electronic notification address listed in the Service List.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on March 25, 2024, at Los Angeles, California.

*/s/ Belinda Slack*
Belinda Slack

# **SERVICE LIST**

*BakeMark USA, LLC v. Navarro, et al.*
USDC Case No. 2:21-cv-02499-JAK-AGR

| | |
|---|---|
| Jayesh Patel<br>Chakameh Ganji<br>Jacqueline C. Karama<br>NORTON ROSE FULBRIGHT US LLP<br>555 South Flower Street, 41st Floor<br>Los Angeles, CA 90071<br>Tel. (213) 892-9200<br>Fax. (213) 892-9494<br><br>E-mail:<br>jayesh.patel@nortonrosefulbright.com<br>chakameh.ganji@nortonrosefulbright.com<br>jackie.karama@nortonrosefulbright.com | Attorney for Plaintiff<br>BakeMark USA, LLC |

AS13313.0858531   4883-4941-9887v1