JAYESH PATEL (BAR NO. 132939)
jayesh.patel@nortonrosefulbright.com
CHAKAMEH GANJI (BAR NO. 311720)
chakameh.ganji@nortonrosefulbright.com
JACQUELINE C. KARAMA (BAR NO. 311120)
jackie.feick@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street, Forty-First Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494

Attorneys for Plaintiff and Counter-Defendant
BAKEMARK USA, LLC

THEODORE E. BACON (CA BAR NO. 115395)
TBACON@FBTLAW.COM
JACOB M. CLARK (CA BAR NO. 266630)
JCLARK@FBTLAW.COM
**FROST BROWN TODD, LLP**
633 W. FIFTH STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: (213) 229-2400
FACSIMILE: (213) 229-2499

Attorneys for Defendants Javier Navarro, Jeffrey
Klein, and Boyd Mulloy and Defendant and Cross-
Claimant Sunrise Food Service, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAKEMARK USA, LLC, a Delaware LLC, | Case No.  2:21-cv-02499-JAK-AGR |
| Plaintiff, | District Judge: Hon. John A. Kronstadt |
| v. | Magistrate Judge: Hon. Alicia G. Rosenberg |
| JAVIER NAVARRO, an individual, JEFFREY KLEIN, an individual, GARY HARDGROVE, an individual, CAPITOL DISTRIBUTION COMPANY, LLC d/b/a CAPITOL FOOD CO., a California limited liability company; SUNRISE FOOD SERVICE, INC., a California corporation, BOYD MULLOY, an individual, THOMAS ALTAVILLA, an individual, and DOES 1 through 50, inclusive, | **DEPOSITION DESIGNATION INDEX** |
| Defendants. | |

DOCUMENT PREPARED ON RECYCLED PAPER

- 1 -

SUNRISE FOOD SERVICE, INC., a California corporation,

Counterclaimant,

v.

BAKEMARK USA, LLC, a Delaware limited liability company and ROES 1-50, inclusive,

Counter-Defendants.

Complaint filed:      March 22, 3021
Counterclaim filed:   March 15, 2022
Trial Date:           November 19, 2024

Pursuant to the Court's Civil Standing Order (Revised 2023.10.26), and Local Rule 16-2.7, plaintiff and counter-defendant BakeMark USA LLC ("BakeMark") and defendants Javier Navarro ("Navarro"), Jeffrey Klein ("Klein"), and Boyd Mulloy ("Mulloy"), and defendant and cross-claimant Sunrise Food Services, Inc. ("Sunrise" and collectively, the "Sunrise Defendants"), by and through their respective counsel, hereby submit this Deposition Designation Index.

The deposition transcript of Desiree Mendoza is attached hereto as **Exhibit A**. BakeMark's designations are bracketed in green and the Sunrise Defendants' designations are bracketed in yellow.

## DEPOSITION DESIGNATIONS

| Sunrise Defendants' Designations | BakeMark's Objections to Designation | BakeMark's Counter Designations | Sunrise Defendants' Objections to Counter Designations |
|---|---|---|---|
| 9:8-12 | | 9:14-19 | |
| 17:4-19 | | | |
| 20:3-22:5 | | 22:6-19 | |
| 23:1-24:7 | | | |
| 25:25-29:24 | | | |

DOCUMENT PREPARED
ON RECYCLED PAPER

| Sunrise Defendants' Designations | BakeMark's Objections to Designation | BakeMark's Counter Designations | Sunrise Defendants' Objections to Counter Designations |
|---|---|---|---|
| 31:14-35:4 | | 35:5-14; 35:18-36:16 | |
| 36:17-38:17 | | | |
| 38:24-39:3 | | | |
| 39:11-40:2 | | | |
| 41:2-20 | | | |
| 42:1-22 | | | |
| 44:15-52:11 | 46:22-24: Hearsay; Foundation; Assumes facts not in evidence<br><br>47:8-10; 48:7-9; 48:10-16; 48:18-24; 49:4-6; and 49:17-20: Hearsay<br><br>50:11-25; 51:1-19; and 52:2: Hearsay; Relevance | | |
| 54:19-57:8 | 54:19-55:8: Hearsay; Relevance<br><br>56:10-13: Relevance<br><br>57:4-8: Videographer and attorney colloquy. | | |
| 58:22-63:15 | 59:16-25: | | |

DOCUMENT PREPARED
ON RECYCLED PAPER

| Sunrise Defendants' Designations | BakeMark's Objections to Designation | BakeMark's Counter Designations | Sunrise Defendants' Objections to Counter Designations |
|---|---|---|---|
| | Hearsay; Relevance<br><br>60:1-3: Relevance<br><br>61:25-62:25: Hearsay; Relevance; Assumes facts<br><br>63:13-15: Hearsay; Relevance; Assumes facts; inadmissible lay opinion | | |
| 64:12-68:22 | 64:12-65:21: Hearsay; Relevance<br><br>66:18-25: Hearsay; Relevance<br><br>67:1-22: Hearsay; Relevance<br><br>68:1-3: Hearsay; Relevance | 64:6-10<br>68:23-25 | |
| 70:6-71:19 | 70:24-71:2: Hearsay<br><br>71:8-19: Hearsay; Relevance. If this portion is allowed (which it should | | |

DOCUMENT PREPARED<br>ON RECYCLED PAPER

| Sunrise Defendants' Designations | BakeMark's Objections to Designation | BakeMark's Counter Designations | Sunrise Defendants' Objections to Counter Designations |
|---|---|---|---|
| | not be), then 71:20-72:8 should be read in as well. | | |
| 72:9-76:5 | 72:9-73:1: Hearsay<br><br>73:6-14: Relevance | 76:13-18; 76:21-77:9 | |
| 79:1-92:24 | 81:13-18; 82:18; 82:24-83:1; 86:9-25; 87:1-25; 88:1-12; 89:11-14; 90:21-91:1; 92:5-7; and 92:23-24 : Hearsay. If allowed in (which it should not be), then Exhibit 190 (Declaration of Belinda Zuniga_BMK 855-857) should be admitted | 93:5-19 | |
| 96:22-99:8 | 96:25-97:13: Hearsay. If allowed in (which it should not be), then Exhibit 192 (Declaration of Vuyphan Chau – BMK_860-861) should be admitted. | | |

DOCUMENT PREPARED ON RECYCLED PAPER

| Sunrise Defendants' Designations | BakeMark's Objections to Designation | BakeMark's Counter Designations | Sunrise Defendants' Objections to Counter Designations |
|---|---|---|---|
| | 98:15-24 and 99:6-8: Hearsay; Foundation | | |
| 99:23-103:3 | 99:23-100:10: Hearsay; Foundation.  101:6-102:10: Hearsay; Foundation; Relevance; Assumes facts. | 103:25-104:3; 104:18-24 and 105:5-11 | |
| 106:2-109:10 | 108:11-109:10: Hearsay; Incomplete (FRE 106). If allowed in (which it should not be), then Exhibit 192 (Declaration of Vuyphan Chau – BMK_860-861) should be admitted.  108:21-23 and 109:4: Attorney colloquy. | | |
| 110:13-20 | 110:13-20: Hearsay; Foundation. If allowed in (which it should not be), then Exhibit 192 (Declaration of Vuyphan Chau – | | |

DOCUMENT PREPARED ON RECYCLED PAPER

| Sunrise Defendants' Designations | BakeMark's Objections to Designation | BakeMark's Counter Designations | Sunrise Defendants' Objections to Counter Designations |
|---|---|---|---|
| | BMK_860-861) should be admitted. | | |
| 113:8-117:7 | 115:1-25: Hearsay; Foundation; Relevance.<br><br>116:13: Attorney colloquy.<br><br>117:1-2: Hearsay; Foundation. | 111:11-113:7; 117:8-118:5 | |
| 118:6-17 | | 118:18-119:11; 120:10-122:3 | |
| 123:10-124:6 | 124:2-6: Relevance | 124:7-23 | |
| 124:25-125:20 | 125:6-11 and 125:16-17: Hearsay; Foundation. | 125:21-126:1; 126:5; 127:5-10; 127:23-25 | |
| 128:12-132:14 | 129:6-130:2: Leading<br><br>130:3-22: Hearsay; Leading<br><br>131:5-24: Hearsay; Foundation. | | |

DOCUMENT PREPARED
ON RECYCLED PAPER

DEPOSITION DESIGNATION INDEX

1  Dated:  December 5, 2024          **NORTON ROSE FULBRIGHT US LLP**

2

3

4                                    By  _/s/ Jacqueline C. Karama_
                                        JACQUELINE C. KARAMA
5                                       Attorneys for Plaintiff and Counter-
                                        Defendant BakeMark USA, LLC

6

7  Dated:  December 5, 2024          **FROST BROWN TODD, LLP**

8

9

10                                   By  _/s/ Theodore E. Bacon_
                                        THEODORE E. BACON
11                                      Attorney for Defendants Javier Navarro,
                                        Jeffrey Klein, and Boyd Mulloy and
12                                      Defendant and Cross-Claimant Sunrise
                                        Food Service, Inc.

13

14                    **FILER'S ATTESTATION**

15          The undersigned hereby attests that concurrence in the filing of this document

16  has been obtained from counsel and is electronically signed with the express

17  permission of counsel.

18  DATED: December 5, 2024           **NORTON ROSE FULBRIGHT US LLP**

19

20

21          _/s/ Jacqueline C. Karama_
            JACQUELINE C. KARAMA
22          Attorney for Plaintiff and Cross-
            Defendant BakeMark USA, LLC

23

24

25

26

27

28

DOCUMENT PREPARED
ON RECYCLED PAPER

# EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3                      - - -
 4   BAKEMARK USA, LLC, a Delaware  ) Case No.
     LLC,                           ) 2:21-cv-02499
 5           Plaintiff,             ) JAK(AGR)
             vs.                    )
 6   JAVIER NAVARRO, an individual, )
     JEFFREY KLEIN, an individual,  )
 7   GARY HARDGROVE, an individual, )
     CAPITOL DISTRIBUTION COMPANY,  )
 8   LLC d/b/a CAPITOL FOOD CO., a  )
     California limited liability   )
 9   company, SUNRISE FOOD SERVICE, )
     INC., a California corporation,)
10   BOYD MULLOY, an individual,    )
     THOMAS ALTAVILLA, an           )
11   individual, and DOES 1 through )
     50, inclusive,                 )
12           Defendants.            )
     - - - - - - - - - - -          )
13   SUNRISE FOOD SERVICE, INC., a  )
     California corporation,        )
14           Counter-Claimant,      )
             vs.                    )
15   BAKEMARK USA, LLC, a Delaware  )
     limited liability company and  )
16   ROES 1-50, inclusive,          )
             Counter-Defendants.    )
17   - - - - - - - - - - -          )
18   VIDEOTAPED DEPOSITION VIA THE ZOOM PLATFORM OF:
19              DESIREE MENDOZA
20              FRIDAY, MARCH 17, 2023
21              1:03 P.M.
22
23   Reported by:
24              TERI J. NELSON
25              CSR NO. 7682, AL CCR, RPR
```

Defendants

BakeMark's counter

BakeMark's objections

Page 1

1            Videotaped Deposition via the Zoom platform

2   of DESIREE MENDOZA, the witness, taken on behalf of

3   the Plaintiff and Counter-Defendant BakeMark USA,

4   LLC, on Friday, March 17, 2023, 1:03 P.M., before

5   Teri J. Nelson, CSR No. 7682, AL CCR, RPR, pursuant

6   to Notice.

7

8   APPEARANCES OF COUNSEL (All parties appearing

9   remotely):

10

11  FOR PLAINTIFF AND COUNTER-DEFENDANT BAKEMARK USA,

12  LLC:

13            NORTON ROSE FULBRIGHT US LLP

14            BY:  CHAKAMEH GANJI, ESQ.

15            555 South Flower Street

16            41st Floor

17            Los Angeles, California 90071

18            213-892-9200

19            chakameh.ganji@nortonrosefulbright.com

20

21

22

23

24

25

                                        Page  2

```
 1    APPEARANCES (Continued):

 2

 3    FOR DEFENDANTS SUNRISE FOOD SERVICE, INC., JAVIER

 4    NAVARRO, JEFFREY KLEIN AND BOYD MULLOY:

 5              FROST BROWN TODD LLP

 6              BY:  THEODORE E. BACON, ESQ.

 7              633 West 5th Street

 8              Suite 900

 9              Los Angeles, California 90071

10              714-852-6800

11              tbacon@fbtlaw.com

12

13    ALSO PRESENT:

14              Richard Smith, Videographer, Veritext

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

```
 1                    I N D E X

 2

 3   WITNESS            EXAMINATION              PAGE

 4   DESIREE MENDOZA

 5                    By Ms. Ganji:             9

 6                    By Mr. Bacon:             128

 7

 8                  E X H I B I T S

 9   NO.           DESCRIPTION                  PAGE

10   Exhibit 1     Five-page document entitled  14

11                 "Notice of Deposition of Desiree

12                 Mendoza"

13   Exhibit 2     Three pages of E-mails, the one  43

14                 at the top of the first page

15                 being from Desiree Mendoza to

16                 Steve Kodo and others dated

17                 November 18, 2021, Bates stamped

18                 SUNRISE 013867 through

19                 SUNRISE 013869

20   Exhibit 3     One-page invoice, Bates stamped  58

21                 BMK_884

22

23

24

25

                                       Page  4
```

```
 1                    E X H I B I T S
 2    NO.           DESCRIPTION                      PAGE
 3    Exhibit 4    13-page document entitled         93
 4                 "Defendant Sunrise Food Service,
 5                 Inc.'s Amended Responses to
 6                 Plaintiff BakeMark USA, LLC's
 7                 Interrogatories Set No. Three"
 8    Exhibit 5    Two-page document entitled        111
 9                 "Declaration of Vuyphan Chau,"
10                 Bates stamped BMK_00000860
11                 through BMK_00000861
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1                    FRIDAY, MARCH 17, 2023

 2                         1:03 P.M.

 3

 4            THE VIDEOGRAPHER:  Good morning.          13:03:09

 5            We're on the record.                     13:03:10

 6            Today's date is March 17th, 2023.        13:03:11

 7            The time is 1:03 p.m.                     13:03:14

 8            Please note that the deposition is being  13:03:18

 9     conducted virtually.                            13:03:19

10            The quality of the recording depends upon 13:03:21

11     the quality of the camera and the Internet       13:03:22

12     connection of the participants.                  13:03:25

13            What is seen from the witness and heard on 13:03:27

14     screen is what will be recorded.                 13:03:29

15            The audio and video recording will continue 13:03:33

16     to take place unless all parties agree to go off the 13:03:34

17     record.                                           13:03:37

18            This is media unit number one of the       13:03:39

19     video-recorded deposition of Ms. Desiree Mendoza. 13:03:42

20            To- -- the deposition is being taken by    13:03:46

21     counsel for the Plaintiff and Counter-Defendant in 13:03:49

22     the matter of BakeMark USA, LLC versus Javier     13:03:51

23     Navarro, et al., pending trial in the U.S. District 13:03:58

24     Court for the Central District of California.  The 13:04:01

25     docket number is 2:21-cv-02499 JAK(AGR).          13:04:04
```

Page 6

| | | |
|---|---|---|
| 1 | The deposition is being conducted | 13:04:16 |
| 2 | virtually. | 13:04:19 |
| 3 | My name is Richard Smith.  I'm the | 13:04:19 |
| 4 | videographer.  I represent Veritext Legal Solutions. | 13:04:21 |
| 5 | The court reporter today is Ms. Teri | 13:04:25 |
| 6 | Nelson.  She's also representing Veritext. | 13:04:28 |
| 7 | I am not related to any party in this | 13:04:30 |
| 8 | action, nor am I financially interested in the | 13:04:32 |
| 9 | outcome. | 13:04:34 |
| 10 | If there are any objections to the | 13:04:36 |
| 11 | proceeding, please state them at the time of your | 13:04:37 |
| 12 | appearance. | 13:04:40 |
| 13 | If counsel and all present will now state | 13:04:41 |
| 14 | their appearances and affiliations for the record, | 13:04:43 |
| 15 | and we'll begin with the noticing attorney. | 13:04:46 |
| 16 | MS. GANJI:  This is Chakameh Ganji on | 13:04:49 |
| 17 | behalf of Plaintiff and Counter-Defendant BakeMark | 13:04:51 |
| 18 | USA, LLC. | 13:04:54 |
| 19 | MR. BACON:  And Theodore Bacon on behalf of | 13:04:57 |
| 20 | Defendant Javier Navarro, Jeff Klein, Boyd Mulloy | 13:04:59 |
| 21 | and Sunrise Food Service, Inc., and I'm here also on | 13:05:05 |
| 22 | behalf of the witness, a former employee of -- of | 13:05:08 |
| 23 | Sunrise Food Service, Inc. | 13:05:10 |
| 24 | BY MS. GANJI: | |
| 25 | Q.  Hello, Mrs. Mendoza. | |

Page 7

```
 1        A.  Hello.

 2        Q.  Can you please state and spell your --

 3            THE REPORTER:  Sorry.

 4            Let -- let me --

 5            THE VIDEOGRAPHER:  We have to swear the

 6   witness.

 7            THE REPORTER:  -- jump in very quickly and

 8   swear the witness.

 9            I'm so sorry.

10            MS. GANJI:  I'm so sorry.

11            THE VIDEOGRAPHER:  I'm sorry.

12            MS. GANJI:  I forgot --

13            THE REPORTER:  That's all right.

14

15                  DESIREE MENDOZA,

16              having been first duly sworn, was

17              examined and testified as follows:

18

19            THE VIDEOGRAPHER:  One moment.

20            This is the videographer.              13:05:41

21            THE WITNESS:  Can I -- does it matter that  13:05:41

22   my name is spelled wrong, though, on the bottom  13:05:42

23   here?                                          13:05:45

24            Will that make any difference.        13:05:45

25            THE VIDEOGRAPHER:  I'll fix that.     13:05:47
```

Page 8

```
 1           THE WITNESS:  It's --                    13:05:52

 2           MS. GANJI:  Thank you.                   13:05:53

 3                                                    13:05:53

 4                      EXAMINATION                   13:05:53

 5                                                    13:05:53

 6   BY MS. GANJI:                                    13:05:53

 7      Q.  And this will help.                       13:05:54

 8           If you could please state and spell your 13:05:55

 9   name for the record, please.                     13:05:58

10      A.  It's D-e-s-i-r-e-e, Mendoza, M-e-n-d-o-z-a. 13:05:59

11           That's right.                            13:06:04

12      Q.  Thank you.                                13:06:05

13      A.  Sure.                                     13:06:05

14      Q.  And Mr. Bacon said he's representing you  13:06:07

15   today.                                           13:06:10

16           Do you have a separate agreement with    13:06:11

17   Mr. Bacon, or is counsel being provided to you by 13:06:13

18   Sunrise?                                         13:06:17

19      A.  Counsel is being provided by me by Sunrise. 13:06:18

20      Q.  Okay.  Thank you.                         13:06:21

21           All right.  I'll just -- have you ever had 13:06:23

22   a dep- -- your deposition taken before?          13:06:25

23      A.  No.                                       13:06:27

24      Q.  Okay.  I will go over some -- quickly try  13:06:27

25   to go over some ground rules with you.           13:06:31
```

Page 9

| | | |
|---|---|---|
| 1 | Okay? | 13:06:33 |
| 2 | A.  Okay. | 13:06:33 |
| 3 | Q.  Do you understand that even though we are | 13:06:34 |
| 4 | in an informal and remote setting, your testimony is | 13:06:36 |
| 5 | under oath and has the same force and effect as if | 13:06:39 |
| 6 | you were in court? | 13:06:42 |
| 7 | A.  Yes. | 13:06:43 |
| 8 | Q.  Okay.  My -- you know, my questions, your | 13:06:44 |
| 9 | answers and any of the comments by Mr. Bacon are | 13:06:46 |
| 10 | going to be taken down by the court reporter. | 13:06:51 |
| 11 | A.  Okay. | 13:06:52 |
| 12 | Q.  If you answer a question, we will assume | 13:06:53 |
| 13 | you understood it. | 13:06:55 |
| 14 | Okay? | 13:06:57 |
| 15 | A.  Okay. | 13:06:57 |
| 16 | Q.  Virtual depositions are obviously going to | 13:06:59 |
| 17 | be a little bit tricky. | 13:07:01 |
| 18 | It's natural in a conversation to | 13:07:03 |
| 19 | interrupt, I'm guilty for that myself, or to | 13:07:06 |
| 20 | anticipate what someone else will say, and so I ask | 13:07:10 |
| 21 | that we all try and do our best not to speak over | 13:07:12 |
| 22 | one another, let me finish asking my question, | 13:07:16 |
| 23 | Mr. Bacon may or may not state an objection, and | 13:07:18 |
| 24 | then you can go ahead and answer. | 13:07:21 |
| 25 | On that -- | 13:07:25 |

Page 10

| | | |
|---|---|---|
| 1 | A.   Oh, it -- it -- it's -- it's still wrong. | 13:07:25 |
| 2 | THE VIDEOGRAPHER:  Oh, my God. | 13:07:25 |
| 3 | THE WITNESS:  I'm sorry. | 13:07:29 |
| 4 | If it makes a difference. | 13:07:30 |
| 5 | It's -- it's two Es at the end. | 13:07:31 |
| 6 | 'Cause it popped up on my screen that it | 13:07:34 |
| 7 | was changed. | 13:07:36 |
| 8 | My name is still wrong. | 13:07:37 |
| 9 | THE VIDEOGRAPHER:  I'm sorry. | 13:07:39 |
| 10 | It's D-e-s-i-r -- | 13:07:40 |
| 11 | THE WITNESS:  I-r-e-e. | 13:07:41 |
| 12 | THE VIDEOGRAPHER:  E-e. | 13:07:43 |
| 13 | Okay.  Thank you. | 13:07:44 |
| 14 | THE WITNESS:  Sure. | 13:07:46 |
| 15 | THE VIDEOGRAPHER:  I flunked spelling. | 13:07:46 |
| 16 | THE WITNESS:  Sorry. | 13:07:48 |
| 17 | I didn't mean to interrupt you. | 13:07:49 |
| 18 | MS. GANJI:  That's okay. | 13:07:51 |
| 19 | We want it to be correct. | 13:07:52 |
| 20 | THE WITNESS:  Yes. | 13:07:53 |
| 21 | THE VIDEOGRAPHER:  Yeah. | 13:07:53 |
| 22 | My apologies. | 13:07:53 |
| 23 | THE WITNESS:  I don't want to do it again. | 13:07:54 |
| 24 | BY MS. GANJI: | 13:07:54 |
| 25 | Q.   So the -- and on that note, I'll let you | 13:07:56 |

Page 11

| | | |
|---|---|---|
| 1 | know that the court reporter cannot take down a | 13:07:58 |
| 2 | shake of the head, so please make sure all your | 13:08:00 |
| 3 | responses are audible, a yes or a no. | 13:08:03 |
| 4 | A.  Okay. | 13:08:05 |
| 5 | Q.  Okay? | 13:08:05 |
| 6 | I may at various times ask you for | 13:08:06 |
| 7 | estimates, dates and times, and I'm entitled to your | 13:08:08 |
| 8 | best estimate, but we don't want you to guess. | 13:08:13 |
| 9 | A.  Okay. | 13:08:15 |
| 10 | Q.  I'll go ahead and give you some examples of | 13:08:16 |
| 11 | the difference. | 13:08:18 |
| 12 | So an estimate is based on your personal | 13:08:19 |
| 13 | knowledge, so if I ask you to estimate the size of a | 13:08:21 |
| 14 | table you have seen, you could do that in feet or | 13:08:24 |
| 15 | inches because you've had some personal knowledge | 13:08:29 |
| 16 | after having seen that table, but if I ask you to | 13:08:31 |
| 17 | estimate the length of table here at my office, you | 13:08:34 |
| 18 | couldn't do that because you haven't actually seen | 13:08:38 |
| 19 | it, so you'd have to guess, and we do not want you | 13:08:40 |
| 20 | to guess. | 13:08:43 |
| 21 | A.  Okay. | 13:08:44 |
| 22 | Q.  Do you understand -- do you understand -- | 13:08:44 |
| 23 | A.  Yes. | 13:08:45 |
| 24 | Q.  -- the difference? | 13:08:45 |
| 25 | Okay.  If you want -- let me know if you | 13:08:47 |

Page 12

| | | |
|---|---|---|
| 1 | need to take a break. | 13:08:49 |
| 2 | I just ask that if we're in the middle of a | 13:08:50 |
| 3 | question you answer my question first, and then we | 13:08:52 |
| 4 | take the break. | 13:08:54 |
| 5 | Does that make sense? | 13:08:55 |
| 6 | A.  Yes. | 13:08:56 |
| 7 | Q.  Are you under the influence of any | 13:09:00 |
| 8 | medication right now? | 13:09:01 |
| 9 | A.  Nope. | 13:09:02 |
| 10 | Q.  Sorry. | 13:09:03 |
| 11 | I'm getting -- have you had any alcohol in | 13:09:04 |
| 12 | the last 24 hours? | 13:09:06 |
| 13 | A.  No. | 13:09:07 |
| 14 | Q.  Is there any reason why you could not give | 13:09:09 |
| 15 | truthful and accurate testimony here today? | 13:09:12 |
| 16 | A.  No. | 13:09:14 |
| 17 | Q.  Is there anyone else in the room with you? | 13:09:16 |
| 18 | A.  No. | 13:09:19 |
| 19 | Just pets. | 13:09:19 |
| 20 | Q.  Okay.  Where are you located right now? | 13:09:22 |
| 21 | A.  In my house. | 13:09:24 |
| 22 | Q.  In what city? | 13:09:27 |
| 23 | A.  Whittier, California. | 13:09:29 |
| 24 | Q.  Just note that after the deposition | 13:09:32 |
| 25 | concludes, there will be a transcript prepared for | 13:09:34 |

Page 13

| | | |
|---|---|---|
| 1 | your testimony, and you will have an opportunity to | 13:09:37 |
| 2 | review that transcript and make changes that you | 13:09:40 |
| 3 | feel are necessary. | 13:09:42 |
| 4 | Just note that if you make any changes to | 13:09:43 |
| 5 | your testimony, it could affect your credibility. | 13:09:45 |
| 6 | Do you understand that? | 13:09:47 |
| 7 | A.  Okay. | 13:09:48 |
| 8 | Q.  Okay.  And have you ever been sued before? | 13:09:50 |
| 9 | A.  No. | 13:09:55 |
| 10 | Q.  Have you ever been retained as an expert | 13:09:56 |
| 11 | witness? | 13:09:59 |
| 12 | A.  No. | 13:10:00 |
| 13 | Q.  Okay.  Let me -- as Mr. Bacon said, let's | 13:10:00 |
| 14 | go ahead and start with the first exhibit, and that | 13:10:04 |
| 15 | way we can go through that and make sure we all | 13:10:07 |
| 16 | understand how to work the exhibits. | 13:10:09 |
| 17 | So let me mark this first exhibit. | 13:10:11 |
| 18 | Our first exhibit is going to be -- please | 13:10:19 |
| 19 | bear with me -- notice of deposition of Desiree | 13:10:24 |
| 20 | Mendoza. | 13:10:33 |
| 21 | (Whereupon, Plaintiff's Exhibit 1 was | 13:10:33 |
| 22 | marked for identification.) | 13:10:33 |
| 23 | BY MS. GANJI: | 13:10:33 |
| 24 | Q.  I just introduced the exhibit. | 13:10:36 |
| 25 | If you could please refresh your page. | 13:10:38 |

Page 14

| | | |
|---|---|---|
| 1 | A.   Okay. | 13:10:41 |
| 2 | Q.   Let me know if you don't see it. | 13:10:43 |
| 3 | Did you refresh your page? | 13:10:57 |
| 4 | Are you able to see it? | 13:10:58 |
| 5 | A.   No. | 13:11:00 |
| 6 | When you say -- refresh my page. | 13:11:04 |
| 7 | I had it a minute ago, but I don't see it | 13:11:08 |
| 8 | anywhere. | 13:11:10 |
| 9 | Q.   Wait. | 13:11:11 |
| 10 | You had what? | 13:11:12 |
| 11 | A.   Okay.  There -- there. | 13:11:12 |
| 12 | Okay.  I see it now. | 13:11:14 |
| 13 | Q.   Okay.  And you're able to view the | 13:11:15 |
| 14 | document? | 13:11:18 |
| 15 | Did you click on it? | 13:11:19 |
| 16 | A.   I click on it, but I don't see anything. | 13:11:21 |
| 17 | It just says "Exhibit NOD Desiree | 13:11:24 |
| 18 | Mendo-" -- | 13:11:27 |
| 19 | Oh, here -- okay. | 13:11:27 |
| 20 | Here it is.  Yes.  Now I see something. | 13:11:27 |
| 21 | Q.   And if you just click on that -- on that | 13:11:30 |
| 22 | document, you should -- it should pop up? | 13:11:33 |
| 23 | A.   Okay. | 13:11:35 |
| 24 | Yes. | 13:11:35 |
| 25 | Q.   And do you see it's a -- | 13:11:36 |

Page 15

| | | |
|---|---|---|
| 1 | There's a lot of things on there. | 13:11:39 |
| 2 | It should say right in the middle "Notice | 13:11:40 |
| 3 | of deposition of Desiree Mendoza." | 13:11:42 |
| 4 | Do you see that? | 13:11:44 |
| 5 | A. Deposition -- | 13:11:47 |
| 6 | Q. In bold. | 13:11:50 |
| 7 | A. Yes. There it is. | 13:11:56 |
| 8 | Q. Okay. So you see -- it should be a | 13:11:59 |
| 9 | document. It's five pages long. | 13:12:02 |
| 10 | Do you see that? | 13:12:05 |
| 11 | A. Um-hum. Yes. | 13:12:06 |
| 12 | Q. Have you seen this document be- -- before? | 13:12:08 |
| 13 | Excuse me. | 13:12:12 |
| 14 | A. I think it was sent to me originally. | 13:12:13 |
| 15 | Q. Okay. Do you -- when was it sent to you, | 13:12:15 |
| 16 | approximately? | 13:12:19 |
| 17 | A. Again -- all right. I won't say I know for | 13:12:19 |
| 18 | sure. | 13:12:23 |
| 19 | I think I had gotten an E-mail that -- that | 13:12:23 |
| 20 | it might say. | 13:12:28 |
| 21 | No, I didn't read through it, so I -- I'll | 13:12:29 |
| 22 | say no. | 13:12:31 |
| 23 | Q. That's okay. | 13:12:31 |
| 24 | It's just as long as you've seen the | 13:12:32 |
| 25 | document is fine as long as you recognize it. | 13:12:33 |

Page 16

| | | |
|---|---|---|
| 1 | A.  I see it now. | 13:12:36 |
| 2 | Q.  Okay. | 13:12:37 |
| 3 | A.  That's all -- all I'll say. | 13:12:37 |
| 4 | Q.  All right.  So what did you do to prepare | 13:12:37 |
| 5 | at this deposition today? | 13:12:40 |
| 6 | A.  I didn't really prepare to do anything to | 13:12:42 |
| 7 | prepare for this. | 13:12:46 |
| 8 | Q.  Did you meet with anybody? | 13:12:47 |
| 9 | A.  No. | 13:12:49 |
| 10 | Q.  Did you speak with anybody? | 13:12:50 |
| 11 | A.  Well, I just spoke to Mr. Bacon, and he | 13:12:53 |
| 12 | just told me regarding there's going to be a | 13:12:56 |
| 13 | deposition and -- deposition, and that was that, | 13:13:00 |
| 14 | that was the only thing that we spoke about in | 13:13:03 |
| 15 | regards to just kind of briefly, that's it. | 13:13:05 |
| 16 | Q.  Okay.  And any -- other than this document | 13:13:08 |
| 17 | that I -- that we're looking at right here, did you | 13:13:11 |
| 18 | view any other documents to prepare? | 13:13:13 |
| 19 | A.  No, not at all. | 13:13:15 |
| 20 | Q.  Okay.  And I might have asked, and I | 13:13:16 |
| 21 | apologize, but you -- and you said you did not speak | 13:13:19 |
| 22 | to -- have you spoken to anybody today -- I mean | 13:13:22 |
| 23 | prior to today about this deposition? | 13:13:24 |
| 24 | A.  No. | 13:13:27 |
| 25 | Q.  Okay. | 13:13:27 |

Page 17

| | | |
|---|---|---|
| 1 | All right.  Let's get -- what is the | 13:13:31 |
| 2 | highest level of education you've had in the -- | 13:13:35 |
| 3 | A.  Some college. | 13:13:39 |
| 4 | Q.  Okay.  Remember, let's -- let me finish the | 13:13:40 |
| 5 | question.  It's natural -- | 13:13:43 |
| 6 | A.  Oh, okay. | 13:13:44 |
| 7 | Q.  I'm -- I'm -- I'm guilty of it myself, I -- | 13:13:45 |
| 8 | but let's get through it so that the Madam Court | 13:13:48 |
| 9 | Reporter will have a clear record. | 13:13:51 |
| 10 | So -- | 13:13:52 |
| 11 | A.  Okay. | 13:13:52 |
| 12 | Q.  -- you've had some college. | 13:13:52 |
| 13 | And what year was that that you had | 13:13:54 |
| 14 | college? | 13:13:56 |
| 15 | A.  Gosh. | 13:13:57 |
| 16 | Maybe in '92, '90. | 13:13:58 |
| 17 | Q.  Okay.  Are you currently employed? | 13:14:00 |
| 18 | A.  Yes. | 13:14:02 |
| 19 | Q.  Where are you employed? | 13:14:04 |
| 20 | A.  First Choice Coffee and Water Services. | 13:14:06 |
| 21 | Q.  Okay.  What's your title at First Choice | 13:14:08 |
| 22 | Coffee and Water Services? | 13:14:15 |
| 23 | A.  Business development manager. | 13:14:17 |
| 24 | Q.  What are your responsibilities? | 13:14:20 |
| 25 | A.  Outside sales, hunting sales, customers, | 13:14:23 |

Page 18

```
 1    helping the customers bring in business.              13:14:31

 2        Q.   How did you -- well, how long have you been  13:14:32

 3    employed there?                                       13:14:35

 4        A.   Three months, so -- yes.                     13:14:36

 5        Q.   Okay.  How did you come about getting that   13:14:39

 6    position?                                             13:14:42

 7        A.   Through Indeed.                              13:14:43

 8        Q.   Okay.  And prior to First Choice Coffee and  13:14:47

 9    Water Services, where were you employed?              13:14:51

10        A.   Domestic Uniform.                            13:14:53

11        Q.   I'm sorry.                                   13:14:55

12             I didn't hear you.                           13:14:56

13             Can you say that again?                      13:14:56

14        A.   Domestic Uniform.                            13:14:57

15        Q.   Okay.  And what was your title at Domestic   13:14:59

16    Uniform?                                              13:15:02

17        A.   Outside sales.                               13:15:02

18        Q.   How long were you an outside -- in the       13:15:05

19    position of outside sales at Domestic Uniform?        13:15:09

20        A.   Just for a month --                          13:15:11

21        Q.   Okay.                                        13:15:13

22        A.   -- I believe --                              13:15:15

23        Q.   Okay.                                        13:15:15

24        A.   -- yeah.                                     13:15:17

25        Q.   How did you come about getting that          13:15:17
```

                                                    Page 19

| | | |
|---|---|---|
| 1 | position? | 13:15:19 |
| 2 | A.  Through Indeed. | 13:15:20 |
| 3 | Q.  Okay.  And prior to working at Domestic | 13:15:22 |
| 4 | Uniform, where were you employed? | 13:15:26 |
| 5 | A.  Sunrise. | 13:15:29 |
| 6 | Q.  And what was your title at Sunrise? | 13:15:31 |
| 7 | A.  Outside sales. | 13:15:34 |
| 8 | Q.  Okay.  And what were your responsibilities? | 13:15:36 |
| 9 | A.  Generate new business and maintain | 13:15:40 |
| 10 | customers. | 13:15:43 |
| 11 | Q.  Approximately how long did you work at | 13:15:45 |
| 12 | Sunrise? | 13:15:47 |
| 13 | A.  A year. | 13:15:48 |
| 14 | Q.  Do you -- do you know your approximate | 13:15:51 |
| 15 | start date? | 13:15:54 |
| 16 | A.  Maybe 2021 for a -- no. | 13:15:57 |
| 17 | I don't remember. | 13:16:05 |
| 18 | I -- until August of '22. | 13:16:06 |
| 19 | Q.  Okay.  So some -- so am I correct sometime | 13:16:10 |
| 20 | in 2021 you started; correct? | 13:16:13 |
| 21 | A.  Yes. | 13:16:15 |
| 22 | Q.  Okay.  And then in -- until August of | 13:16:17 |
| 23 | 2020 -- | 13:16:21 |
| 24 | A.  That's -- | 13:16:22 |
| 25 | Q.  -- 2022; correct? | 13:16:23 |

Page 20

| | | |
|---|---|---|
| 1 | A. Yes. Um-hum. | 13:16:24 |
| 2 | Q. Okay. Can you estimate whether or not it | 13:16:25 |
| 3 | was the first half or second half of 2021 that you | 13:16:28 |
| 4 | started at Sunrise? | 13:16:31 |
| 5 | A. I want to say -- oh, I think it was | 13:16:34 |
| 6 | May 17th I started. | 13:16:37 |
| 7 | Q. And that's May 17th of 2021 you started at | 13:16:41 |
| 8 | Sunrise? | 13:16:45 |
| 9 | A. Yes. | 13:16:46 |
| 10 | Q. How did you come to be an outside sales rep | 13:16:49 |
| 11 | at Sunrise? | 13:16:52 |
| 12 | A. Through Indeed. | 13:16:54 |
| 13 | Q. Do you -- I'm sorry. | 13:17:00 |
| 14 | One second. | 13:17:04 |
| 15 | Who did you report to at Sunrise? | 13:17:06 |
| 16 | A. Jeff Klein or -- Jeff -- or Boyd. | 13:17:10 |
| 17 | Q. Both of them, both Jeff -- did you report | 13:17:16 |
| 18 | to both Jeff -- | 13:17:19 |
| 19 | A. Well, they were both my managers at one | 13:17:20 |
| 20 | point. | 13:17:21 |
| 21 | It was first primarily Jeff, and then it | 13:17:22 |
| 22 | switched over to Boyd. | 13:17:26 |
| 23 | Q. Did you report to anybody else during that | 13:17:30 |
| 24 | time period? | 13:17:36 |
| 25 | A. There was other managers, Chris and Javier. | 13:17:37 |

Page 21

| | | |
|---|---|---|
| 1 | Q. And who's -- can you -- Chris, last name, | 13:17:43 |
| 2 | please? | 13:17:46 |
| 3 | A. I don't remember. | 13:17:47 |
| 4 | Q. Okay. And Javier Navarro; correct? | 13:17:47 |
| 5 | A. Yes. | 13:17:50 |
| 6 | Q. Did you report to Joe DeBilio? | 13:17:54 |
| 7 | A. Not really, no. | 13:17:56 |
| 8 | Q. Okay. Was there anyone that reported to | 13:18:01 |
| 9 | you? | 13:18:03 |
| 10 | A. No. | 13:18:03 |
| 11 | Q. Okay. Do you recall when -- around when | 13:18:13 |
| 12 | you found a position on Indeed.com that you | 13:18:18 |
| 13 | applied -- you know, you applied to for Sunrise? | 13:18:25 |
| 14 | A. Probably in April, and then I got a phone | 13:18:29 |
| 15 | call in -- you know, "We're just doing interviews," | 13:18:31 |
| 16 | and then I got the job. | 13:18:36 |
| 17 | Q. And was the Indeed.com job posting specific | 13:18:38 |
| 18 | to just any kind of sales, or was it -- | 13:18:44 |
| 19 | A. Outside sales. | 13:18:49 |
| 20 | Q. Just remember we have -- let -- to allow me | 13:18:50 |
| 21 | to finish the question. | 13:18:53 |
| 22 | A. Okay. | 13:18:53 |
| 23 | Q. Not -- it's -- it happens all the time. | 13:18:54 |
| 24 | Just a reminder. | 13:18:56 |
| 25 | So the -- let me ask again. | 13:18:57 |

Page 22

| | | |
|---|---|---|
| 1 | Do you recall whether the Indeed.com job | 13:19:00 |
| 2 | posting for Sunrise for outside sales, whether it | 13:19:03 |
| 3 | was specific to, you know, bakery or bakery products | 13:19:07 |
| 4 | or, for example, donut products? | 13:19:12 |
| 5 | Could you -- do you recall if that's the | 13:19:17 |
| 6 | case or whether it was just an outside sales job | 13:19:18 |
| 7 | posting? | 13:19:21 |
| 8 | A.  It -- I believe it was outside sales, | 13:19:23 |
| 9 | nothing to do with like bakery because I don't -- | 13:19:27 |
| 10 | 'cause I wasn't fami- -- I wasn't sure what it was | 13:19:32 |
| 11 | when they responded back to me.  I had put out a | 13:19:34 |
| 12 | dif- -- a bunch of job applications, and I don't | 13:19:38 |
| 13 | remember anything to do with bakery. | 13:19:41 |
| 14 | Q.  Okay.  So something more like a general | 13:19:43 |
| 15 | job -- you know, outside sales job ad. | 13:19:47 |
| 16 | A.  Right. | 13:19:49 |
| 17 | I'd never been in a food industry, and I | 13:19:50 |
| 18 | was more into manufacturing sales, so it wouldn't be | 13:19:54 |
| 19 | something I would go directly after food, and I | 13:19:59 |
| 20 | don't think it was, and I was surprised to find out | 13:20:02 |
| 21 | oh, that's what Sunrise was. | 13:20:04 |
| 22 | Q.  I see. | 13:20:06 |
| 23 | So you had not heard about Sunrise prior | 13:20:07 |
| 24 | to -- | 13:20:09 |
| 25 | A.  No. | 13:20:09 |

Page  23

| | | |
|---|---|---|
| 1 | Q.   Okay.   How did you apply when you found -- | 13:20:10 |
| 2 | So let me restart. | 13:20:15 |
| 3 | Once you found that job ad for Sunrise on | 13:20:16 |
| 4 | Indeed.com, how did you apply for the position? | 13:20:21 |
| 5 | A.   I sent in my resume or I just clicked on | 13:20:25 |
| 6 | the link, and then I think it shooted my resume off | 13:20:29 |
| 7 | to Sunrise. | 13:20:34 |
| 8 | Q.   I see. | 13:20:35 |
| 9 | So -- | 13:20:36 |
| 10 | THE VIDEOGRAPHER:   Hi. | 13:20:36 |
| 11 | This is Richard, the videographer. | 13:20:36 |
| 12 | BY MS. GANJI: | 13:20:36 |
| 13 | Q.   -- your resume was submitted through | 13:20:37 |
| 14 | Indeed.com as opposed to you separately sending an | 13:20:39 |
| 15 | E-mail outside of Indeed.com. | 13:20:43 |
| 16 | A.   Correct. | 13:20:45 |
| 17 | THE VIDEOGRAPHER:   This is the | 13:20:47 |
| 18 | videographer. | 13:20:49 |
| 19 | I hear some background noise. | 13:20:49 |
| 20 | Does somebody have their mic on that should | 13:20:52 |
| 21 | be muted? | 13:20:55 |
| 22 | THE WITNESS:   I'm sorry. | 13:20:56 |
| 23 | I think it's my pets. | 13:20:56 |
| 24 | THE VIDEOGRAPHER:   Oh, okay. | 13:20:58 |
| 25 | Okay.   And Ms. Ganji, if you could speak a | 13:20:59 |

Page 24

| | | |
|---|---|---|
| 1 | little louder or get closer to your microphone, I'm | 13:21:06 |
| 2 | not sure if the court reporter is okay with it, but | 13:21:09 |
| 3 | it sounds very low, your volume. | 13:21:09 |
| 4 | MS. GANJI:  Well, I don't think I've ever | 13:21:11 |
| 5 | been accused of speaking lightly. | 13:21:12 |
| 6 | Can you hear me better now? | 13:21:14 |
| 7 | THE VIDEOGRAPHER:  Oh, yeah. | 13:21:16 |
| 8 | That's great. | 13:21:17 |
| 9 | Thanks. | 13:21:18 |
| 10 | MS. GANJI:  Okay.  Sure. | 13:21:18 |
| 11 | THE VIDEOGRAPHER:  Sorry for the | 13:21:18 |
| 12 | interruption. | 13:21:18 |
| 13 | MS. GANJI:  My -- my speaker's right here | 13:21:19 |
| 14 | next to my -- | 13:21:21 |
| 15 | So if you hear it -- if you -- if I go down | 13:21:22 |
| 16 | again, let me know. | 13:21:23 |
| 17 | Let me go back. | 13:21:27 |
| 18 | Q.  So prior to applying for Sunrise you had | 13:21:29 |
| 19 | not heard about Sunrise before; correct? | 13:21:31 |
| 20 | A.  Correct. | 13:21:33 |
| 21 | Q.  And approximately when did you apply again? | 13:21:35 |
| 22 | A.  I'd say in April. | 13:21:40 |
| 23 | Q.  Okay.  Of 2021? | 13:21:41 |
| 24 | A.  Yes. | 13:21:46 |
| 25 | Q.  How were you contacted by Sunrise after you | 13:21:48 |

Page 25

| 1 | applied? | 13:21:51 |
| 2 | A.  I was contacted I -- by a Joe, I believe, | 13:21:53 |
| 3 | Joe DeBilio. | 13:21:58 |
| 4 | Q.  And how did Mr. DeBilio contact you? | 13:21:59 |
| 5 | For example, did he contact -- | 13:22:02 |
| 6 | A.  I think telephone -- I -- oh, sorry. | 13:22:03 |
| 7 | Q.  That's okay. | 13:22:05 |
| 8 | So were you -- your -- let me go back. | 13:22:06 |
| 9 | So how did he contact you? | 13:22:09 |
| 10 | For example, did he E-mail you or call you? | 13:22:12 |
| 11 | A.  Call me. | 13:22:14 |
| 12 | Q.  Okay. | 13:22:15 |
| 13 | A.  Yeah. | 13:22:16 |
| 14 | Q.  Do you recall that conversation? | 13:22:16 |
| 15 | A.  Vaguely. | 13:22:22 |
| 16 | Q.  What did you guys speak about? | 13:22:23 |
| 17 | A.  Just my history of selling. | 13:22:26 |
| 18 | Q.  I see. | 13:22:30 |
| 19 | Was that the -- was that the only interview | 13:22:34 |
| 20 | you had for Sunrise prior to starting? | 13:22:36 |
| 21 | A.  No. | 13:22:39 |
| 22 | I had a group interview I think with Joe, | 13:22:40 |
| 23 | Jeff, Javier and Boyd and Candace, the human | 13:22:48 |
| 24 | resource person. | 13:22:54 |
| 25 | Q.  So this group interview, it was everybody | 13:22:55 |

Page  26

| | | |
|---|---|---|
| 1 | at -- | 13:22:58 |
| 2 | A. All at once. It was with -- yes, all at | 13:22:58 |
| 3 | once. | 13:23:02 |
| 4 | Q. Then how -- | 13:23:02 |
| 5 | A. And then I came to the -- | 13:23:03 |
| 6 | Q. That's okay. | 13:23:05 |
| 7 | We'll -- let me -- I might actually ask you | 13:23:08 |
| 8 | what you were about to say. | 13:23:10 |
| 9 | So how was this group interview conducted? | 13:23:12 |
| 10 | A. Everybody was just asking me questions via | 13:23:14 |
| 11 | the phone. They want -- they wanted to know -- they | 13:23:17 |
| 12 | wanted to know if I knew sales or how I went about | 13:23:21 |
| 13 | sales. | 13:23:24 |
| 14 | Q. Okay. So let me make sure I understand | 13:23:26 |
| 15 | this correctly. | 13:23:29 |
| 16 | You were first contacted by Mr. Joe | 13:23:30 |
| 17 | DeBilio -- | 13:23:32 |
| 18 | A. Um-hum. | 13:23:33 |
| 19 | Q. -- by phone, and you had a phone | 13:23:33 |
| 20 | conversation; correct? | 13:23:35 |
| 21 | A. Yes. Um-hum. | 13:23:36 |
| 22 | Q. Then there was a group interview -- | 13:23:37 |
| 23 | A. Yes. | 13:23:41 |
| 24 | Q. -- with you, Joe, Jeff, Javier and Boyd and | 13:23:41 |
| 25 | Candace; correct? | 13:23:46 |

Page 27

| | | |
|---|---|---|
| 1 | A.  Yes. | 13:23:47 |
| 2 | Q.  How much -- what -- what was the time | 13:23:48 |
| 3 | difference?  How much between each one, the phone | 13:23:52 |
| 4 | call and the group interview?  How much time do you | 13:23:55 |
| 5 | think went by? | 13:23:59 |
| 6 | A.  Happened right away. | 13:23:59 |
| 7 | Q.  Okay.  And how -- was this -- when you say | 13:24:00 |
| 8 | it was a phone call, is it landline phone call? | 13:24:03 |
| 9 | Was there a Zoom call? | 13:24:06 |
| 10 | A.  It was supposed to be a Zoom, but I wasn't | 13:24:08 |
| 11 | able to get my computer working, so it just ended up | 13:24:10 |
| 12 | being a verbal call. | 13:24:14 |
| 13 | Q.  Understood. | 13:24:15 |
| 14 | And who set up the -- that group interview? | 13:24:16 |
| 15 | A.  I think it was Candace. | 13:24:20 |
| 16 | Q.  Okay.  Did you ask during that interview or | 13:24:25 |
| 17 | the group interview or the phone call with | 13:24:28 |
| 18 | Mr. DeBilio what you would be selling at your | 13:24:31 |
| 19 | interview? | 13:24:33 |
| 20 | A.  Yes. | 13:24:34 |
| 21 | They gave me a broad overview. | 13:24:35 |
| 22 | Q.  Okay.  What -- when you say "They gave you | 13:24:38 |
| 23 | a broad overview," you mean a broad overview of the | 13:24:46 |
| 24 | products you would be selling? | 13:24:48 |
| 25 | A.  Correct. | 13:24:50 |

Page  28

1    Q.   Were you advised that one of the products    13:24:50

2    would be donut mixes?    13:24:52

3    A.   Yes.    13:24:53

4    Q.   What was your reason for leaving Sunrise?    13:24:55

5    A.   What was the reason --    13:24:59

6         I'm sorry.    13:25:00

7         Can you repeat that?    13:25:01

8    Q.   What was your reason for leaving Sunrise?    13:25:02

9    Why --    13:25:07

10   A.   Asked to leave.    13:25:07

11   Q.   Okay.   And what -- could you explain a    13:25:08

12   little further what happened?    13:25:13

13        Why were you asked to leave?    13:25:14

14   A.   I think it was kind of like a -- a mutual    13:25:15

15   thing in regards -- and to that aspect it was    13:25:19

16   because of not bringing in new business.    13:25:22

17   Q.   So -- so you were terminated for not    13:25:27

18   bringing in new business; is that correct?    13:25:30

19   A.   Correct.    13:25:31

20   Q.   And then around what time --    13:25:37

21        When was that, again?    13:25:39

22   A.   I want to say in August.    13:25:41

23   Q.   August of 2022?    13:25:43

24   A.   Yes.    13:25:44

25   Q.   Did you apply to BakeMark for a job    13:25:48

Page 29

| | | |
|---|---|---|
| 1 | afterwards? | 13:25:50 |
| 2 | A.  No. | 13:25:51 |
| 3 | I've always been familiar with BakeMark, | 13:25:55 |
| 4 | though, because of the trucks.  I think I even tried | 13:25:57 |
| 5 | to sell to BakeMark when I used to be in packaging, | 13:26:00 |
| 6 | so I'm familiar with BakeMark in regards to that. | 13:26:03 |
| 7 | It's a big company. | 13:26:06 |
| 8 | Q.  And before Sunrise, where did you work? | 13:26:08 |
| 9 | A.  I was in uniform rental sales. | 13:26:11 |
| 10 | Q.  Okay.  How long were you in ruin -- uniform | 13:26:15 |
| 11 | rental sales? | 13:26:18 |
| 12 | A.  Three years. | 13:26:18 |
| 13 | Q.  And then prior to that? | 13:26:21 |
| 14 | A.  Environmental, hazardous.  I was working at | 13:26:26 |
| 15 | Safety-Kleen. | 13:26:29 |
| 16 | Q.  And how long were you working at | 13:26:31 |
| 17 | Safety-Kleen? | 13:26:32 |
| 18 | A.  Three -- about three years. | 13:26:33 |
| 19 | Q.  Got it. | 13:26:35 |
| 20 | A.  Two years. | 13:26:36 |
| 21 | Q.  Okay. | 13:26:37 |
| 22 | A.  And 10 years at a packaging company. | 13:26:40 |
| 23 | Q.  What was the name of that packaging | 13:26:44 |
| 24 | company? | 13:26:46 |
| 25 | A.  Great American Packaging. | 13:26:46 |

Page 30

```
 1        Q.   Thank you.                          13:26:49

 2             What was your title at the Great American   13:26:56

 3   Packaging Company?                            13:26:58

 4        A.   I was outside sales for custom packaging.   13:26:59

 5        Q.   When was the first time you heard about   13:27:05

 6   Mr. Boyd Mulloy?                              13:27:07

 7        A.   On the phone call during an interview.   13:27:10

 8        Q.   And Mr. Klein, was that -- when was the   13:27:14

 9   first time you --                             13:27:16

10        A.   Same thing.                         13:27:17

11        Q.   Have you ever heard of -- of Roy Bonner?   13:27:20

12        A.   Roy -- no, I don't think so.        13:27:25

13        Q.   Okay.                               13:27:28

14             All right.  So when -- when did you first   13:27:36

15   hear about Sunrise's plan to expand its bakery   13:27:39

16   product line and customer base in Southern   13:27:42

17   California, in what context?                  13:27:45

18        A.   Probably in the general interview that they   13:27:46

19   gave me about their -- their bakery company and   13:27:49

20   going to donut shops and selling donut mixes, so I   13:27:53

21   would say in the introductural -- in our first   13:27:57

22   interview.                                    13:28:01

23        Q.   And when was the first time you heard --   13:28:03

24             That was the same time that you heard about   13:28:07

25   Sunrise's plan to create a private label mix for   13:28:09
```

                                                  Page 31

| | | |
|---|---|---|
| 1 | donut mixes; is that correct? | 13:28:13 |
| 2 | A.  Probably during the first training. | 13:28:14 |
| 3 | Q.  Okay.  What -- what did you learn about | 13:28:16 |
| 4 | Sunrise's plan to create private label donut mixes? | 13:28:19 |
| 5 | What -- what did you learn in that | 13:28:23 |
| 6 | training? | 13:28:25 |
| 7 | A.  Well, when I went there, they just told me | 13:28:26 |
| 8 | about "We have donut mixes, and we're going to go to | 13:28:28 |
| 9 | donut shops and try to sell donut mixes." | 13:28:31 |
| 10 | Q.  Got it. | 13:28:35 |
| 11 | Bear with me. | 13:28:38 |
| 12 | Do you know if it's a violation of | 13:28:42 |
| 13 | Sunrise's policy for a Sunrise employee to use a | 13:28:44 |
| 14 | competitor's confidential documents for his or her | 13:28:49 |
| 15 | work at Sunrise? | 13:28:53 |
| 16 | A.  Do I know it's -- I'm sorry. | 13:28:54 |
| 17 | I don't understand that question. | 13:28:57 |
| 18 | Q.  Do you know if it's a vi- -- | 13:28:59 |
| 19 | Does Sunrise have a policy for its | 13:29:02 |
| 20 | employees not to use competitors' confidential | 13:29:04 |
| 21 | documents at their work while they're working? | 13:29:08 |
| 22 | A.  I would assume so, but it was nothing that | 13:29:11 |
| 23 | was told to me in any type of book or document. | 13:29:14 |
| 24 | Q.  Okay.  Does Sunrise require its potential | 13:29:16 |
| 25 | employees to sign a document before they begin | 13:29:21 |

Page  32

| | | |
|---|---|---|
| 1 | working at Sunrise certifying that they are not | 13:29:24 |
| 2 | going to use their former employees' confidential | 13:29:26 |
| 3 | information and trade secrets? | 13:29:29 |
| 4 | A.   You mean like a non-disclosure? | 13:29:31 |
| 5 | I believe so. | 13:29:33 |
| 6 | Q.   Well, no. | 13:29:34 |
| 7 | More, for example -- | 13:29:35 |
| 8 | A.   Like a -- I'm sorry. | 13:29:36 |
| 9 | Yeah. | 13:29:37 |
| 10 | Q.   That's okay. | 13:29:37 |
| 11 | Just do you -- have you -- you know, when | 13:29:38 |
| 12 | you were on-boarded at Sunrise -- | 13:29:42 |
| 13 | A.   Um-hum. | 13:29:44 |
| 14 | Q.   -- did you have any discussions about using | 13:29:44 |
| 15 | a former employee's confidential information and | 13:29:46 |
| 16 | trade secrets? | 13:29:49 |
| 17 | A.   No. | 13:29:51 |
| 18 | I think the only thing I signed was | 13:29:52 |
| 19 | something to do with like I wouldn't like give my | 13:29:54 |
| 20 | competitor -- my company competitor names and stuff, | 13:29:56 |
| 21 | like -- like if I sold Jean's Donuts, I'm not going | 13:29:59 |
| 22 | to try to take Jean's Donuts to another place if I | 13:30:03 |
| 23 | go to a com- -- competitor or something. | 13:30:07 |
| 24 | Q.   Understood. | 13:30:08 |
| 25 | A.   Yeah. | 13:30:10 |

Page  33

```
 1        Q.   Have you ever heard of a document titled      13:30:11

 2   "Certification re Confidential Information Trade         13:30:13

 3   Secrets of Former Employer"?                             13:30:17

 4        A.   No.  I -- no.                                  13:30:19

 5        Q.   When you were on-boarded at Sunrise in May     13:30:22

 6   of 2021, did Sunrise have you sign a certification       13:30:26

 7   regarding your previous employers' confidential          13:30:30

 8   information?                                             13:30:33

 9        A.   Not -- not that I'm aware of.                  13:30:36

10             I just signed the papers.                      13:30:39

11             I just figured it's the same standard          13:30:40

12   documents that I've gotten before, I mean like human     13:30:42

13   resource papers.                                         13:30:53

14        Q.   Are you aware of any former BakeMark           13:30:55

15   employees who went to work for Sunrise who have used     13:30:58

16   any BakeMark documents to assist them with their         13:31:01

17   work at Sunrise?                                         13:31:04

18        A.   No.                                            13:31:06

19        Q.   Are you aware of any former or current         13:31:08

20   Sunrise employees who have used their previous           13:31:11

21   employers' documents to assist them with their work      13:31:13

22   in Sunrise?                                              13:31:16

23        A.   No.                                            13:31:17

24        Q.   Has anyone ever shared any BakeMark            13:31:17

25   document with you?                                       13:31:21
```

Page  34

| | | |
|---|---|---|
| 1 | A.   No. | 13:31:22 |
| 2 | Q.   Has anyone ever shared any BakeMark | 13:31:24 |
| 3 | proprietary or confidential information with you? | 13:31:27 |
| 4 | A.   No. | 13:31:29 |
| 5 | Q.   What geographical territory did you cover | 13:31:32 |
| 6 | for Sunrise as an outside sales rep? | 13:31:35 |
| 7 | A.   Whittier, what's -- I guess San -- where | 13:31:39 |
| 8 | was that?  San Gabriel Valley, yeah, and parts of | 13:31:45 |
| 9 | Anaheim. | 13:31:48 |
| 10 | At one point it was kind of like open | 13:31:50 |
| 11 | 'cause I was like the first employee of theirs. | 13:31:52 |
| 12 | Q.   So when you came to Sunrise, did you bring | 13:31:58 |
| 13 | any customers with you? | 13:32:00 |
| 14 | A.   No. | 13:32:02 |
| 15 | Total complete different industry. | 13:32:03 |
| 16 | Didn't know any. | 13:32:05 |
| 17 | Q.   Got it. | 13:32:06 |
| 18 | How do you find -- how -- when you were | 13:32:07 |
| 19 | working at Sunrise, how did you find customers to | 13:32:09 |
| 20 | sell Sunrise products too? | 13:32:12 |
| 21 | A.   You just hit every donut shop that you come | 13:32:13 |
| 22 | along with, just use Google, driving around. | 13:32:17 |
| 23 | Q.   Did anyone tell you -- did anyone at | 13:32:21 |
| 24 | Sunrise tell you which customers to go to? | 13:32:24 |
| 25 | A.   Not at all. | 13:32:26 |

Page 35

| | | |
|---|---|---|
| 1 | Q.  Did someone give you a list of customers to | 13:32:29 |
| 2 | approach? | 13:32:33 |
| 3 | A.  They gave me just like a list of donut | 13:32:33 |
| 4 | shops, but these were like -- I think you get like | 13:32:36 |
| 5 | off of Google or something, you know, lists of donut | 13:32:40 |
| 6 | shops in Whittier, lists of donut shops here, and my | 13:32:45 |
| 7 | job was to go to each spot and give my name and my | 13:32:49 |
| 8 | card. | 13:32:53 |
| 9 | Q.  Do you -- how big was that -- how large was | 13:32:54 |
| 10 | that list? | 13:32:57 |
| 11 | A.  How large was that? | 13:33:00 |
| 12 | It was however many donut shops there are | 13:33:01 |
| 13 | in each city. | 13:33:05 |
| 14 | Q.  So was that a lot, like -- | 13:33:08 |
| 15 | A.  My goodness. | 13:33:11 |
| 16 | I would say maybe 100, 200. | 13:33:13 |
| 17 | Q.  Do you still have that list that you were | 13:33:22 |
| 18 | given? | 13:33:25 |
| 19 | A.  No.  It's just a -- no, not at all. | 13:33:25 |
| 20 | Q.  Did Klein ever accompany you when you were | 13:33:30 |
| 21 | visiting customers? | 13:33:33 |
| 22 | A.  Yes. | 13:33:34 |
| 23 | Q.  How often did he accompany you? | 13:33:36 |
| 24 | A.  A lot in the beginning 'cause I was in | 13:33:39 |
| 25 | training. | 13:33:42 |

Page 36

| | | |
|---|---|---|
| 1 | Q. Did Mr. Navarro ever accompany you while | 13:33:46 |
| 2 | you were -- | 13:33:48 |
| 3 | A. Yes. | 13:33:49 |
| 4 | He was with me on the first ride-alongs | 13:33:50 |
| 5 | too, but maybe just -- just a couple. | 13:33:53 |
| 6 | Q. What -- what was the purpose of their being | 13:33:59 |
| 7 | there? | 13:34:02 |
| 8 | A. One, we're a brand new company, I mean it | 13:34:03 |
| 9 | was trying to take off the ground, there was a lot | 13:34:06 |
| 10 | of stuff not formatted yet when I first originally | 13:34:08 |
| 11 | started, so we were just basically just driving | 13:34:12 |
| 12 | around and getting acquainted, like what's in the | 13:34:14 |
| 13 | area, what donut shops, just getting our name out | 13:34:17 |
| 14 | there. | 13:34:22 |
| 15 | Q. Were you ever accompanied by anybody else | 13:34:22 |
| 16 | while visiting customers? | 13:34:24 |
| 17 | A. Sometimes Boyd would -- did ride-alongs | 13:34:27 |
| 18 | with me too. | 13:34:30 |
| 19 | Q. And what was his purpose of being there? | 13:34:36 |
| 20 | A. Same thing, just helping me sell. | 13:34:38 |
| 21 | Q. Okay. To your knowledge, what was | 13:34:46 |
| 22 | Sunrise's pricing strategy for its donut mixes? | 13:34:49 |
| 23 | A. Make a profit off of the base costs. | 13:34:54 |
| 24 | Q. Were donut mixes priced for each customer? | 13:34:59 |
| 25 | A. No. | 13:35:03 |

Page 37

| | | |
|---|---|---|
| 1 | You -- I got the discretion of how much I | 13:35:04 |
| 2 | wanted to sell it for. | 13:35:08 |
| 3 | Q.  So it wasn't one price for all customers; | 13:35:10 |
| 4 | correct? | 13:35:16 |
| 5 | A.  No. | 13:35:17 |
| 6 | Q.  Is that a -- it was not -- so yes, it -- | 13:35:19 |
| 7 | A.  It was -- | 13:35:22 |
| 8 | Q.  Okay. | 13:35:22 |
| 9 | A.  So no, not each customer got the -- the | 13:35:22 |
| 10 | same price necessarily, no, depending on if someone | 13:35:26 |
| 11 | bought like one bag, or if they bought like 15 bags, | 13:35:29 |
| 12 | someone who got 15 bags would get a -- a better | 13:35:34 |
| 13 | price than somebody who just bought one bag. | 13:35:37 |
| 14 | Q.  Understood. | 13:35:39 |
| 15 | But these -- did you have some sort of a | 13:35:40 |
| 16 | baseline, some -- for example, you -- | 13:35:43 |
| 17 | A.  Yes. | 13:35:45 |
| 18 | Q.  Let me -- let me make sure -- remember not | 13:35:46 |
| 19 | to interrupt. | 13:35:48 |
| 20 | A.  Oh. | 13:35:48 |
| 21 | Q.  It's okay. | 13:35:49 |
| 22 | It happens. | 13:35:49 |
| 23 | Let me start over. | 13:35:51 |
| 24 | Did you have -- so when you went out into | 13:35:53 |
| 25 | the field to visit customers, did you have an idea | 13:35:56 |

Page 38

1    of the baseline price that you -- an amount, a price          13:35:58

2    that you couldn't go below?                                   13:36:03

3         A.   Yes.                                                13:36:04

4         Q.   And when you were at the customer, is it            13:36:04

5    the cus- -- you know, would the customer tell you --          13:36:08

6    I mean how -- how would you -- only -- with --                13:36:11

7              Let me start all over again.                        13:36:14

8              Would it only be your discretion to give            13:36:16

9    them prices, so --                                            13:36:18

10             How -- how -- how did you do that?                  13:36:20

11             How -- what kind of -- what did you do to           13:36:22

12   determine what price you would charge each customer?          13:36:24

13        A.   You -- basically you judge the customer on          13:36:29

14   what their volume is, what -- what you can give               13:36:32

15   them, what you can't.  You give them a price, you             13:36:35

16   see if you can stick to it.  You know, if you gave            13:36:37

17   them -- let's say it's $5 is the cost of the                  13:36:40

18   donuts -- mix, and you want to make some profit of           13:36:45

19   $10, and you give them kind of a roundabout price            13:36:49

20   and see if you can get away with $10.  If you can't          13:36:53

21   get away with $10, then you offer them $8, you don't         13:36:56

22   want to lose the business, but you can't go below            13:37:00

23   $5, if I made myself clear.                                  13:37:04

24        Q.   So -- so you were aware of the costs of,           13:37:06

25   for example, the donut mixes?                                13:37:11

Page 39

```
 1        A.   I was given a cost that I couldn't go        13:37:14

 2   under.                                                 13:37:17

 3        Q.   I see.                                       13:37:17

 4             Hold on.  One second.                        13:37:21

 5             My Zoom is frozen.                           13:37:22

 6             I don't know if you guys can hear or see     13:37:24

 7   me.                                                    13:37:26

 8        A.   Yes, I can see you, hear you.                13:37:27

 9        Q.   Okay.  I hear you.                           13:37:29

10             Okay.  I'm sorry.                            13:37:31

11             Thank you.                                   13:37:32

12             Can you -- can you see me?                   13:37:32

13        A.   I can see you.                               13:37:34

14        Q.   Okay.  Thank you.                            13:37:34

15             All right.  Give me one second.              13:37:34

16             THE REPORTER:  Mr. Bacon, you are muted.     13:37:46

17             MR. BACON:  I -- I just have an objection     13:37:46

18   as to are we talking about the cost of the good or     13:37:48

19   the price that the good would be sold, minimum         13:37:50

20   price?                                                 13:37:53

21             MS. GANJI:  We discussed both.               13:37:54

22             So first I asked "Are you" --                13:37:56

23             MR. BACON:  And I'm not sure what she        13:37:58

24   answered based on the question.                        13:38:00

25             MS. GANJI:  We would have to go back and     13:38:01
```

Page 40

```
 1    read it.                                          13:38:03

 2          So we can -- we can start over, but        13:38:03

 3    basically the first question was "What" -- "What 13:38:06

 4    price did you charge to customers," and she gave the 13:38:09

 5    example of costs, for example, and so I said "Did 13:38:13

 6    you have the costs?"                              13:38:15

 7          Stop me if I'm wrong.                       13:38:17

 8       Q.   Mrs. Men- --                              13:38:17

 9       A.   I was just going off of what I can sell.  I 13:38:20

10    mean I didn't deal with how much -- how much the  13:38:22

11    company paid for it or anything like that.  I'm just 13:38:25

12    going off of --                                   13:38:28

13       Q.   Right.                                    13:38:28

14       A.   My job is selling.                        13:38:29

15       Q.   Right.                                    13:38:30

16          So you received a -- for example, for donut 13:38:31

17    mixes, you received a list of the donut mixes and 13:38:34

18    the prices that you could not go below; is that   13:38:37

19    correct?                                          13:38:39

20       A.   Yes.  Um-hum.                             13:38:39

21       Q.   Thank you.                                13:38:40

22          And you had the --                          13:38:43

23          MR. BACON:  Thank you.                      13:38:44

24          That clarified.                             13:38:44

25    BY MS. GANJI:                                     13:38:44
```

Page 41

1    Q.   And you had the discretion to determine,      13:38:46

2    based off of volume and other things, what price to   13:38:48

3    ultimately charge the customer.                         13:38:52

4    A.   Correct.                                           13:38:53

5    Q.   Who gave you the list of prices that you          13:39:02

6    could not go under?                                     13:39:06

7    A.   Steve was the one who was -- or Boyd.             13:39:09

8    Q.   While you were working at Sunrise, did            13:39:22

9    Sunrise ever give more discounts to a customer if      13:39:24

10   the customer bought more products from Sunrise?        13:39:28

11   A.   Probably to maybe get a good deal, yes, but       13:39:33

12   that was on all items.                                 13:39:37

13        It's not just the donut mixes, though.            13:39:38

14   Q.   Right.                                            13:39:42

15   A.   It was on anything, either shortening, it         13:39:43

16   could be eggs, if you bought more volume, you get      13:39:46

17   better pricing.                                        13:39:50

18   Q.   And while you were working at Sunrise, did        13:39:51

19   Sunrise ever give more discounts to a customer if      13:39:53

20   the customer agreed to buy products exclusively from   13:39:57

21   Sunrise?                                               13:40:00

22   A.   No.                                               13:40:01

23   Q.   No?                                               13:40:03

24        All right.  Let's go -- I'm going to mark         13:40:06

25   as Exhibit 2 --                                        13:40:08

Page 42

| | | |
|---|---|---|
| 1 | A.  Okay. | 13:40:12 |
| 2 | Q.  -- bear with me, a document Bates stamped | 13:40:16 |
| 3 | SUNRISE 13867 to 13869. | 13:40:18 |
| 4 | A.  Okay. | 13:40:28 |
| 5 | Q.  Give me -- I -- I haven't done it yet. | 13:40:28 |
| 6 | A.  Okay. | 13:40:30 |
| 7 | Q.  Give me one second. | 13:40:30 |
| 8 | (Whereupon, Plaintiff's Exhibit 2 was | 13:40:30 |
| 9 | marked for identification.) | 13:40:30 |
| 10 | BY MS. GANJI: | 13:40:30 |
| 11 | Q.  Okay.  You should -- | 13:40:52 |
| 12 | A.  Can you guys see me? | 13:40:53 |
| 13 | I -- I feel like I lost you guys. | 13:40:54 |
| 14 | Q.  I see you. | 13:40:56 |
| 15 | A.  Okay. | 13:40:56 |
| 16 | I don't see you guys. | 13:40:57 |
| 17 | Q.  Okay.  Go ahead and refresh your screen, | 13:41:00 |
| 18 | please. | 13:41:03 |
| 19 | You should see us up at the top.  You may | 13:41:05 |
| 20 | see us up at the top, so -- | 13:41:07 |
| 21 | A.  Okay. | 13:41:11 |
| 22 | All right.  So -- so now you want me to go | 13:41:14 |
| 23 | to the exhibit? | 13:41:18 |
| 24 | Q.  Yes. | 13:41:18 |
| 25 | Click on it if you can see Exhibit 2. | 13:41:19 |

Page 43

| | | |
|---|---|---|
| 1 | A. The problem is I have too many things open. | 13:41:26 |
| 2 | Sorry. | 13:41:30 |
| 3 | Bad habit. | 13:41:31 |
| 4 | Okay.  Exhibit 2. | 13:41:32 |
| 5 | Okay. | 13:41:40 |
| 6 | Q. Can you see it? | 13:41:43 |
| 7 | The -- it should be three pages? | 13:41:44 |
| 8 | A. Okay. | 13:41:47 |
| 9 | Q. Just want to make sure you are able to see | 13:41:49 |
| 10 | it. | 13:41:52 |
| 11 | Ted, do you have it? | 13:41:54 |
| 12 | A. I'm looking at -- I'm -- I see something, | 13:41:55 |
| 13 | yes, and I'm reading it. | 13:41:57 |
| 14 | Do you want me to wait or what? | 13:41:59 |
| 15 | Q. Okay.  So this -- the Exhibit 2 is doc- -- | 13:42:01 |
| 16 | documents or E-mails produced by Sunrise.  They're | 13:42:05 |
| 17 | Bates stamped 13867 to 13869. | 13:42:08 |
| 18 | I'm sure -- do you see there is an E-mail | 13:42:13 |
| 19 | at the top from you, Mrs. Mendoza, to Mr. Kodo, | 13:42:17 |
| 20 | Mr. Klein, Mr. Mulloy and Mr. Navarro? | 13:42:21 |
| 21 | A. Uh-huh. | 13:42:25 |
| 22 | Q. And it's a -- it's a three-page E-mail | 13:42:25 |
| 23 | chain. | 13:42:29 |
| 24 | Do you see that? | 13:42:29 |
| 25 | A. Okay.  Yes. | 13:42:31 |

Page 44

| | | |
|---|---|---|
| 1 | Q.  Do you recall sending and receiving the | 13:42:32 |
| 2 | E-mails in this E-mail chain? | 13:42:34 |
| 3 | A.  I -- I haven't read it, so can I read it | 13:42:40 |
| 4 | for a second, and then I'll -- | 13:42:42 |
| 5 | Q.  Yeah. | 13:42:43 |
| 6 | Go ahead. | 13:42:44 |
| 7 | A.  Okay.  I read them. | 13:43:48 |
| 8 | Q.  And do you recall sending and receiving | 13:43:50 |
| 9 | these E-mails? | 13:43:52 |
| 10 | A.  It looks like -- yes. | 13:43:54 |
| 11 | Q.  Any reason to believe this is not a true | 13:43:55 |
| 12 | and correct copy of an E-mail chain containing | 13:43:57 |
| 13 | E-mails that you sent and received? | 13:44:00 |
| 14 | A.  The only thing is the -- what's missing is | 13:44:03 |
| 15 | what the -- Belinda Zuniga sent to me. | 13:44:07 |
| 16 | Q.  I'm sorry. | 13:44:13 |
| 17 | So there might -- | 13:44:15 |
| 18 | A.  What -- | 13:44:15 |
| 19 | Q.  So there might be -- so this right here, | 13:44:16 |
| 20 | this document right here -- | 13:44:18 |
| 21 | A.  Um-hum. | 13:44:19 |
| 22 | Q.  -- do you -- there might have been other | 13:44:20 |
| 23 | E-mails that went back and forth, but this | 13:44:22 |
| 24 | particular E-mail chain right here -- | 13:44:24 |
| 25 | A.  Yes. | 13:44:26 |

Page 45

| | | |
|---|---|---|
| 1 | Q.   -- is there any reason for you to believe | 13:44:26 |
| 2 | that this is not an accurate E-mail chain that you | 13:44:28 |
| 3 | sent and received? | 13:44:31 |
| 4 | A.   No. | 13:44:32 |
| 5 |      It -- it looked likes something I -- I | 13:44:33 |
| 6 | have -- I have sent -- sent. | 13:44:34 |
| 7 | Q.   Okay.  So looking at this first E-mail at | 13:44:36 |
| 8 | the top in Novem- -- sent November 18 -- | 13:44:38 |
| 9 | A.   Um-hum. | 13:44:42 |
| 10 | Q.   -- you sent it to Mr. Kodo, Mr. Klein, | 13:44:42 |
| 11 | Mr. Mulloy and Mr. Navarro. | 13:44:45 |
| 12 |      Why did you send these E-mails to Mr. Kodo? | 13:44:48 |
| 13 | A.   Because any time that I would run into | 13:44:50 |
| 14 | problems that had something to do with the court | 13:44:53 |
| 15 | case I was told to let them -- let them be aware of | 13:44:56 |
| 16 | what's going on. | 13:45:00 |
| 17 | Q.   Who told you to let them be aware of what's | 13:45:02 |
| 18 | going on? | 13:45:05 |
| 19 | A.   Just to let me know of them having issues | 13:45:05 |
| 20 | to just send it and pretty much just "Go ahead | 13:45:09 |
| 21 | and" -- "and send any issues that you're having" | 13:45:11 |
| 22 | because I was running into a lot of issues in | 13:45:13 |
| 23 | regards to BakeMark trying to say things about | 13:45:15 |
| 24 | Sunrise. | 13:45:21 |
| 25 | Q.   Right. | 13:45:22 |

Page 46

Hearsay; Foundation;
Assumes facts not in
evidence

| | | |
|---|---|---|
| 1 | But my question is:  Who -- who asked you | 13:45:23 |
| 2 | to send these E-mails of these issues? | 13:45:25 |
| 3 | A.  I think I was just basically just probably | 13:45:29 |
| 4 | venting, maybe, to one of them, probably Jeff or one | 13:45:32 |
| 5 | of them, and I was just telling him what happened. | 13:45:36 |
| 6 | I go "Oh, my goodness, I went to Rose's | 13:45:39 |
| 7 | Do-" -- "this is what they said to me." | 13:45:42 |
| 8 | And they go "You know what?  Just send that | 13:45:44 |
| 9 | E-mail, and send it off to Steve, and let him be | 13:45:47 |
| 10 | aware of it." | 13:45:49 |
| 11 | And that's -- pretty much was my protocol | 13:45:50 |
| 12 | from there, any time I ran into any issues, to just | 13:45:51 |
| 13 | go ahead and -- and send it in and just make them | 13:45:53 |
| 14 | aware of it. | 13:45:55 |
| | Q.  Okay.  So -- | 13:45:57 |
| 16 | A.  'Cause that was an issue for me in regards | 13:45:59 |
| 17 | to selling, so it was a selling block for me why I | 13:46:01 |
| 18 | couldn't sell, so I sent it over to my communicating | 13:46:05 |
| 19 | manager to let them know why I can't sell to | 13:46:08 |
| 20 | something, and then they gave me "You know what? | 13:46:11 |
| 21 | Send that E-mail to Steve, make them aware of it," | 13:46:14 |
| 22 | and that's what I did. | 13:46:16 |
| 23 | Q.  I see. | 13:46:19 |
| 24 | So do you recall which manager you first | 13:46:21 |
| 25 | communicated this to? | 13:46:24 |

Page 47

| | | |
|---|---|---|
| 1 | A.   Either -- it would probably have been Jeff. | 13:46:25 |
| 2 | Q.   And my understanding, just based off of | 13:46:29 |
| 3 | what you just said, is that you communicated this in | 13:46:32 |
| 4 | an E-mail to Jeff; correct? | 13:46:34 |
| 5 | A.   Probably at first I probably voiced it in | 13:46:36 |
| 6 | the conversation with him and let him know, and | 13:46:39 |
| 7 | then -- then they said "You know what?  Send an | 13:46:41 |
| 8 | E-mail and let them know what happened, let Steve | 13:46:44 |
| 9 | know what happened." | 13:46:47 |
| 10 | Q.   Did Mr. Kodo ever speak to you about any of | 13:46:49 |
| 11 | these E-mails? | 13:46:52 |
| 12 | A.   He just pretty much just said "You know | 13:46:53 |
| 13 | what?  There's nothing you can do," like he was kind | 13:46:55 |
| 14 | of like more "We're" -- "We're just trying to deal | 13:46:58 |
| 15 | with this, and whatever we have, just go out there | 13:47:01 |
| 16 | and sell."  He never really directly engaged with me | 13:47:05 |
| 17 | about the pro- -- proceedings that was going on. | 13:47:08 |
| 18 | They just basically said "We're trying to take care | 13:47:12 |
| 19 | of it."  So every month I was there, they're saying | 13:47:14 |
| 20 | "The" -- "The court" -- "The" -- "The case is almost | 13:47:17 |
| 21 | over," but yet it was never really over, and then | 13:47:20 |
| 22 | just -- they just kept basically telling me to go | 13:47:23 |
| 23 | out and try to sell, you know, "It's almost over, | 13:47:26 |
| 24 | then when it's over, then you" -- "don't worry, | 13:47:28 |
| 25 | we'll go back, and we'll try to get these customers | 13:47:31 |

Page  48

| | | |
|---|---|---|
| 1 | that were giving us roadblocks for why they're not | 13:47:33 |
| 2 | buying it from us because of the" -- "'cause of the | 13:47:38 |
| 3 | case" -- "course ca-" -- "court case," if I -- I'm | 13:47:40 |
| 4 | sorry, yeah, because of the court case.  They were | 13:47:43 |
| 5 | telling me pretty much "We'll just go back to them | 13:47:45 |
| 6 | when this court case is over," and you know, there | 13:47:48 |
| 7 | was like nothing they could do about it at the | 13:47:52 |
| 8 | moment. | 13:47:54 |
| 9 | Q.  Had Mr. Kodo ever spoken to you about | 13:47:54 |
| 10 | BakeMark's lawsuit against Sunrise? | 13:47:57 |
| 11 | A.  Not necessarily. | 13:47:59 |
| 12 | I really rarely dealt with Steve. | 13:48:01 |
| 13 | It was more so Boyd. | 13:48:03 |
| 14 | Q.  Has Mr. Kodo ever spoken to you about | 13:48:07 |
| 15 | Sunrise's claim against BakeMark? | 13:48:10 |
| 16 | A.  No, not at all, just -- just kind of just | 13:48:12 |
| 17 | letting me know like "Okay, I received your" -- | 13:48:15 |
| 18 | "your" -- "your E-mail," you know, "we're going to | 13:48:19 |
| 19 | take care of it."  I think they even said maybe they | 13:48:22 |
| 20 | sent it over to -- to Ted to let him know about it, | 13:48:26 |
| 21 | but that was just the extent of it.  I really didn't | 13:48:28 |
| 22 | have like a conversation with Steve.  He rarely | 13:48:32 |
| 23 | dealt with -- with me in regards to any of that or | 13:48:34 |
| 24 | anything really much at all. | 13:48:41 |
| 25 | I dealt with Boyd and them. | 13:48:42 |

Page  49

| | | |
|---|---|---|
| 1 | Q.  Has Mr. Klein ever spoken to you about | 13:48:45 |
| 2 | BakeMark's lawsuit against him and Sunrise? | 13:48:49 |
| 3 | A.  In a general sense, yes, I mean because I | 13:48:51 |
| 4 | was -- I was getting it daily, hearing about it in | 13:48:54 |
| 5 | regards to -- from a customer's point of view. | 13:48:58 |
| 6 | He did not want to talk about it, none of | 13:49:01 |
| 7 | them wanted to really talk about it to me because | 13:49:03 |
| 8 | they said they couldn't because it's an opening | 13:49:06 |
| 9 | case, but I was aware of it, and they were | 13:49:09 |
| 10 | distraught about it, Jeff was distraught about it | 13:49:13 |
| 11 | because we went into donut shops, and we heard some | 13:49:16 |
| 12 | complaints about what BakeMark was saying, that | 13:49:22 |
| 13 | there were some court cases. | 13:49:26 |
| 14 | I heard more from my customers than -- than | 13:49:27 |
| 15 | I did from Jeff or Boyd.  They're the ones that told | 13:49:30 |
| 16 | me what BakeMark was saying about our company -- | 13:49:35 |
| 17 | Q.  So -- | 13:49:41 |
| 18 | A.  -- in regards to the court case, saying | 13:49:41 |
| 19 | something about "Oh, we stoled" -- they -- they | 13:49:43 |
| 20 | included me in this, "They say we stole the donut | 13:49:47 |
| 21 | mixes," and like I had no idea what they were | 13:49:50 |
| 22 | referring to in regards to that because I was just | 13:49:53 |
| 23 | in there trying to sell them -- | 13:49:56 |
| 24 | Q.  Right. | 13:49:58 |
| 25 | A.  -- you know -- | 13:49:58 |

Hearsay; Relevance

Hearsay; Relevance

Page 50

**Hearsay; Relevance**

| | | |
|---|---|---|
| 1 | Q.  Let me -- | 13:49:58 |
| 2 | A.  -- if that's what you meant. | 13:50:02 |
| 3 | Q.  Well, no. | 13:50:03 |
| 4 | It -- I mean this just -- | 13:50:03 |
| 5 | A.  Okay. | 13:50:04 |
| 6 | Q.  -- this should be a little bit more pointed | 13:50:04 |
| 7 | than -- than that information -- | 13:50:07 |
| 8 | A.  I'm sorry. | 13:50:08 |
| 9 | I'm just kind of like re- -- recollecting | 13:50:09 |
| 10 | everything as I -- as I'm going, and so I'm just | 13:50:11 |
| 11 | giving it to you the way it come and the way you're | 13:50:14 |
| 12 | asking me. | 13:50:16 |
| 13 | Q.  And it could be that I will get there, so | 13:50:16 |
| 14 | if you -- let's just focus on the question -- | 13:50:19 |
| 15 | A.  Sorry. | 13:50:21 |
| 16 | I'll be quiet. | 13:50:21 |
| 17 | Q.  That's okay.  No.  It's okay. | 13:50:23 |
| 18 | This information is appreciated. | 13:50:25 |
| 19 | I just want to make sure to go back, but -- | 13:50:26 |
| 20 | So I asked you about whether or not | 13:50:29 |
| 21 | Mr. Klein had spoken to you about BakeMark's lawsuit | 13:50:31 |
| 22 | against him, but what about whether or not he has | 13:50:34 |
| 23 | spoken to you about Sunrise's claim against | 13:50:36 |
| 24 | BakeMark, has Mr. Klein spoken to you about that? | 13:50:39 |
| 25 | A.  All I got was a generalization what's going | 13:50:42 |

Page 51

**Hearsay; Relevance**

```
 1    on, that there is a court -- court case going on    13:50:45

 2    that BakeMark said that we stoled recipes.          13:50:47

 3        Q.   Okay.   So has Mr. Navarro -- have you    13:50:51

 4    spoken to Mr. Navarro about BakeMark's lawsuit      13:50:53

 5    against him and Sunrise?                            13:50:56

 6        A.   Basically all I got is a general overview  13:50:57

 7    of what's exactly going on.                         13:51:00

 8        Q.   And the same question about -- with respect 13:51:01

 9    to Mr. Mulloy, has he ever spoken to you about     13:51:05

10    BakeMark's lawsuit?                                 13:51:08

11        A.   Same thing.                                13:51:09

12        Q.   Make sure to let me finish just for the -- 13:51:09

13        A.   Okay.  All right.                          13:51:12

14        Q.   No.                                        13:51:12

15             Otherwise, Ms. -- Madam Court Reporter will 13:51:13

16    have a hard time.                                   13:51:15

17        A.   Sorry.                                     13:51:16

18        Q.   So -- that's okay.                         13:51:16

19             So I might have lost track, but Mr. Mulloy, 13:51:18

20    has he spoken to you about BakeMark's lawsuit      13:51:21

21    against him and Sunrise?                            13:51:24

22        A.   Yes, that he's part of it, all of them.    13:51:28

23        Q.   Has anyone else ever spoken to you about   13:51:34

24    BakeMark's lawsuit against Sunrise, Mulloy, Klein   13:51:36

25    and Navarro?                                        13:51:40
```

Page 52

```
 1        A.  Yes, because there was the times when I was      13:51:41

 2   on training with them, and I guess there was a            13:51:44

 3   deposition, and I had to actually step away from          13:51:47

 4   them while they did a deposition, I remember one          13:51:51

 5   time having to step out of the car because they had       13:51:54

 6   to take some deposition for BakeMark, and so they         13:51:57

 7   let me be aware of what was happening in regards          13:52:00

 8   that they -- there's a court case, and I couldn't be      13:52:03

 9   in the car, and so I had to get out of the car, and       13:52:05

10   I kind of cold called some areas and then came back.      13:52:09

11        Q.  Can you tell me who's "they"?                    13:52:13

12        A.  Oh, okay.                                        13:52:15

13             Jeff and Javier.                               13:52:16

14        Q.  So has -- other than Jeff, Javier, Boyd --       13:52:20

15        A.  And Boyd, yes.                                   13:52:26

16        Q.  -- has anyone else, have you spoken to           13:52:28

17   anyone else about BakeMark's lawsuit against             13:52:29

18   Sunrise?                                                  13:52:32

19        A.  Oh, I guess people at the donut shops.           13:52:32

20        Q.  Okay.  Other than folks at the donut shops,      13:52:35

21   have you spoken to anybody else about BakeMark's          13:52:41

22   lawsuit?                                                  13:52:45

23        A.  Just amongst sometimes with the other           13:52:46

24   co-workers that started coming in, the sales reps         13:52:48

25   people, we would share notes about what was going        13:52:52
```

Page 53

| | | |
|---|---|---|
| 1 | on, roadblocks of the situation, but no one actually | 13:52:54 |
| 2 | told us what -- what's going on with the court case, | 13:52:59 |
| 3 | no. | 13:53:02 |
| 4 | Q.  Who -- who are the other employers -- | 13:53:02 |
| 5 | employees that you're speaking about? | 13:53:05 |
| 6 | A.  Gosh, I don't remember his name anymore. | 13:53:08 |
| 7 | Just a -- just a sales rep.  I think -- he works for | 13:53:17 |
| 8 | BakeMark now.  I don't recall his name, but he does | 13:53:21 |
| 9 | work for BakeMark now. | 13:53:28 |
| 10 | Q.  Okay.  And when you say you guys exchanged | 13:53:30 |
| 11 | notes, you mean just kind of discussed what was | 13:53:35 |
| 12 | going on? | 13:53:38 |
| 13 | A.  Just discussed like "Oh, are you getting | 13:53:40 |
| 14 | roadblocks too," and they're like "Yes, I got | 13:53:43 |
| 15 | roadblocks too because they're saying this, they | 13:53:46 |
| 16 | don't want to talk to us because of that," just -- | 13:53:49 |
| 17 | Q.  Okay. | 13:53:51 |
| 18 | A.  -- camaraderie between co-workers. | 13:53:52 |
| 19 | Q.  Okay.  Let's go right back to that | 13:53:55 |
| 20 | E-mail -- | 13:54:01 |
| 21 | A.  Okay. | 13:54:02 |
| 22 | Q.  -- that Exhibit 2. | 13:54:03 |
| 23 | So let's look at the actual E-mail itself. | 13:54:06 |
| 24 | I'm reading here, quote: | 13:54:09 |
| 25 | "I went to my customer Rose's Donut, | 13:54:10 |

Page 54

Hearsay; Relevance

| | | |
|---|---|---|
| 1 | and he was telling me Tony Marquez was | 13:54:13 |
| 2 | telling him that he won't help my customer | 13:54:16 |
| 3 | with items like lids because he was buying | 13:54:18 |
| 4 | from her.  I'm her.  My customer was saying | 13:54:21 |
| 5 | he was referring to Sunrise as no good and | 13:54:23 |
| 6 | me too," end quote. | 13:54:27 |
| 7 | Do you see that? | 13:54:28 |
| 8 | A.  Yep. | 13:54:28 |
| 9 | Q.  About when did your conversation with the | 13:54:29 |
| 10 | customer Rose's Donut take place? | 13:54:31 |
| 11 | A.  I guess on the 18th. | 13:54:34 |
| 12 | Q.  Okay.  Who -- | 13:54:36 |
| 13 | A.  Or the 17th 'cause it's seven thir- -- 7:13 | 13:54:38 |
| 14 | in a.m.  I wouldn't have -- maybe on the 17th. | 13:54:42 |
| 15 | Q.  Okay.  Who at Rose's Donuts did you speak | 13:54:46 |
| 16 | to? | 13:54:50 |
| 17 | A.  Oh, I want to say his name is Mar- -- | 13:54:50 |
| 18 | Marvin, Marvin. | 13:54:54 |
| 19 | Q.  Okay.  Was anyone else there when this | 13:54:55 |
| 20 | conversation took place? | 13:54:58 |
| 21 | A.  I think it was just me, Marvin. | 13:55:00 |
| 22 | Q.  You see -- you say "my customer" when | 13:55:04 |
| 23 | talking about Rose Donuts. | 13:55:07 |
| 24 | Do you see that? | 13:55:10 |
| 25 | A.  Yes. | 13:55:11 |

Page 55

| | | |
|---|---|---|
| 1 | Q.   Was Rose Donuts your customer at that | 13:55:11 |
| 2 | point? | 13:55:14 |
| 3 | A.   I'm not sure. | 13:55:14 |
| 4 | I'll refer to anybody that I'm trying to -- | 13:55:16 |
| 5 | my customer, you know, because -- I was just maybe | 13:55:18 |
| 6 | referring to him as a customer.  He was -- he did | 13:55:21 |
| 7 | become one of my customers.  I'm not exactly sure at | 13:55:24 |
| 8 | what point did he become a customer. | 13:55:27 |
| 9 | Q.   Okay. | 13:55:29 |
| 10 | A.   He was a really nice guy.  He wanted to | 13:55:33 |
| 11 | help -- help me out.  He actually tried to give me | 13:55:35 |
| 12 | referrals.  He gave me a lot of referrals.  He was a | 13:55:38 |
| 13 | really nice man. | 13:55:41 |
| 14 | Q.   Okay.  Let's take a look at a new exhibit | 13:55:42 |
| 15 | very quickly. | 13:55:45 |
| 16 | A.   Okay. | 13:55:46 |
| 17 | Q.   I'll pull that up. | 13:55:46 |
| 18 | Bear with me. | 13:55:48 |
| 19 | Okay.  This is going to be marked as | 13:55:54 |
| 20 | Exhibit 3, Bates stamped BMK_884. | 13:55:57 |
| 21 | One second. | 13:56:07 |
| 22 | It hasn't showed up yet. | 13:56:08 |
| 23 | A.   Okay.  While you're doing that, I'm going | 13:56:09 |
| 24 | to go grab my cord be- -- I -- so I can plug in, if | 13:56:12 |
| 25 | that's okay? | 13:56:16 |

Relevance

Page 56

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Can I go -- | 13:56:17 |
| 2 | Q.  Yes. | 13:56:18 |
| 3 | A.  Okay. | 13:56:18 |
| 4 | THE VIDEOGRAPHER:  This is the | 13:56:31 |
| 5 | videographer, counsel. | 13:56:32 |
| 6 | While she's gone, your volume is very low. | 13:56:33 |
| 7 | It was loud, and now it got soft again. | 13:56:36 |
| 8 | MS. GANJI:  What about now? | 13:56:41 |
| 9 | THE VIDEOGRAPHER:  Can you speak again? | 13:56:43 |
| 10 | MS. GANJI:  What about now? | 13:56:44 |
| 11 | THE VIDEOGRAPHER:  It's a little better, | 13:56:46 |
| 12 | yeah. | 13:56:47 |
| 13 | MS. GANJI:  Okay. | 13:56:48 |
| 14 | THE VIDEOGRAPHER:  I'm just not sure -- | 13:56:50 |
| 15 | Teri, is -- are you getting that, hearing it loud | 13:56:51 |
| 16 | and clear? | 13:56:51 |
| 17 | THE REPORTER:  She's totally fine for me. | 13:56:51 |
| 18 | THE VIDEOGRAPHER:  Oh, okay. | 13:56:51 |
| 19 | THE REPORTER:  I haven't had one issue. | 13:57:00 |
| 20 | THE VIDEOGRAPHER:  Okay.  She's a little | 13:57:00 |
| 21 | softer than the witness, so it -- for me, it's a | 13:57:02 |
| 22 | challenge on the video. | 13:57:05 |
| 23 | Okay.  Thank you. | 13:57:06 |
| 24 | BY MS. GANJI: | 13:57:06 |
| 25 | Q.  Okay.  Are you ready, Ms. Mendoza? | 13:57:20 |

Page 57

```
 1        A.   I'm ready.                              13:57:23

 2        Q.   One second.                             13:57:26

 3             (Whereupon, Plaintiff's Exhibit 3 was   13:57:26

 4             marked for identification.)             13:57:26

 5   BY MS. GANJI:                                     13:57:26

 6        Q.   Okay.  So do you -- are you able to see 13:57:46

 7   Exhibit 3 in the list of exhibits?               13:57:49

 8        A.   Yes.                                    13:57:51

 9        Q.   Okay.                                   13:57:53

10             Okay.  Let's go back.                   13:58:08

11             And just to ask you:  You couldn't      13:58:16

12   recall -- could you recall whether or not Rose's 13:58:18

13   Donuts was a Sunrise customer at that time?       13:58:23

14        A.   Yeah -- oh, I'll be -- so when I -- regards 13:58:28

15   to this exhibit?                                  13:58:32

16             I -- I'm sorry.                         13:58:33

17             I don't --                              13:58:34

18        Q.   Or no, just in general, and we can look at 13:58:34

19   the exhibit in a second, but I -- just to go -- make 13:58:38

20   sure we go back to what we were speaking about -- 13:58:40

21        A.   Okay.                                   13:58:42

22        Q.   -- we -- we had -- we had read your E-mail 13:58:43

23   where you said "I was" -- "I had gone to my customer 13:58:45

24   Rose's Donuts," and he was telling you about what -- 13:58:48

25        A.   He must have been my customer.  I think 13:58:50
```

Page 58

| | | |
|---|---|---|
| 1 | I've -- I've given him samples.  He might have | 13:58:52 |
| 2 | boughten something, maybe not like mixes, he bought | 13:58:55 |
| 3 | something, maybe not mixes at the time, but he | 13:59:00 |
| 4 | bought something. | 13:59:03 |
| 5 | Q.  Do you recall whether or not Rose's | 13:59:05 |
| 6 | Donut -- how -- how -- when you say "your customer," | 13:59:09 |
| 7 | do you recall whether or not somebody gave you Rose | 13:59:12 |
| 8 | Donuts as the customer, for example, they -- | 13:59:15 |
| 9 | A.  Was it a gift account? | 13:59:18 |
| 10 | Q.  No. | 13:59:19 |
| 11 | For example, did somebody say "Okay, | 13:59:20 |
| 12 | Mrs. Mendoza, here we" -- "here's customer Rose | 13:59:22 |
| 13 | Donuts, we're going to let you take care of" -- | 13:59:26 |
| 14 | A.  No.  Huh-uh. | 13:59:29 |
| 15 | I just happened to go in there. | 13:59:30 |
| 16 | He was very chatty, he talked about all the | 13:59:32 |
| 17 | places he worked at as a donut employee, then he | 13:59:34 |
| 18 | wanted to say "Oh, I'll help you miss."  He always | 13:59:38 |
| 19 | used to call me miss and -- very nice gentleman. | 13:59:40 |
| 20 | So yeah, he's -- he would -- he was | 13:59:43 |
| 21 | somebody who would want to help somebody else, so he | 13:59:47 |
| 22 | probably wanted to help me get business. | 13:59:50 |
| 23 | Q.  Understood. | 13:59:53 |
| 24 | Okay.  I'm going -- | 13:59:59 |
| 25 | A.  He was mad -- | 13:59:59 |

Hearsay; relevance

Page 59

Relevance

| # | | |
|---|---|---|
| 1 | Q.  Looking -- | 13:59:59 |
| 2 | A.  He was mad at -- I'm sorry. | 14:00:00 |
| 3 | Yes. | 14:00:01 |
| 4 | Q.  Oh, that's okay. | 14:00:01 |
| 5 | Looking at this invoice right here, I see | 14:00:03 |
| 6 | now that this invoice is dated November 2nd, 2022. | 14:00:05 |
| 7 | Do you see that? | 14:00:09 |
| 8 | A.  Um-hum. | 14:00:09 |
| 9 | Q.  This -- do you -- have you -- have you ever | 14:00:10 |
| 10 | seen this invoice before? | 14:00:13 |
| 11 | A.  I don't think that was something that I | 14:00:15 |
| 12 | would -- that I took an order from, though. | 14:00:16 |
| 13 | Q.  Okay.  Do you -- does this help refresh | 14:00:20 |
| 14 | your recollection about what it was that Rose Donuts | 14:00:22 |
| 15 | would purchase from Sunrise? | 14:00:25 |
| 16 | A.  Oh, eventually they were ordering mixes and | 14:00:26 |
| 17 | so forth from me, yes.  I -- I know for sure that | 14:00:30 |
| 18 | they ordered mixes, yes. | 14:00:34 |
| 19 | Q.  Right. | 14:00:36 |
| 20 | And I see here there's some icing and mix | 14:00:37 |
| 21 | donut yeast raised. | 14:00:40 |
| 22 | I think that's a donut mix; correct? | 14:00:42 |
| 23 | A.  Yes, but that -- that was not during my | 14:00:44 |
| 24 | time because it's 11 -- | 14:00:46 |
| 25 | Q.  Right. | 14:00:47 |

Page 60

| | | |
|---|---|---|
| 1 | A.   Okay. | 14:00:47 |
| 2 | Q.   I just now noticed 'cause I now know that | 14:00:48 |
| 3 | you -- you -- what date you left, that this is after | 14:00:51 |
| 4 | your frame, but I'm wondering if this at least helps | 14:00:53 |
| 5 | refresh your recollection about maybe what products | 14:00:57 |
| 6 | you were selling -- | 14:00:59 |
| 7 | A.   Oh, yeah. | 14:01:01 |
| 8 | No. | 14:01:02 |
| 9 | I 100 percent sold him donut mixes. | 14:01:03 |
| 10 | I'm not sure if at that time that you sent | 14:01:04 |
| 11 | me that E-mail what exactly I was selling him. | 14:01:07 |
| 12 | Q.   Okay.  I was just hoping maybe this could | 14:01:10 |
| 13 | help refresh your recollection regarding whether or | 14:01:13 |
| 14 | not that was your customer at that time, and so -- | 14:01:14 |
| 15 | A.   Yeah. | 14:01:16 |
| 16 | I'm sure he -- he bought something, yes. | 14:01:16 |
| 17 | Q.   Okay.  And so -- let's see here. | 14:01:18 |
| 18 | Do you recall whether Rose Donuts ever | 14:01:24 |
| 19 | stopped buying donut mixes and any -- any other | 14:01:27 |
| 20 | products from Sunrise while you were working at | 14:01:31 |
| 21 | Sunrise? | 14:01:33 |
| 22 | A.   No. | 14:01:33 |
| 23 | He -- he continued and gave me his uncle's | 14:01:34 |
| 24 | business. | 14:01:37 |
| 25 | Q.   Okay.  To your knowledge, do you know if | 14:01:37 |

Page 61

**Hearsay; Relevance; Assumes facts**

| | | |
|---|---|---|
| 1 | BakeMark ever actually refused to sell items like | 14:01:41 |
| 2 | lids to Rose's -- | 14:01:44 |
| 3 | A.  Yeah. | 14:01:45 |
| 4 | He was mad at Tony Marquez to a point where | 14:01:45 |
| 5 | he was -- | 14:01:47 |
| 6 | Q.  Wait -- | 14:01:47 |
| 7 | A.  -- mad at him because he -- | 14:01:47 |
| 8 | Q.  Miss -- Mrs. Mendoza -- | 14:01:50 |
| 9 | A.  -- because the way he talked to him. | 14:01:51 |
| 10 | I'm sorry. | 14:01:53 |
| 11 | Q.  Let me -- let me finish the question -- | 14:01:54 |
| 12 | A.  I'm sorry. | 14:01:55 |
| 13 | Q.  -- and then you can continue to go on | 14:01:56 |
| 14 | because -- | 14:01:57 |
| 15 | A.  Got you. | 14:01:57 |
| 16 | Sorry. | 14:01:58 |
| 17 | Q.  So this is just for the purposes of record, | 14:01:59 |
| 18 | let me make sure I get that down correctly. | 14:02:01 |
| 19 | So to your knowledge, do you -- | 14:02:04 |
| 20 | And -- and make sure to just respond to the | 14:02:06 |
| 21 | question, and we can go into the -- | 14:02:08 |
| 22 | A.  Okay. | 14:02:09 |
| 23 | Q.  So to your knowledge, did BakeMark ever | 14:02:09 |
| 24 | actually refuse to sell items like lids to Rose's | 14:02:12 |
| 25 | Donuts? | 14:02:18 |

Page 62

**Hearsay; Relevance; Assumes facts**

| | | |
|---|---|---|
| 1 | A.   Going -- well, going off of that E-mail -- | 14:02:18 |
| 2 | Yes, now, okay, it's coming back to me, | 14:02:23 |
| 3 | yeah. | 14:02:25 |
| 4 | He basically would say that because he's | 14:02:25 |
| 5 | not buying donut mixes from him, he wouldn't buy -- | 14:02:27 |
| 6 | he wouldn't let him get lids or something. | 14:02:30 |
| 7 | Q.   Right. | 14:02:33 |

**Hearsay; Relevance; Assumes facts; inadmissible lay opinion**

| | | |
|---|---|---|
| | And we see that in the E-mail, but do you | 14:02:33 |
| | know if BakeMark ever actually refused to sell these | 14:02:36 |
| | lids or stopped selling lids to Rose Donuts? | 14:02:39 |
| | A.   Oh, I'm not sure.   I -- I -- I mean I'm | 14:02:42 |
| | not -- I don't recall. | 14:02:45 |
| 13 | I believe them. | 14:02:46 |
| 14 | He didn't want to buy from them 'cause he | 14:02:48 |
| 15 | was really mad about that response. | 14:02:50 |
| 16 | Q.   Okay.   And so other -- again, I apologize. | 14:02:52 |
| 17 | Give me one second. | 14:02:59 |
| 18 | So other than what we have seen in that | 14:03:02 |
| 19 | E-mail, has anyone at Rose Donuts ever told you | 14:03:04 |
| 20 | anything else that would be relevant to BakeMark's | 14:03:10 |
| 21 | and Sunrise's cases against each other? | 14:03:13 |
| 22 | A.   I mean not directly. | 14:03:19 |
| 23 | I don't know exactly what you're -- | 14:03:21 |
| 24 | He was just upset because of that. | 14:03:23 |
| 25 | Q.   Right. | 14:03:29 |

Page 63

| | | |
|---|---|---|
| 1 | But my -- my question is that other than | 14:03:29 |
| 2 | what you've said in your E-mail here and the | 14:03:32 |
| 3 | customer being upset about what you said right here | 14:03:37 |
| 4 | in this E-mail -- | 14:03:40 |
| 5 | A. Uh-huh. | 14:03:40 |
| 6 | Q. -- can you recall any other -- anything | 14:03:41 |
| 7 | else that happened or any other event or anything | 14:03:43 |
| 8 | else that would be relevant to BakeMark's and | 14:03:46 |
| 9 | Sunrise's case against -- cases against each other? | 14:03:48 |
| 10 | A. No. Not that I'm aware of, no. | 14:03:50 |
| 11 | Q. Okay. | 14:03:53 |
| 12 | Okay. Can you please go back to that | 14:03:53 |
| 13 | Exhibit Number 2, please? | 14:03:56 |
| 14 | A. Okay. | 14:03:58 |
| 15 | Exhibit 2? | 14:04:06 |
| 16 | Q. Yes. | 14:04:07 |
| 17 | A. Okay. | 14:04:07 |
| 18 | Q. That same November 18th E-mail; right? | 14:04:08 |
| 19 | A. Okay. | 14:04:10 |
| 20 | Q. Okay. I'm going to continue reading that | 14:04:16 |
| 21 | E-mail. | 14:04:19 |
| 22 | See where it says, quote: | 14:04:21 |
| 23 | "He," meaning Tony Marquez, "also is | 14:04:22 |
| 24 | talking bad at my customer Raffa's Market | 14:04:24 |
| 25 | again. This was the La Habra location. | 14:04:27 |

Hearsay; Relevance

Page 64

Hearsay; Relevance

| | | | |
|---|---|---|---|
| 1 | | These are customers who like me and share | 14:04:30 |
| 2 | | me, but the sales rep Tony Marquez is | 14:04:33 |
| 3 | | getting to everyone I sell to and to people | 14:04:35 |
| 4 | | I'm trying to sell to.  He guilts them like | 14:04:37 |
| 5 | | it's a betrayal on their part" -- | 14:04:41 |
| 6 | A. | Um-hum. | 14:04:43 |
| 7 | Q. | -- end quote. | 14:04:43 |
| 8 | | Do you see that? | 14:04:44 |
| 9 | A. | Yep. | 14:04:45 |
| 10 | Q. | Did you specifically hear someone at | 14:04:45 |
| 11 | | Raffa's telling you that Marquez was saying bad | 14:04:49 |
| 12 | | things about Sunrise? | 14:04:53 |
| 13 | A. | Yes. | 14:04:54 |
| 14 | Q. | What are those bad things that they said? | 14:04:55 |
| 15 | A. | Oh, just basically that we were trying -- | 14:04:57 |
| 16 | | we stole their recipes and that they were suing | 14:05:03 |
| 17 | | them, and our products are no good and just stuff | 14:05:07 |
| 18 | | like that. | 14:05:13 |
| 19 | Q. | And are these things specifically that | 14:05:13 |
| 20 | | someone at Raffa's Market told you? | 14:05:16 |
| 21 | A. | Yes. | 14:05:19 |
| 22 | Q. | When did your conversation described in | 14:05:21 |
| 23 | | this E-mail with customers Raffa -- customer Raffa's | 14:05:26 |
| 24 | | take place? | 14:05:28 |
| 25 | A. | Whatever the date on there was, I would | 14:05:30 |

Page 65

| | | |
|---|---|---|
| 1 | have sent it to them when it happened. | 14:05:33 |
| 2 | I guess -- | 14:05:37 |
| 3 | Q. So this -- so this date -- this E-mail | 14:05:38 |
| 4 | right here was sent, you know, seven fif- -- | 14:05:40 |
| 5 | A. Sometime around then -- | 14:05:42 |
| 6 | Q. Okay. | 14:05:43 |
| 7 | A. -- I would say. | 14:05:44 |
| 8 | Q. Who at Raffa's Market did you speak to? | 14:05:45 |
| 9 | A. I want to say Sergio, and there was also -- | 14:05:48 |
| 10 | There was three Raffa Markets. | 14:05:52 |
| 11 | There was Sergio, he was at the La Habra | 14:05:54 |
| 12 | location, and then I was also getting word in | 14:05:57 |
| 13 | regards to the La -- La Placentia -- the Placentia | 14:06:00 |
| 14 | location. | 14:06:05 |
| 15 | Q. When you say you were getting word from the | 14:06:08 |
| 16 | La Placentia location, what do you mean, "getting | 14:06:11 |
| 17 | word"? | 14:06:13 |
| 18 | A. Oh. | 14:06:14 |
| 19 | So there was more people at Raffa's Market | 14:06:14 |
| 20 | that was telling me situations that -- that Tony | 14:06:18 |
| 21 | would do in regards to 'cause I was selling them. | 14:06:22 |
| 22 | Q. And this is at the La Placentia location? | 14:06:26 |
| 23 | A. Yes. | 14:06:30 |
| 24 | Placentia location. | 14:06:30 |
| 25 | Q. Okay. | 14:06:30 |

**Hearsay; Relevance** (margin annotation beside lines 18–25)

Page 66

| | | |
|---|---|---|
| 1 | A.   It's not La Placentia. | 14:06:32 |
| 2 | I'm sorry. | 14:06:34 |
| 3 | I don't know why I put La in front of it. | 14:06:35 |
| 4 | Q.   And who at the Placentia location was | 14:06:37 |
| 5 | telling you this? | 14:06:39 |
| 6 | A.   Gosh. | 14:06:40 |
| 7 | It was a father and son. | 14:06:40 |
| 8 | Danny.   I think his name was Danny. | 14:06:41 |
| 9 | Q.   Okay.   And what exactly did they say that | 14:06:44 |
| 10 | Mr. Marquez was saying or doing? | 14:06:48 |
| 11 | A.   They referred to a story that because my | 14:06:51 |
| 12 | product was there that Tony Marquez actually picked | 14:06:56 |
| 13 | up a -- a -- a bucket and walked out of the -- | 14:06:59 |
| 14 | the -- tried to walk out of the store with it | 14:07:04 |
| 15 | because he -- they were actually buying from me, | 14:07:07 |
| 16 | like he was saying "Why are you buying from them," | 14:07:10 |
| 17 | and he wanted to take it outside the store. | 14:07:12 |
| 18 | And the -- the father of Danny, who was a | 14:07:16 |
| 19 | supervisor too, said "Hey, where are you going with | 14:07:20 |
| 20 | that?" | 14:07:24 |
| 21 | And he basically said that he was trying to | 14:07:24 |
| 22 | take our stuff out of the -- the store. | 14:07:29 |
| 23 | Q.   And that -- that event that you just | 14:07:32 |
| 24 | described right there, who told you about that? | 14:07:36 |
| 25 | A.   Danny. | 14:07:38 |

Hearsay; Relevance

Page 67

**Hearsay; Relevance**

| | | |
|---|---|---|
| 1 | Q.   Okay.   Was -- | 14:07:42 |
| 2 | A.   We just laughed about it because I just | 14:07:43 |
| 3 | wanted to sell business, and they were fine with it. | 14:07:45 |
| 4 | Everybody just -- this is just -- was just | 14:07:48 |
| 5 | ridiculous, though. | 14:07:51 |
| 6 | Q.   And so the -- you -- you said there was | 14:07:52 |
| 7 | multiple locations. | 14:07:55 |
| 8 | I think you mentioned that there might have | 14:07:56 |
| 9 | been a third location as well? | 14:07:58 |
| 10 | A.   There was a third location too. | 14:07:58 |
| 11 | Q.   What location? | 14:08:00 |
| 12 | A.   Pomona. | 14:08:02 |
| 13 | Q.   And this is the La Raffa's in Po- -- | 14:08:03 |
| 14 | Pomona; correct? | 14:08:05 |
| 15 | A.   No. | 14:08:06 |
| 16 | This happened at Placentia, I believe. | 14:08:07 |
| 17 | Q.   No. | 14:08:09 |
| 18 | We're -- we're discussing -- I thought we | 14:08:10 |
| 19 | were discussing -- | 14:08:12 |
| 20 | You said there were three -- | 14:08:13 |
| 21 | A.   Raffa's.   There's three Raffa's locations. | 14:08:13 |
| 22 | There's Pomona, Placentia and La Habra. | 14:08:17 |
| 23 | Q.   Okay.   And what happened at the Pomona | 14:08:19 |
| 24 | location? | 14:08:21 |
| 25 | A.   I mean nothing happened -- | 14:08:25 |

Page 68

```
 1        Q.   Okay.                                   14:08:26

 2        A.   -- at the Pomona location.              14:08:26

 3        Q.   Oh, I -- I -- I guess --                14:08:28

 4        A.   I'm sorry.                              14:08:30

 5             I -- I'm just -- I'm just -- as things come   14:08:31

 6   to me --                                          14:08:34

 7             I'm sorry if I'm going off track.       14:08:34

 8        Q.   That's okay.                            14:08:36

 9             I -- I might have mis- -- been mistaken.    14:08:37

10             I thought that you said there was events    14:08:40

11   that took place at the Pomona --                  14:08:42

12        A.   Well, because Danny worked at both      14:08:43

13   locations, I'm not sure if it was the Placentia   14:08:45

14   location or the Pomona location, but the father   14:08:48

15   worked at the Placentia location --              14:08:50

16        Q.   Okay.                                   14:08:52

17        A.   -- but Danny worked at both, and he went to   14:08:53

18   both stores, so that's why there's confusion on my    14:08:56

19   part.                                             14:09:00

20        Q.   That's --                               14:09:00

21        A.   I'm trying to think what -- what location    14:09:01

22   it was, but I think it's Placentia store.         14:09:03

23        Q.   Okay.   That's okay.                    14:09:06

24             But going back to this Exhibit 2, you're    14:09:07

25   specifically speaking about the La Habra location;    14:09:09
```

Page 69

```
 1    correct?                                           14:09:11

 2        A.  Correct, because I believe that was        14:09:12

 3    regarding Sergio was telling me something --       14:09:14

 4        Q.  Okay.  Right.                               14:09:17

 5        A.  -- about Tony Marquez.                      14:09:18

 6        Q.  Now, the other -- the incidents with Danny 14:09:20

 7    at either Placentia or Pomona --                   14:09:22

 8        A.  Um-hum.                                     14:09:25

 9        Q.  -- did those events that were described to 14:09:25

10    you, do you know around what time -- what date those 14:09:27

11    events took place?                                 14:09:30

12        A.  No.                                         14:09:34

13            Probably in like June.  It's dur- -- was   14:09:35

14    during probably strawberry season when they make   14:09:38

15    strawberry tamales, so --                          14:09:42

16        Q.  When you were, right here, discussing this 14:09:44

17    conversation that you said took place with Sergio at 14:09:47

18    the La Habra location --                           14:09:50

19        A.  Uh-huh.                                     14:09:52

20        Q.  -- was there anyone else there with you    14:09:52

21    when this conversation took place?                 14:09:55

22        A.  No.                                         14:09:56

23        Q.  Okay.                                       14:10:00

24            Okay.  You see right there, you say, quote, 14:10:01

25    "talking bad," end quote, at your customer Raffa's. 14:10:03
```

Hearsay

Page 70

| | | |
|---|---|---|
| 1 | Do you see that? | 14:10:06 |
| 2 | A.  "Talking bad" -- okay.   Yes. | 14:10:07 |
| 3 | Q.  Right. | 14:10:09 |
| 4 | And -- and we may have discussed it, but | 14:10:09 |
| 5 | just to be clear, you didn't hear Mr. Marquez say | 14:10:12 |
| 6 | anything bad about Sunrise; correct? | 14:10:16 |
| 7 | A.  No. | 14:10:19 |
| 8 | I just heard everything secondhand. | 14:10:19 |
| 9 | Q.  I see. | 14:10:22 |
| 10 | From Sergio; correct? | 14:10:22 |
| 11 | A.  From cust- -- yes, Sergio. | 14:10:24 |
| 12 | Q.  Okay.   And then you -- in the E-mail, you | 14:10:26 |
| 13 | say Mr. Marquez, quote, "refers to the court case," | 14:10:29 |
| 14 | end quote. | 14:10:32 |
| 15 | Do you see that? | 14:10:32 |
| 16 | A.  Uh-huh.   Yes. | 14:10:33 |
| 17 | Q.  You mean the lawsuit between Sunrise and | 14:10:35 |
| 18 | BakeMark; correct? | 14:10:37 |
| 19 | A.  Correct. | 14:10:37 |
| 20 | Q.  Okay.  So what did Sergio at Raffa's tell | 14:10:40 |
| 21 | you Mr. Marquez told him about the lawsuit between | 14:10:44 |
| 22 | Sunrise and BakeMark? | 14:10:47 |
| 23 | A.  You know, to be quite honest with you, I | 14:10:50 |
| 24 | don't really recall what -- | 14:10:52 |
| 25 | "Also talking about" -- "La Habra | 14:10:56 |

Hearsay;
Relevance.

IF this
portion is
allowed in
(which it
should not
be), then
71:20-72:8
should be
read in as
well.

Page 71

| | | |
|---|---|---|
| 1 | location" -- | 14:11:01 |
| 2 | I don't -- just maybe just that there's | 14:11:07 |
| 3 | a -- there was a lawsuit that was going on, and | 14:11:09 |
| 4 | Sergio was letting me know that -- you know, that we | 14:11:13 |
| 5 | were -- that there was just this -- a lawsuit going | 14:11:18 |
| 6 | on. | 14:11:20 |
| 7 | Q.   Okay. | 14:11:20 |
| 8 | A.   I don't really remember the specific. | 14:11:21 |
| 9 | Q.   And then this is -- I'm -- same question, | 14:11:22 |
| 10 | but about Rose Donuts. | 14:11:26 |
| 11 | So who -- I believe you said you spoke to | 14:11:28 |
| 12 | Marvin at -- | 14:11:30 |
| 13 | A.   Uh-huh. | 14:11:31 |
| 14 | Q.   -- Rose Donuts. | 14:11:31 |
| 15 | What did Marvin at Rose Donuts tell you | 14:11:32 |
| 16 | Mr. Marquez told him about the lawsuit between | 14:11:35 |
| 17 | BakeMark and Sunrise? | 14:11:38 |
| 18 | A.   Oh. | 14:11:41 |
| 19 | He was just basically saying -- he was -- I | 14:11:41 |
| 20 | don't know if he was -- exactly said anything about | 14:11:48 |
| 21 | the -- the lawsuit. | 14:11:51 |
| 22 | He just basically said that if -- if they | 14:11:52 |
| 23 | do -- if he would do business with -- with us that | 14:11:56 |
| 24 | he wouldn't sell them lids, if he -- if they bought | 14:11:59 |
| 25 | the donut mixes from us, he wouldn't let them buy | 14:12:02 |

Hearsay

Page 72

| | | |
|---|---|---|
| 1 | lids from him. | 14:12:05 |
| 2 | Q. But did he ever tell you that BakeMark | 14:12:08 |
| 3 | actually stopped selling lids to him or anything | 14:12:13 |
| 4 | like that because of -- | 14:12:16 |
| 5 | A. Again, not that I'm aware of. | 14:12:17 |
| 6 | He usually had a bunch of lids that he | 14:12:20 |
| 7 | bought at Costco. | 14:12:22 |
| 8 | If you walk into his store, you'll see lids | 14:12:23 |
| 9 | all over the place. | 14:12:26 |
| 10 | Q. Just a reminder to make sure to let me | 14:12:26 |
| 11 | finish the question. | 14:12:29 |
| 12 | Okay? | 14:12:30 |
| 13 | A. Okay. | 14:12:30 |
| 14 | Sorry. | 14:12:30 |
| 15 | Q. No. No. It's okay. | 14:12:30 |
| 16 | So again, you -- in this E-mail, you say -- | 14:12:33 |
| 17 | with respect to Raffa's, you say "my customer." | 14:12:37 |
| 18 | Do you see that? | 14:12:39 |
| 19 | A. Raffa's was my customer. | 14:12:40 |
| 20 | Q. Okay. | 14:12:42 |
| 21 | A. We bought -- we started initially with | 14:12:42 |
| 22 | eggs, and I didn't sell no donut mixes to Raf- -- | 14:12:44 |
| 23 | Raffa's Market. It was a -- a market that did | 14:12:49 |
| 24 | panaderia, so they bought flour and stuff, nothing | 14:12:52 |
| 25 | to do with donut mixes. | 14:12:57 |

Relevance

Page 73

| | | |
|---|---|---|
| 1 | Q. Okay. So at the time that this took place, | 14:12:58 |
| 2 | this -- this conversation with Sergio at Raffa's, | 14:13:02 |
| 3 | Raffa's was a customer of Sunrise's at that point. | 14:13:06 |
| 4 | A. Yes. | 14:13:09 |
| 5 | Q. Do you know -- was Raffa's a customer of | 14:13:13 |
| 6 | Sunrise's before you were hired? | 14:13:17 |
| 7 | A. Hum-um. | 14:13:19 |
| 8 | I got it. | 14:13:20 |
| 9 | Q. How did you -- how did you know to approach | 14:13:22 |
| 10 | Raffa's, or what made you approach Raffa's? | 14:13:26 |
| 11 | A. Because they're panaderias. | 14:13:28 |
| 12 | At -- at one point that -- I got sick of | 14:13:33 |
| 13 | the whole donut thing 'cause of the lawsuit, I just | 14:13:34 |
| 14 | started targeting Mexican bakeries just to sell | 14:13:38 |
| 15 | flour and not sell donut mixes anymore. | 14:13:41 |
| 16 | Q. Approximately when did you bring in Raffa's | 14:13:44 |
| 17 | Market as a customer for Sunrise? | 14:13:47 |
| 18 | A. Maybe in Oc- -- October time. | 14:13:50 |
| 19 | I -- I don't recall. | 14:13:57 |
| 20 | I'm sorry. | 14:13:57 |
| 21 | I'm just guessing. | 14:13:58 |
| 22 | Q. So you were not told to -- about Raffa's or | 14:13:59 |
| 23 | anything. | 14:14:02 |
| 24 | You yourself went out and found Raffa's | 14:14:03 |
| 25 | yourself -- | 14:14:05 |

Page 74

| | | | |
|---|---|---|---|
| 1 | A. | Correct. | 14:14:06 |
| 2 | Q. | -- correct? | 14:14:06 |
| 3 | | How did you bring in Raffa's as a customer? | 14:14:11 |
| 4 | | For example -- for example, did -- was it a | 14:14:14 |
| 5 | | cold call?  Cold visit? | 14:14:16 |
| 6 | A. | Cold call. | 14:14:17 |
| 7 | Q. | And then what -- what do you believe made | 14:14:19 |
| 8 | | Raffa's -- other than you -- you, what made Raffa's | 14:14:22 |
| 9 | | a customer of Sunrise, for example, a product? | 14:14:26 |
| 10 | A. | Because any time he asked me to -- | 14:14:29 |
| 11 | | Sorry about that. | 14:14:32 |
| 12 | | Any time he asked me to do something, I | 14:14:32 |
| 13 | | tried to get something for him.  Even if our company | 14:14:35 |
| 14 | | didn't do it, I just tried to get him answers, and | 14:14:38 |
| 15 | | that was Sergio. | 14:14:42 |
| 16 | | And I'm so sorry. | 14:14:42 |
| 17 | | Lay down.  Be quiet. | 14:14:45 |
| 18 | | So that's what I pretty much did, so I went | 14:14:46 |
| 19 | | above and beyond for him. | 14:14:49 |
| 20 | Q. | And -- and the initial product that -- | 14:14:50 |
| 21 | | or -- | 14:14:52 |
| 22 | A. | Eggs. | 14:14:53 |
| 23 | Q. | So just to be clear for Madam Court | 14:14:55 |
| 24 | | Reporter, the initial products that -- Sunrise | 14:14:58 |
| 25 | | products that Ra- -- La Ra- -- or sorry, just | 14:15:01 |

Page 75

| | | |
|---|---|---|
| 1 | Raffa's was purchasing was eggs; correct? | 14:15:05 |
| 2 | A.  Yes. | 14:15:07 |
| 3 | Q.  Okay.  And what other products did -- | 14:15:07 |
| 4 | A.  And eventually they bought flour and any | 14:15:25 |
| 5 | other type of products. | 14:15:28 |
| 6 | Q.  Do -- do you need to take a break, | 14:15:32 |
| 7 | Mrs. Mendoza? | 14:15:34 |
| 8 | A.  No.  I'm so sorry.  No. | 14:15:35 |
| 9 | Just my -- | 14:15:36 |
| 10 | Q.  Okay. | 14:15:36 |
| 11 | A.  -- my -- my cat and my dog. | 14:15:37 |
| 12 | Q.  Give me one second. | 14:15:40 |
| 13 | Okay.  Do you know if Raffa's ever stopped | 14:15:55 |
| 14 | buying products from Sunrise? | 14:16:05 |
| 15 | A.  No.  Huh-uh. | 14:16:06 |
| 16 | Q.  And to your knowledge, did BakeMark ever | 14:16:10 |
| 17 | actually refuse to sell products to Raffa's? | 14:16:12 |
| 18 | A.  No.  No. | 14:16:16 |
| 19 | Q.  Remember to let me finish the question. | 14:16:17 |
| 20 | A.  Sorry. | 14:16:18 |
| 21 | Q.  Okay.  So to your knowledge, did BakeMark | 14:16:19 |
| 22 | ever actually refuse to sell products to Raffa's | 14:16:21 |
| 23 | because of Raffa's buying from Sunrise? | 14:16:25 |
| 24 | A.  No. | 14:16:27 |
| 25 | Q.  Has anyone at Raffa's ever told you | 14:16:27 |

Page 76

| | | |
|---|---|---|
| 1 | anything else that would be relevant to BakeMark's | 14:16:30 |
| 2 | and Sunrise's case against each other? | 14:16:32 |
| 3 | A.   Just that -- that they know that there was | 14:16:36 |
| 4 | an issue in regards to this -- the suing process, | 14:16:38 |
| 5 | that there was some kind of court case, but they | 14:16:43 |
| 6 | bought from BakeMark, and then they bought from me | 14:16:47 |
| 7 | too as well, so it was amicable that they understood | 14:16:50 |
| 8 | both our positions, and they wanted to buy from both | 14:16:53 |
| 9 | of us, which was fine and fair. | 14:16:56 |
| 10 | MR. BACON:  Hey, Chakameh, I've got -- can | 14:16:59 |
| 11 | we take a break right here? | 14:17:03 |
| 12 | I've got something that's on my computer | 14:17:04 |
| 13 | that is -- I suspect is some kind of phishing -- | 14:17:08 |
| 14 | MS. GANJI:  Oh. | 14:17:11 |
| 15 | MR. BACON:  -- and so I want to shut down | 14:17:11 |
| 16 | and restart -- | 14:17:14 |
| 17 | MS. GANJI:  Yeah. | 14:17:14 |
| 18 | Let's take a break. | 14:17:15 |
| 19 | MR. BACON:  -- without opening it. | 14:17:16 |
| 20 | Yeah. | 14:17:17 |
| 21 | So let's come back in about -- why don't we | 14:17:18 |
| 22 | say 2:30, so give 13 minutes? | 14:17:20 |
| 23 | Is that okay? | 14:17:23 |
| 24 | MS. GANJI:  That works.  That's okay. | 14:17:23 |
| 25 | MR. BACON:  Ms. Mendoza, does that work for | 14:17:25 |

Page 77

| | | |
|---|---|---|
| 1 | you? | 14:17:28 |
| 2 | THE WITNESS:  Okay. | 14:17:28 |
| 3 | MR. BACON:  Great. | 14:17:28 |
| 4 | All right. | 14:17:29 |
| 5 | THE VIDEOGRAPHER:  Okay. | 14:17:29 |
| 6 | MR. BACON:  I'll be -- I'll be right back | 14:17:29 |
| 7 | in. | 14:17:31 |
| 8 | Thanks. | 14:17:31 |
| 9 | MS. GANJI:  Hold on, Ms. Mendoza. | 14:17:31 |
| 10 | THE VIDEOGRAPHER:  Yeah. | 14:17:31 |
| 11 | One moment. | 14:17:32 |
| 12 | This is the videographer. | 14:17:32 |
| 13 | We're going off the record. | 14:17:33 |
| 14 | The time is now 2:17. | 14:17:34 |
| 15 | This is the end of media one of the | 14:17:36 |
| 16 | deposition of Ms. Desiree Mendoza. | 14:17:38 |
| 17 | One moment, please. | 14:17:41 |
| 18 | (There was a discussion off the record.) | 14:17:42 |
| 19 | (A recess was taken.) | 14:17:42 |
| 20 | THE VIDEOGRAPHER:  Okay.  And we're back on | 14:42:57 |
| 21 | the record. | 14:42:59 |
| 22 | The time is 2:42. | 14:42:59 |
| 23 | This is media number two of the deposition | 14:43:01 |
| 24 | of Ms. Desiree Mendoza. | 14:43:03 |
| 25 | BY MS. GANJI: | 14:43:03 |

Page 78

```
 1        Q.  Okay.  So Ms. Mendoza, you do have Exhibit      14:43:08

 2   Number 2 again in front of you; correct?                 14:43:11

 3        A.  Yes.                                             14:43:12

 4        Q.  So we -- we previously spoke about that         14:43:14

 5   first E-mail.                                             14:43:16

 6            I'm now going further down in that chain.        14:43:18

 7        A.  Okay.                                            14:43:20

 8        Q.  And you see there's this back and forth         14:43:20

 9   between you and again Mr. Kodo and Mr. Klein and         14:43:24

10   Boyd Mulloy and Javier Navarro.                          14:43:29

11            I'm looking specifically at SUNRISE 13867       14:43:33

12   to 13869.                                                14:43:36

13            And -- okay.  So this is an E-mail chain        14:43:38

14   that involves an E-mail between you and Belinda          14:43:43

15   Zuniga --                                                14:43:47

16        A.  Uh-huh.                                         14:43:47

17        Q.  -- at El Tri- -- El Trigal Dorado that you      14:43:48

18   forwarded to Mr. Kodo and these other gentlemen;         14:43:52

19   correct?                                                 14:43:55

20        A.  Yes.  Um-hum.                                   14:43:55

21        Q.  Okay.  Can you tell me what made you decide     14:43:57

22   to solicit El Trigal Dorado as a customer for            14:43:59

23   Sunrise?                                                 14:44:04

24        A.  They were a panaderia, and I was having         14:44:04

25   success at Mexican bakeries that didn't use donut        14:44:06
```

Page 79

| | | |
|---|---|---|
| 1 | mixes.   They used flour mixes. | 14:44:12 |
| 2 | Q.   I see. | 14:44:14 |
| 3 | And so nobody told you to go to Ms. -- | 14:44:15 |
| 4 | A.   No.   Huh-uh. | 14:44:17 |
| 5 | It was just a cold call. | 14:44:19 |
| 6 | Q.   Just a reminder to let me finish the | 14:44:20 |
| 7 | question. | 14:44:22 |
| 8 | Okay? | 14:44:22 |
| 9 | A.   Okay.   Yes. | 14:44:23 |
| 10 | Q.   Sure. | 14:44:24 |
| 11 | And so based on this E-mail, it appears | 14:44:24 |
| 12 | sometime around November 15th of 2021 -- | 14:44:26 |
| 13 | A.   Um-hum. | 14:44:29 |
| 14 | Q.   -- you went to -- you went to El Trigal | 14:44:29 |
| 15 | Dorado to sell them Sunrise products; correct? | 14:44:34 |
| 16 | A.   Yes. | 14:44:36 |
| 17 | Q.   And -- and then you spoke to specifically | 14:44:36 |
| 18 | Belinda Zuniga; correct? | 14:44:39 |
| 19 | A.   Yes. | 14:44:40 |
| 20 | Q.   Was anyone else present during this | 14:44:40 |
| 21 | conversation? | 14:44:43 |
| 22 | A.   No. | 14:44:44 |
| 23 | Q.   No -- did anyone from Sunrise accompany you | 14:44:46 |
| 24 | to El Trigal Dorado -- | 14:44:49 |
| 25 | A.   You want -- | 14:44:53 |

Page  80

| | | |
|---|---|---|
| 1 | Q. -- during this visit? | 14:44:53 |
| 2 | A. Not that I'm aware of, no. | 14:44:54 |
| 3 | Q. Okay. So tell me everything that happened | 14:44:58 |
| 4 | when you visited El Trigal Dorado that day. | 14:45:00 |
| 5 | A. Well, this -- she -- I went there and then | 14:45:05 |
| 6 | found out that she was using Puratos chocolates, and | 14:45:08 |
| 7 | I was just trying to get her business, and we were | 14:45:11 |
| 8 | a -- the distributor for Puratos chocolates, and I | 14:45:16 |
| 9 | said "I know I can get you a really good deal on | 14:45:19 |
| 10 | chocolate, the chocolates, and you know, I want to | 14:45:22 |
| 11 | earn your business and so forth." | 14:45:25 |
| 12 | And then we were talking, and she was | 14:45:26 |
| 13 | giving me the green light to go ahead to "Let's get | 14:45:28 |
| 14 | an order going, send in" -- "send me the credit | 14:45:32 |
| 15 | application, and let's get it going." | 14:45:36 |
| 16 | And then so I was getting an order going, | 14:45:38 |
| 17 | and then I got an E-mail from her saying that she's | 14:45:42 |
| 18 | cancelling it. | 14:45:46 |
| 19 | Q. So at the -- that -- that's -- before we go | 14:45:47 |
| 20 | back to the E-mail, for example, so when you went to | 14:45:51 |
| 21 | visit that El Trigal that day -- | 14:45:54 |
| 22 | A. Um-hum. | 14:45:54 |
| 23 | Q. -- did you -- when you went in and started | 14:46:00 |
| 24 | speaking to Belinda Zuniga, did you specifically | 14:46:02 |
| 25 | know you were trying to sell chocolates to her, or | 14:46:05 |

Hearsay; IF allowed in (which it should not be), then Exhibit 190 (Declaration of Belinda Zuniga_BMK 855-857) should be admitted

Page 81

| | | |
|---|---|---|
| 1 | were you trying to sell her more products, and then | 14:46:07 |
| 2 | somehow the conversation went to chocolates? | 14:46:10 |
| 3 | How did that go? | 14:46:13 |
| 4 | A.   It was a process of more than just one | 14:46:14 |
| 5 | visit.  You know, this was a -- it was a target | 14:46:16 |
| 6 | account that I was trying to get.  It wasn't just | 14:46:21 |
| 7 | like I went there and then all of a sudden she said | 14:46:23 |
| 8 | "Oh, I'm going to buy from you."  That wasn't the | 14:46:26 |
| 9 | case. | 14:46:28 |
| 10 | And I think I went there like a -- a couple | 14:46:29 |
| 11 | of -- like at least five times 'cause first off, she | 14:46:31 |
| 12 | wasn't -- never there, and then when I finally got | 14:46:36 |
| 13 | ahold of her, I was excited to talk to her, and you | 14:46:39 |
| 14 | know, she let me go in the back and -- and see what | 14:46:43 |
| 15 | she was using.  She was using flour and sugar and | 14:46:46 |
| 16 | milk and chocolates and stuff. | 14:46:49 |
| 17 | So then I said "Oh, I can get you pricing." | 14:46:51 |
| 18 | She says "Okay.  Get me some pricing." | 14:46:54 |
| 19 | And I told her about our chocolates and | 14:46:56 |
| 20 | Puratos chocolates and so then, you know, tried to | 14:47:00 |
| 21 | build a rapport. | 14:47:04 |
| 22 | And then she finally decided to give me an | 14:47:05 |
| 23 | order after going in there, and she's finally saying | 14:47:07 |
| 24 | "yes" to me, and so I'm excited to put an order in | 14:47:11 |
| 25 | for the next day.  I think it was for five | 14:47:15 |

Page 82

Hearsay; IF allowed in (which it should not be), then Exhibit 190 (Declaration of Belinda Zuniga_BMK 855-857) should be admitted

Hearsay; IF allowed in (which it should not be), then Exhibit 190 (Declaration of Belinda Zuniga_BMK 855-857) should be admitted

| | | |
|---|---|---|
| 1 | chocolates of Puratos buckets. | 14:47:18 |
| 2 | And so I'm sending in the information.  I | 14:47:20 |
| 3 | think, you know, her -- I was sending her the credit | 14:47:24 |
| 4 | application, maybe.  For whatever reason it needed | 14:47:28 |
| 5 | to go on -- via E-mail. | 14:47:31 |
| 6 | And I think -- then I think what happened | 14:47:33 |
| 7 | was is that she refused the -- the order from me.  I | 14:47:39 |
| 8 | think within an -- three hours or two hours or | 14:47:43 |
| 9 | something she refused the order from me and -- | 14:47:45 |
| 10 | Q.  Right. | 14:47:48 |
| 11 | I think -- | 14:47:49 |
| 12 | A.  -- I got the reason why. | 14:47:49 |
| 13 | I'm -- I'm just -- kind -- it's kind of | 14:47:52 |
| 14 | choppy, but I'm just trying to remember the | 14:47:53 |
| 15 | situation. | 14:47:55 |
| 16 | Q.  That's okay. | 14:47:55 |
| 17 | And -- and -- and you're kind of getting | 14:47:57 |
| 18 | ahead -- getting ahead of me, which I know sometimes | 14:47:58 |
| 19 | is just a natural next step, but -- | 14:48:00 |
| 20 | A.  Um-hum. | 14:48:02 |
| 21 | Q.  -- let -- | 14:48:02 |
| 22 | And we'll get there 'cause I can see that | 14:48:02 |
| 23 | in the E-mail, and I'm just trying to make sure I | 14:48:05 |
| 24 | understand what conversation took place between you | 14:48:08 |
| 25 | and Belinda Zuniga that day -- | 14:48:10 |

Page 83

| | | |
|---|---|---|
| 1 | A.  Um-hum. | 14:48:12 |
| 2 | Q.  -- you know, before we got to that point. | 14:48:12 |
| 3 | So at -- let me -- let me go back. | 14:48:15 |
| 4 | You previously -- you -- you said that they | 14:48:19 |
| 5 | were a target account that you had tried to approach | 14:48:20 |
| 6 | about five times. | 14:48:22 |
| 7 | So is that -- when you say "target | 14:48:23 |
| 8 | account," what do you mean? | 14:48:25 |
| 9 | A.  Just a -- somebody who seems -- it was a | 14:48:26 |
| 10 | nice shop, they did quality chocolate desserts, and | 14:48:31 |
| 11 | you know, chocolate was a good money margin that I | 14:48:36 |
| 12 | wanted to sell to, and it was not just flour 'cause | 14:48:41 |
| 13 | flour can be a commodity item where you don't get -- | 14:48:44 |
| 14 | make much margin on it, and so that's -- was the | 14:48:48 |
| 15 | reason why it was a target account because it would | 14:48:51 |
| 16 | have been higher dollars for me in regards to making | 14:48:53 |
| 17 | more of a commission on. | 14:48:56 |
| 18 | Q.  All right.  And how did you hear about El | 14:49:00 |
| 19 | Trigal Dorado? | 14:49:04 |
| 20 | A.  Just from either A, driving around, or from | 14:49:04 |
| 21 | basically Googling panaderias, and then from | 14:49:07 |
| 22 | panaderias, I just go follow the GPS that tells me | 14:49:10 |
| 23 | where is -- the next panaderia is at -- | 14:49:16 |
| 24 | Q.  Okay.  So -- and -- | 14:49:18 |
| 25 | A.  -- or Mexican bakery, yes. | 14:49:21 |

Page 84

| | | |
|---|---|---|
| 1 | Q.  It's okay. | 14:49:22 |
| 2 | And so you said you had visited -- before | 14:49:23 |
| 3 | this approximate November 15, 2021 encounter where | 14:49:26 |
| 4 | she seemed interested, you had tried to visit El | 14:49:30 |
| 5 | Trigal Dorado about five times before that; is that | 14:49:34 |
| 6 | correct? | 14:49:35 |
| 7 | A.  Yes, because she was never really in, and | 14:49:35 |
| 8 | she was the person who made the decision. | 14:49:37 |
| 9 | Q.  What was the time frame, approximately, for | 14:49:39 |
| 10 | those five previous visits? | 14:49:41 |
| 11 | A.  I mean over -- it was over months because | 14:49:46 |
| 12 | like she was only there on Wednesdays, and then I | 14:49:48 |
| 13 | would try to come on Wednesdays, and she wasn't | 14:49:52 |
| 14 | there 'cause they -- I believe she owned -- she | 14:49:54 |
| 15 | worked at another location over in Orange County, so | 14:49:57 |
| 16 | maybe that's why I didn't see her, but I tried to | 14:50:00 |
| 17 | target her, and I wasn't having any success until | 14:50:03 |
| 18 | finally I did. | 14:50:07 |
| 19 | Q.  Okay. | 14:50:09 |
| 20 | A.  When she was in there, I was able to go in | 14:50:09 |
| 21 | the back, see what she was using and then come back | 14:50:12 |
| 22 | with like pricing. | 14:50:14 |
| 23 | Q.  I see. | 14:50:15 |
| 24 | And I see you provided pricing for Dobla | 14:50:16 |
| 25 | chocolate to her in that -- the bottom of that | 14:50:19 |

Page 85

```
 1    E-mail chain; correct?                          14:50:21

 2         A.   Uh-huh.                               14:50:22

 3         Q.   Did you provide her pricing for any other   14:50:23

 4    products?                                       14:50:26

 5         A.   Probably all of it.                   14:50:26

 6         Q.   What do you mean by "all of it"?      14:50:28

 7         A.   Oh, anything that -- that Sunrise would   14:50:29

 8    sell, like flour, sugar, milk.                  14:50:31

 9         Q.   Okay.  And so did she want to buy -- other   14:50:37

10    than the Do- -- so I can see from the E-mail here   14:50:41

11    that she obviously expressed interest in purchasing   14:50:44

12    Dobla chocolate.                                14:50:47

13         Was there any other products that she      14:50:49

14    wanted to buy?                                  14:50:50

15         A.   Possibly.                             14:50:51

16         It was more of like, you know, "Let's start   14:50:53

17    from here, and then we can build from there."   14:50:54

18         Q.   And did you and Belinda Zuniga discuss   14:51:04

19    anything else, or did you -- about -- you know, did   14:51:08

20    you -- was there any other discussion?          14:51:11

21         Was there a discussion about Sunrise when   14:51:13

22    you were there at the store other than just products   14:51:15

23    that they sold, did you specifically discuss --   14:51:18

24         A.   No.                                   14:51:20

25         Q.   If you --                             14:51:20
```

Hearsay; IF allowed in (which it should not be), then Exhibit 190 (Declaration of Belinda Zuniga_BMK 855-857) should be admitted

Hearsay. If allowed in (which it should not be), then Ex. 190 (Decl. of Belinda Zuniga_BMK 855-857) should be admitted

| | | |
|---|---|---|
| 1 | A.  I was just basically telling them -- | 14:51:21 |
| 2 | If anything, I was wanting to sell -- that | 14:51:24 |
| 3 | they used a lot of milk, I think, and a lot of eggs, | 14:51:27 |
| 4 | and I -- if anything, I would have said that Sunrise | 14:51:30 |
| 5 | kind of basically started as more of like a dairy | 14:51:33 |
| 6 | and just maybe -- I said they were family owned | 14:51:35 |
| 7 | because that was my favorite thing about Sunrise, | 14:51:39 |
| 8 | that they were a family-owned company, been in | 14:51:41 |
| 9 | business for 20 years, she was a family business, so | 14:51:45 |
| 10 | she could maybe relate with them -- | 14:51:48 |
| 11 | Q.  Did you -- | 14:51:51 |
| 12 | A.  -- so those are things that I would have | 14:51:51 |
| 13 | used. | 14:51:54 |
| 14 | Q.  Did you discuss Puratos with her, you said? | 14:51:54 |
| 15 | A.  Yes. | 14:51:57 |
| 16 | Q.  What did you guys discuss? | 14:51:58 |
| 17 | A.  Just it's chocolate, that we sell Puratos | 14:52:00 |
| 18 | chocolates, we're the main distributor of Puratos, | 14:52:03 |
| 19 | we work with them all the time, I know we had | 14:52:06 |
| 20 | excellent pricing on Puratos, they had -- there was | 14:52:10 |
| 21 | a lot of Puratos -- there's just a lot of Puratos | 14:52:13 |
| 22 | products that I thought that she could want to use, | 14:52:19 |
| 23 | and I went in the back thinking she had Puratos | 14:52:24 |
| 24 | chocolate back there. | 14:52:29 |
| 25 | Q.  Okay.  And looking at this E-mail, it looks | 14:52:30 |

Page 87

Hearsay; IF allowed in (which it should not be), then Exhibit 190 (Declaration of Belinda Zuniga_BMK 855-857) should be admitted

| | | |
|---|---|---|
| 1 | like you provided, at the bottom, pricing for Dobla | 14:52:34 |
| 2 | chocolate, and then -- and then it appears that | 14:52:37 |
| 3 | Ms. Zuniga placed an order -- | 14:52:44 |
| 4 | A.  Um-hum. | 14:52:46 |
| 5 | Q.  -- and then she cancelled it, correct -- | 14:52:47 |
| 6 | A.  Yes. | 14:52:49 |
| 7 | Q.  -- just based off the -- | 14:52:49 |
| 8 | A.  Um-hum. | 14:52:49 |
| 9 | Q.  And that's for the order for Dobla | 14:52:51 |
| 10 | chocolates; correct? | 14:52:53 |
| 11 | A.  I thought it was for the Puratos. | 14:52:54 |
| 12 | Q.  I -- I'm not really sure. | 14:52:58 |
| 13 | I -- all I see -- I'm just looking at this | 14:53:00 |
| 14 | E-mail.  You may know more information than me.  So | 14:53:02 |
| 15 | all I see at the very bottom, I see "Pricing" -- you | 14:53:05 |
| 16 | wrote her an E-mail that says "Pricing for Dobla | 14:53:07 |
| 17 | chocolate"; right? | 14:53:10 |
| 18 | A.  Yes. | 14:53:12 |
| 19 | Q.  And then the next E-mail I see is an E-mail | 14:53:13 |
| 20 | from Mrs. Zuniga to you that says "I would like to | 14:53:16 |
| 21 | cancel the order." | 14:53:19 |
| 22 | Do you see that E-mail? | 14:53:20 |
| 23 | A.  Yes. | 14:53:23 |
| 24 | Q.  Okay.  And -- | 14:53:24 |
| 25 | A.  So I guess I was selling her the Dobla | 14:53:25 |

Page 88

| | | |
|---|---|---|
| 1 | chocolate. | 14:53:28 |
| 2 | Q.  Yes. | 14:53:28 |
| 3 |      Okay.  So that's what I was trying to make | 14:53:29 |
| 4 | sure I understood. | 14:53:31 |
| 5 |      Okay.  So -- and it looks like she | 14:53:32 |
| 6 | ancelled -- she cancelled that order the same day. | 14:53:34 |
| 7 | A.  Yes. | 14:53:36 |
| 8 | Q.  And did you visit El Trigal Dorado again | 14:53:36 |
| 9 | that same day after Ms. Zuniga cancelled the order? | 14:53:40 |
| 10 | A.  I'm sure I tried to get her back or say | 14:53:45 |
| 11 | something to her, and she was saying -- I think she | 14:53:50 |
| 12 | said was something like "Maybe once this whole court | 14:53:53 |
| 13 | issue is over we can try back again, but I'm not | 14:53:58 |
| 14 | going to buy from you now." | 14:54:02 |
| 15 | Q.  Well -- | 14:54:05 |
| 16 | A.  Did that happen the same day? | 14:54:05 |
| 17 |      I'm not sure or -- I always kept trying to | 14:54:06 |
| 18 | go back to her, and I think that's basically what | 14:54:09 |
| 19 | she was eventually trying to say down the road. | 14:54:12 |
| 20 | Q.  Okay.  So -- but your conversation took | 14:54:16 |
| 21 | place at the store; correct? | 14:54:19 |
| 22 |      It wasn't -- | 14:54:20 |
| 23 | A.  No. | 14:54:22 |
| 24 |      I think it was E-mail, we talked via | 14:54:22 |
| 25 | E-mail, and then also at the store too. | 14:54:25 |

Hearsay; IF allowed in (which it should not be), then Exhibit 190 (Declaration of Belinda Zuniga_BMK 855-857) should be admitted

Page  89

| | | |
|---|---|---|
| 1 | I'm -- I'm not -- I'm kind of -- the | 14:54:28 |
| 2 | timeline -- 'cause I -- I think -- I -- I -- I'm -- | 14:54:30 |
| 3 | I don't recall the timeline. | 14:54:34 |
| 4 | Q. The timeline -- it's okay, and -- and we | 14:54:35 |
| 5 | don't need to worry about the timeline 'cause | 14:54:37 |
| 6 | that -- we kind of have that there -- | 14:54:40 |
| 7 | A. Uh-huh. | 14:54:41 |
| 8 | Q. -- in the E-mail. | 14:54:42 |
| 9 | I guess my -- but my specific question was | 14:54:43 |
| 10 | that just -- and that -- you can just answer yes or | 14:54:45 |
| 11 | no, did you visit El Trigal Dorado that same day | 14:54:47 |
| 12 | after she cancelled that order? | 14:54:51 |
| 13 | A. I don't know. I'm not sure if I visited | 14:54:52 |
| 14 | her that same day. | 14:54:54 |
| 15 | Q. Okay. But you -- and -- but do you recall | 14:54:56 |
| 16 | visiting her af- -- for sure visiting her after this | 14:54:58 |
| 17 | cancellation at some point? | 14:55:02 |
| 18 | A. Yes. | 14:55:03 |
| 19 | Q. Okay. And during that conversation, you | 14:55:03 |
| 20 | guys discussed the cancelled order? | 14:55:05 |
| 21 | A. She sent me a reason why she cancelled the | 14:55:07 |
| 22 | order. She sent me a reason. I think she even -- | 14:55:10 |
| 23 | Q. Right. | 14:55:13 |
| 24 | A. -- sent me -- she sent me a copy of the -- | 14:55:13 |
| 25 | the -- the -- that they were suing or something. | 14:55:17 |

*Hearsay; IF allowed in (which it should not be), then Exhibit 190 (Declaration of Belinda Zuniga_BMK 855-857) should be admitted*

Page 90

Hearsay; IF allowed in (which it should not be), then Exhibit 190 (Declaration of Belinda Zuniga_BMK 855-857) should be admitted

| | | |
|---|---|---|
| 1 | She sent me something in regards to that. | 14:55:21 |
| 2 | Q. Right. | 14:55:24 |
| 3 | And -- and that's actually in the E-mail | 14:55:24 |
| 4 | that -- in that exhibit right there, you can see | 14:55:27 |
| 5 | that, but that was -- | 14:55:29 |
| 6 | A. Oh, okay. | 14:55:29 |
| 7 | I -- I didn't -- | 14:55:31 |
| 8 | Q. -- but that -- | 14:55:31 |
| 9 | A. I don't -- | 14:55:31 |
| 10 | Q. Yeah. | 14:55:32 |
| 11 | Go ahead and take your time. | 14:55:32 |
| 12 | It's -- it's okay. | 14:55:33 |
| 13 | If you look at that E-mail, you'll see that | 14:55:34 |
| 14 | you responded "May I ask why," and then she | 14:55:37 |
| 15 | responded with the -- | 14:55:40 |
| 16 | A. Oh, okay. | 14:55:41 |
| 17 | Yes. | 14:55:42 |
| 18 | Okay. | 14:55:43 |
| 19 | Q. But -- but then my question was that after | 14:55:43 |
| 20 | this E-mail was sent -- | 14:55:45 |
| 21 | A. Um-hum. | 14:55:47 |
| 22 | Q. -- do you recall, does that help refresh | 14:55:47 |
| 23 | your recollection of whether or not you went to | 14:55:50 |
| 24 | visit her again that same day? | 14:55:51 |
| 25 | A. I'm sure I tried to -- tried to get the | 14:55:53 |

Page 91

| | | |
|---|---|---|
| 1 | business back, but I can't tell you yes, I drove out | 14:55:55 |
| 2 | there and -- and -- and talked to her or something, | 14:55:59 |
| 3 | I -- I -- I can't recall that. | 14:56:01 |
| 4 | Q.   And when you -- but you -- and -- and -- | 14:56:03 |
| 5 | A.   'Cause I -- I -- 'cause I know because she | 14:56:07 |
| 6 | was pretty adamant about it, like she was -- she was | 14:56:09 |
| 7 | like upset, like "I'm so with loyalty" and all this | 14:56:13 |
| 8 | other stuff, and she was just like no, she thought I | 14:56:17 |
| 9 | was with Puratos, but I wasn't with Puratos. | 14:56:21 |
| 10 | Q.   Okay. | 14:56:25 |
| 11 | A.   Yeah. | 14:56:25 |
| 12 | Q.   And do -- and -- but you do recall going at | 14:56:26 |
| 13 | some point back and trying to get her business; | 14:56:28 |
| 14 | correct? | 14:56:30 |
| 15 | A.   Yes, like months after. | 14:56:32 |
| 16 | Q.   Okay.   And it -- was it only just one | 14:56:35 |
| 17 | attempt to get her business, or can you recall | 14:56:38 |
| 18 | any -- if there was multiple attempts? | 14:56:40 |
| 19 | A.   I'm sure I would have sent a note every now | 14:56:42 |
| 20 | and then to her or something. | 14:56:46 |
| 21 | Q.   Okay.   And were you ever successful in | 14:56:47 |
| 22 | winning her business? | 14:56:49 |
| 23 | A.   She said something maybe when this case is | 14:56:50 |
| 24 | over, she would give me a -- a shot. | 14:56:53 |
| 25 | Q.   Okay. | 14:56:56 |

Page 92

Hearsay; IF allowed in (which it should not be), then Exhibit 190 (Declaration of Belinda Zuniga_BMK 855-857) should be admitted

Hearsay; IF allowed in (which it should not be), then Exhibit 190 (Declaration of Belinda Zuniga_BMK 855-857) should be admitted

| | | |
|---|---|---|
| 1 | All right.  Let's -- new exhibit -- | 14:56:58 |
| 2 | A.  Okay. | 14:57:00 |
| 3 | Q.  -- so we can get out of this one. | 14:57:01 |
| 4 | Bear with me. | 14:57:07 |
| 5 | All right.  This is going to be marked as | 14:57:10 |
| 6 | Exhibit 4.  These are Sunrise's responses to | 14:57:15 |
| 7 | BakeMark's interrogatories, set three. | 14:57:24 |
| 8 | (Whereupon, Plaintiff's Exhibit 4 was | 14:57:24 |
| 9 | marked for identification.) | 14:57:24 |
| 10 | BY MS. GANJI: | 14:57:24 |
| 11 | Q.  And it should pop up. | 14:57:29 |
| 12 | Give me a second. | 14:57:29 |
| 13 | Can you see it? | 14:57:49 |
| 14 | And if you could refresh your screen. | 14:57:51 |
| 15 | It's Exhibit Number 4, and you should see | 14:57:55 |
| 16 | Defendant Sunrise Food Service Incorporated's | 14:57:59 |
| 17 | Amended Responses to Plaintiff BakeMark USA, LLC's | 14:58:02 |
| 18 | Interrogatories Set Number Three. | 14:58:06 |
| 19 | A.  Okay.  It's still circulating.  Okay. | 14:58:07 |
| 20 | Q.  Okay. | 14:58:16 |
| 21 | A.  Okay. | 14:58:16 |
| 22 | Q.  Have you ever seen this document before | 14:58:17 |
| 23 | today? | 14:58:19 |
| 24 | A.  Have I read it or anything, no.  I think I | 14:58:23 |
| 25 | maybe seen something circulate, but no. | 14:58:26 |

Page 93

| | | |
|---|---|---|
| 1 | I mean -- sorry. | 14:58:34 |
| 2 | That's a -- that doesn't make sense. | 14:58:35 |
| 3 | Not that I am like looking directly at it | 14:58:37 |
| 4 | or trying to read something, no. | 14:58:40 |
| 5 | Q.  Well, that's okay. | 14:58:42 |
| 6 | Do you recall when you may have seen this | 14:58:43 |
| 7 | document? | 14:58:46 |
| 8 | A.  I don't know if it's the same document, to | 14:58:46 |
| 9 | be honest with you.  It's like I can't give you | 14:58:48 |
| 10 | affirmative like "Oh, yeah, I remember seeing this." | 14:58:51 |
| 11 | I'm not sure if it was the same document, or was | 14:58:53 |
| 12 | this what that lady sent me, Belinda Zuniga sent me. | 14:58:55 |
| 13 | Q.  Okay. | 14:59:02 |
| 14 | Okay.  I'm just going -- if you could just | 14:59:05 |
| 15 | very quickly scroll down -- | 14:59:12 |
| 16 | Let me explain what this document is. | 14:59:14 |
| 17 | This is interrogatories, which are | 14:59:17 |
| 18 | questions that BakeMark submitted to Sunrise, and | 14:59:20 |
| 19 | then Sunrise responds to those questions. | 14:59:24 |
| 20 | So if you take a look at page 3 -- | 14:59:27 |
| 21 | A.  Oh, okay. | 14:59:29 |
| 22 | No, I've never seen this. | 14:59:30 |
| 23 | Q.  Okay.  And then you see response. | 14:59:31 |
| 24 | So for example, on page 3, you'll see | 14:59:34 |
| 25 | interrogatory number 29, and there's a question, and | 14:59:36 |

Page 94

| | | |
|---|---|---|
| 1 | then on pa- -- the top part of page 4 it is, I | 14:59:39 |
| 2 | think, it's a -- there's a response. | 14:59:44 |
| 3 | So do you understand the -- | 14:59:46 |
| 4 | A.  Okay. | 14:59:47 |
| 5 | Q.  Okay. | 14:59:47 |
| 6 | A.  So you want me to go to page 4, you said? | 14:59:49 |
| 7 | 1 -- | 14:59:53 |
| 8 | Q.  You could -- | 14:59:55 |
| 9 | A.  -- 4. | 14:59:55 |
| 10 | Okay.  Yes.  I'm at 4. | 14:59:55 |
| 11 | Q.  Okay.  And so you can see like there's | 14:59:56 |
| 12 | questions, and then there's -- you scroll down, | 14:59:58 |
| 13 | there's a response to that question. | 15:00:02 |
| 14 | A.  Okay. | 15:00:03 |
| 15 | Q.  Do you see that? | 15:00:03 |
| 16 | And then if you can go to PDF page 11. | 15:00:05 |
| 17 | So scroll down to a document, like a page | 15:00:08 |
| 18 | that says "Verification" at the top. | 15:00:11 |
| 19 | Let me know if you see it. | 15:00:13 |
| 20 | A.  Oh, okay. | 15:00:19 |
| 21 | Okay.  So it just gives me 4 of 4? | 15:00:25 |
| 22 | No. | 15:00:29 |
| 23 | Wait a second. | 15:00:29 |
| 24 | No.  No. | 15:00:29 |
| 25 | I'm sorry. | 15:00:29 |

Page 95

```
 1              I don't know what I'm --                  15:00:29

 2              Okay.  So you want me to go to what page   15:00:31

 3      number?                                           15:00:33

 4         Q.  Should be a -- the bottom of it, it should 15:00:33

 5      say "Page 11" at the bottom, and at the top of the 15:00:36

 6      actual page is --                                 15:00:39

 7         A.  So 10, 11.                                 15:00:40

 8              Okay.  There.  Verification.              15:00:41

 9              Okay.                                     15:00:42

10         Q.  There it says "Verification"?              15:00:42

11         A.  Okay.                                      15:00:43

12         Q.  And basically, you see right there where it 15:00:44

13      says "I am an officer of Sunrise," go ahead and take 15:00:47

14      your time and read it and move along with me.     15:00:49

15         A.  "I am an officer" -- "to this action" --   15:00:53

16      okay.                                             15:01:00

17         Q.  Okay.  And you see that these responses    15:01:01

18      were -- this -- this verification is signed by Steve 15:01:04

19      Kodo.                                             15:01:08

20              Do you see that?                          15:01:09

21         A.  Yep.                                       15:01:09

22         Q.  Okay.  Now, let's go to -- if you can go   15:01:10

23      back to the bottom of page 5.                     15:01:13

24         A.  Okay.                                      15:01:19

25         Q.  And that very last paragraph that continues 15:01:21
```

Page 96

Hearsay; IF allowed in (which it should not be), then Exhibit 192 (Declaration of Vuyphan Chau - BMK_860-861) should be admitted

| | | | |
|---|---|---|---|
| 1 | | on, I'm going to go ahead and read that. | 15:01:25 |
| 2 | | Okay? | 15:01:27 |
| 3 | | Follow along with me. | 15:01:29 |
| 4 | | It says, quote: | 15:01:30 |
| 5 | | "In May of 2022, Desiree Mendoza met | 15:01:31 |
| 6 | | with D's Donuts who advised her that they | 15:01:34 |
| 7 | | want to buy from Sunrise, but BakeMark | 15:01:39 |
| 8 | | tells them that if they do buy from us, | 15:01:42 |
| 9 | | they will raise the prices or won't help | 15:01:46 |
| 10 | | them" and "Kim Munoz is the BakeMark sales | 15:01:48 |
| 11 | | rep," end quote. | 15:01:51 |
| 12 | | Do you see that? | 15:01:52 |
| 13 | A. | Um-hum. | 15:01:52 |
| 14 | Q. | Did you tell Mr. Kodo about your | 15:01:53 |
| 15 | | conversation with D's Donuts? | 15:01:56 |
| 16 | A. | Yes. | 15:01:58 |
| 17 | Q. | When did you tell Mr. Kodo about that | 15:01:58 |
| 18 | | conversation? | 15:02:00 |
| 19 | A. | I'm just assuming May of 2022. | 15:02:01 |
| 20 | Q. | Okay.  What exactly did you tell Mr. Kodo? | 15:02:04 |
| 21 | A. | The reason why D's Donuts stopped buying | 15:02:11 |
| 22 | | from us. | 15:02:13 |
| 23 | Q. | Okay.  Is that an accurate statement, that | 15:02:14 |
| 24 | | statement that I just read to you, is that an | 15:02:17 |
| 25 | | accurate statement summarizing your conversation | 15:02:20 |

Page 97

| | | |
|---|---|---|
| 1 | with the person at D's Donuts? | 15:02:23 |
| 2 | A.  Yes. | 15:02:26 |
| 3 | I mean there's a story behind it if you | 15:02:27 |
| 4 | want me to tell you. | 15:02:30 |
| 5 | Q.  Yeah. | 15:02:31 |
| 6 | We'll get there. | 15:02:31 |
| 7 | Who -- who exactly did you speak to at D's | 15:02:32 |
| 8 | Donuts? | 15:02:36 |
| 9 | A.  Laker. | 15:02:36 |
| 10 | Q.  I'm sorry? | 15:02:37 |
| 11 | A.  His name was Laker. | 15:02:38 |
| 12 | Q.  Like the team? | 15:02:40 |
| 13 | A.  Yes. | 15:02:41 |
| 14 | Q.  Okay. | 15:02:42 |

Hearsay

| | | |
|---|---|---|
| 15 | Okay.  So Laker at D's Donuts. | 15:02:45 |
| 16 | Now, did Laker at D's Donut -- Donuts tell | 15:02:49 |
| 17 | you that BakeMark told him that if he buys from | 15:02:52 |
| 18 | Sunrise, BakeMark will raise their prices? | 15:02:56 |
| 19 | A.  Something along the lines, just to be -- I | 15:03:01 |
| 20 | mean -- what I remember is that there was -- they | 15:03:04 |
| 21 | would either not help them or not save them, | 15:03:08 |
| 22 | there -- something along the lines that they -- if | 15:03:12 |
| 23 | they weren't with us, they would do something in | 15:03:15 |
| 24 | regards to -- to that. | 15:03:17 |
| 25 | Q.  So you don't recall whether or not Laker at | 15:03:19 |

Page 98

| | | |
|---|---|---|
| 1 | D's Donuts told you -- | 15:03:21 |
| 2 | A.  He did, yes. | 15:03:22 |
| 3 | Q.  Wait -- | 15:03:22 |
| 4 | A.  There was a conversation that I had with -- | 15:03:24 |
| 5 | Q.  Make -- | 15:03:24 |
| 6 | A.  -- Laker at D's Donuts, and he said the | 15:03:26 |
| 7 | reason why he stopped buying from us and -- I -- I | 15:03:29 |
| 8 | guess it was because of the raised pricing. | 15:03:32 |
| 9 | Q.  Ms. Mendoza, make sure that -- allow me to | 15:03:35 |
| 10 | finish the question. | 15:03:38 |
| 11 | A.  Okay.  Sounds good. | 15:03:39 |
| 12 | Q.  Okay? | 15:03:40 |
| 13 | We can't interrupt. | 15:03:40 |
| 14 | It's going to -- | 15:03:42 |
| 15 | A.  Okay. | 15:03:42 |
| 16 | Q.  -- mess up the record. | 15:03:43 |
| 17 | So -- | 15:03:43 |
| 18 | A.  All right. | 15:03:43 |
| 19 | Q.  -- let me just start back over again. | 15:03:44 |
| 20 | I just want to -- | 15:03:47 |
| 21 | A.  Okay. | 15:03:47 |
| 22 | Q.  -- make sure we're clear about each part. | 15:03:47 |
| 23 | So did Laker at D's Donuts tell you that | 15:03:50 |
| 24 | BakeMark told him that if they buy from Sunrise, | 15:03:53 |
| 25 | BakeMark won't help them? | 15:03:56 |

Hearsay

Hearsay

Page 99

1    A.    Yes.                                          15:03:58

2    Q.    Okay.    Did Laker at D's Donuts tell you      15:03:58

3    that BakeMark told him that if they buy from        15:04:02

4    Sunrise, then BakeMark will raise their prices?     15:04:05

5    A.    What I want to say is that they said they     15:04:12

6    wouldn't help him anymore, but -- if --             15:04:15

7    Q.    Okay.                                         15:04:17

8    A.    Yes, something along the lines that "You      15:04:18

9    have to buy from us, otherwise, you're going to be  15:04:20

10    out of luck," kind of, pretty much.                15:04:23

11    Q.    Was your encounter with D's Donuts           15:04:24

12    described here, was it ever, you know, verified    15:04:28

13    separately with Laker at D's Donuts?               15:04:31

14    A.    What do you mean?                            15:04:35

15    Q.    Do you know if your -- so did you verify     15:04:36

16    with Laker at D's Donuts whether your encounter with  15:04:39

17    him as it's described in this document is accurate?  15:04:44

18    A.    Yes, I believe that it's -- it's accurate.  15:04:47

19    Q.    Well, yes.                                   15:04:50

20          Did you --                                   15:04:51

21    A.    How -- what do you mean, how did I verify    15:04:52

22    it?                                                15:04:54

23          I'm the one who was -- I mean I had the      15:04:54

24    experience, I told my superiors what happened, and 15:04:57

25    so there you go, that would be my response.        15:05:01

Page 100

**Hearsay; Relevance; Assumes facts**

| | | |
|---|---|---|
| 1 | Q.  Okay.  So let me make it like this. | 15:05:04 |
| 2 | So did you ever, for example, show him that | 15:05:07 |
| 3 | this -- you know, for example, you know, write down | 15:05:10 |
| 4 | an encounter, write down something and say "Is this | 15:05:13 |
| 5 | what we spoke about specifically?" | 15:05:16 |
| 6 | A.  Pro- -- I mean most like -- most of the | 15:05:19 |
| 7 | times I would send E-mails, but it so happens that I | 15:05:22 |
| 8 | also had his cousin or a relative of him have a | 15:05:25 |
| 9 | conversation with him to tell him that "You | 15:05:29 |
| 10 | shouldn't be affected like that" 'cause for like | 15:05:33 |
| 11 | months they didn't order from me, but his aunt says | 15:05:36 |
| 12 | "You can't let BakeMark dictate you, you should | 15:05:40 |
| 13 | let" -- "buy who" -- "from who you want to," and | 15:05:43 |
| 14 | then he eventually gave me the order because -- | 15:05:45 |
| 15 | Q.  I'm sorry. | 15:05:45 |
| 16 | A.  -- of his aunt, so -- | 15:05:47 |
| 17 | Q.  One second. | 15:05:48 |
| 18 | Is this an E-mail that you -- is this an | 15:05:50 |
| 19 | E-mail -- | 15:05:52 |
| 20 | A.  I'm just assuming I sent an E-mail, I | 15:05:52 |
| 21 | mean -- | 15:05:55 |
| 22 | Q.  Oh, no. | 15:05:55 |
| 23 | We -- we don't want you to assume anything, | 15:05:55 |
| 24 | so we don't want you to -- | 15:05:57 |
| 25 | A.  I told -- I -- I would have told somebody | 15:05:57 |

Page 101

Hearsay;
Relevance;
Assumes
facts

| | | |
|---|---|---|
| 1 | in regards to it. | 15:06:00 |
| 2 | Did I send an E-mail? | 15:06:01 |
| 3 | I -- I'm -- probably did or I text messaged | 15:06:03 |
| 4 | somebody to let them know what happened at D's | 15:06:07 |
| 5 | Donuts.  I would have done that.  How I did it, I -- | 15:06:10 |
| 6 | I -- I don't know.  I probably would have done an | 15:06:12 |
| 7 | E-mail 'cause they used to -- they would tell me | 15:06:15 |
| 8 | "Any situation that had happened, E-mail Steve, cc | 15:06:18 |
| 9 | us all on it," so yes, I would say I would have sent | 15:06:21 |
| 10 | a message to -- in this regards to D's Donuts. | 15:06:23 |
| 11 | Q.   Okay.  So yeah. | 15:06:28 |
| 12 | So somehow I understand that Mr. Kodo would | 15:06:29 |
| 13 | have received information that -- | 15:06:31 |
| 14 | A.   Yes -- | 15:06:33 |
| 15 | Q.   -- that gave him -- | 15:06:33 |
| 16 | A.   -- he did.  Uh-huh.  Yes. | 15:06:35 |
| 17 | Q.   -- you know -- | 15:06:36 |
| 18 | Let -- make sure -- make sure not to | 15:06:36 |
| 19 | interrupt, and let me finish the question. | 15:06:38 |
| 20 | So -- | 15:06:39 |
| 21 | A.   Okay. | 15:06:39 |
| 22 | Q.   -- we know that somehow Mr. Kodo -- you | 15:06:40 |
| 23 | conveyed this information to Mr. Kodo, which is why | 15:06:43 |
| 24 | he was able to verify this information in the | 15:06:46 |
| 25 | responses. | 15:06:51 |

Page 102

| | | |
|---|---|---|
| 1 | A.  Yes. | 15:06:51 |
| 2 | Q.  I understand that. | 15:06:52 |
| 3 | My -- my question to you -- how about this? | 15:06:53 |
| 4 | Do you know if anyone else ever verified | 15:06:55 |
| 5 | this -- this description that -- that we just spoke | 15:06:58 |
| 6 | about, do you know if anyone ever verified that with | 15:07:04 |
| 7 | D's Donuts, whether this was an accurate description | 15:07:06 |
| 8 | of your encounter with them? | 15:07:10 |
| 9 | A.  Well, they could verify with his aunt | 15:07:12 |
| 10 | because he spoke -- | 15:07:13 |
| 11 | Q.  Well, no, no -- | 15:07:13 |
| 12 | A.  -- to his aunt later on. | 15:07:14 |
| 13 | MR. BACON:  No. | 15:07:14 |
| 14 | BY MS. GANJI: | 15:07:15 |
| 15 | Q.  I -- I'm not -- | 15:07:15 |
| 16 | Yeah. | 15:07:18 |
| 17 | MR. BACON:  Chakameh, can I give it a shot? | 15:07:18 |
| 18 | MS. GANJI:  Please. | 15:07:19 |
| 19 | MR. BACON:  Just -- Desiree, all she wants | 15:07:20 |
| 20 | to know is you told this to Steve -- | 15:07:22 |
| 21 | THE WITNESS:  Correct. | 15:07:24 |
| 22 | MR. BACON:  -- "This is what happened"; | 15:07:25 |
| 23 | right? | 15:07:25 |
| 24 | THE WITNESS:  Yes. | 15:07:26 |
| 25 | MR. BACON:  She wants to know if somebody | 15:07:26 |

Page 103

| | | |
|---|---|---|
| 1 | else like Steve or Boyd or somebody else called up | 15:07:29 |
| 2 | Laker and say "Hey, did you really say this?" | 15:07:32 |
| 3 | THE WITNESS:  No. | 15:07:35 |
| 4 | MS. GANJI:  That's all we wanted. | 15:07:35 |
| 5 | MR.  BACON:  Okay. | 15:07:35 |
| 6 | MS. GANJI:  Yeah. | 15:07:35 |
| 7 | And thank you. | 15:07:37 |
| 8 | MR. BACON:  It -- it -- it takes -- | 15:07:38 |
| 9 | sometimes, Chakameh, it takes a -- a very simple | 15:07:40 |
| 10 | mind to do this, and that's mine. | 15:07:42 |
| 11 | MS. GANJI:  I doubt that. | 15:07:44 |
| 12 | Okay.  And sometimes you get -- I -- some | 15:07:50 |
| 13 | of us get too stuck on the -- the form of our own | 15:07:52 |
| 14 | questions and need to, you know, lighten up and then | 15:07:54 |
| 15 | take it down. | 15:07:56 |
| 16 | Q.  Okay.  So -- | 15:07:56 |
| 17 | A.  That sounds good. | 15:07:56 |
| 18 | Q.  -- have -- have -- you know, do you -- have | 15:07:59 |
| 19 | you ever obtained a sworn statement from anyone at | 15:08:02 |
| 20 | D's Donuts regarding -- | 15:08:05 |
| 21 | A.  No. | 15:08:07 |
| 22 | Q.  -- what you have described in this | 15:08:07 |
| 23 | document? | 15:08:07 |
| 24 | A.  No. | 15:08:07 |
| 25 | Q.  Remember not to interrupt. | 15:08:09 |

Page 104

| | | |
|---|---|---|
| 1 | A.  Oh, sorry. | 15:08:09 |
| 2 | Q.  And then -- no. | 15:08:10 |
| 3 | I got in trouble for that yesterday, which | 15:08:11 |
| 4 | is why I'm being good about it today. | 15:08:13 |
| 5 | So do you know if anyone else has ever | 15:08:15 |
| 6 | obtained a sworn statement from anyone at D's Donuts | 15:08:18 |
| 7 | regarding what you have described here? | 15:08:21 |
| 8 | A.  No. | 15:08:24 |
| 9 | Q.  And was anyone present during that | 15:08:24 |
| 10 | conversation? | 15:08:27 |
| 11 | A.  No. | 15:08:30 |
| 12 | Well -- | 15:08:33 |
| 13 | Q.  Might be -- no? | 15:08:33 |
| 14 | A.  The only other thing that I could think of | 15:08:34 |
| 15 | is that maybe I did a ride-along with maybe Boyd or | 15:08:37 |
| 16 | Jeff, and they might have verbally told them too as | 15:08:40 |
| 17 | well in my presence at a later time -- | 15:08:43 |
| 18 | Q.  But you're not -- | 15:08:46 |
| 19 | A.  -- to get them back. | 15:08:48 |
| 20 | Q.  So I -- just for -- in par- -- | 15:08:49 |
| 21 | A.  For this spe- -- no. | 15:08:51 |
| 22 | Q.  And so let's start -- let's try that again. | 15:08:53 |
| 23 | Do you recall if anybody was with you | 15:08:56 |
| 24 | during -- | 15:08:58 |
| 25 | A.  No.  No.  Nobody was with me, I think. | 15:08:59 |

Page 105

| | | |
|---|---|---|
| 1 | Just Laker. | 15:09:01 |
| 2 | Q.  Okay.  And do you know, was D's Donuts a | 15:09:01 |
| 3 | Sunrise customer at the time this conversation took | 15:09:06 |
| 4 | place? | 15:09:09 |
| 5 | A.  Yeah -- yes, they -- yes. | 15:09:09 |
| 6 | Q.  Do you know if -- was D's Donuts a customer | 15:09:12 |
| 7 | of Sunrise's before you were hired, or did you bring | 15:09:15 |
| 8 | them in? | 15:09:19 |
| 9 | A.  I brought them in. | 15:09:19 |
| 10 | Q.  Okay.  When did you bring them in? | 15:09:20 |
| 11 | A.  Gosh. | 15:09:23 |
| 12 | I want to say sometime in summertime of -- | 15:09:23 |
| 13 | No.  I can't recall.  Maybe in -- no, I | 15:09:28 |
| 14 | can't recall. | 15:09:34 |
| 15 | I'm sorry. | 15:09:35 |
| 16 | Q.  Okay.  And how -- you know, what -- what | 15:09:37 |
| 17 | did you do to bring them in as a customer? | 15:09:40 |
| 18 | A.  Just going there, I mean it wasn't an order | 15:09:43 |
| 19 | right away, and just was nice. | 15:09:46 |
| 20 | I think they found -- they -- they found | 15:09:51 |
| 21 | out that I was selling to someone they knew, and the | 15:09:53 |
| 22 | word got around, and so that was kind of like "Okay, | 15:09:55 |
| 23 | I'm going" -- they tried a sample, and they liked | 15:10:00 |
| 24 | the donuts, and so that's how they eventually got to | 15:10:03 |
| 25 | ordering. | 15:10:06 |

Page 106

| | | |
|---|---|---|
| 1 | Q.   Okay.   So they were -- they -- it was the | 15:10:07 |
| 2 | donut mixes that brought them in; is that correct? | 15:10:10 |
| 3 | A.   Well, me too because I got to meet with | 15:10:13 |
| 4 | Kim, and you know, that's what's part of being a | 15:10:17 |
| 5 | sales rep. | 15:10:19 |
| 6 | Q.   I under- -- of course. | 15:10:19 |
| 7 | I did not im- -- I did not mean to imply -- | 15:10:21 |
| 8 | A.   I know. | 15:10:23 |
| 9 | I didn't think you meant it quite like | 15:10:24 |
| 10 | that. | 15:10:26 |
| 11 | Q.   But -- but it was donut mixes that they | 15:10:26 |
| 12 | started to purchase? | 15:10:29 |
| 13 | A.   Actually, no. | 15:10:29 |
| 14 | They wanted to buy milk and orange juices, | 15:10:31 |
| 15 | that's how it got it started, it was milk and orange | 15:10:34 |
| 16 | juices that pretty much got them -- I got them in | 15:10:36 |
| 17 | the door that way, and then eventually they tried | 15:10:38 |
| 18 | some of our donut mixes. | 15:10:42 |
| 19 | Q.   Okay. | 15:10:44 |
| 20 | A.   It was first through orange juice and milk. | 15:10:45 |
| 21 | Q.   And did they -- did they -- but they did -- | 15:10:48 |
| 22 | or did they purchase -- | 15:10:51 |
| 23 | A.   Yes, they did purchase, yes. | 15:10:52 |
| 24 | Q.   Let me finish the question. | 15:10:54 |
| 25 | So -- | 15:10:56 |

Page 107

| | | |
|---|---|---|
| 1 | A. I'm sorry. | 15:10:56 |
| 2 | Q. -- did D -- so D's Donuts did purchase | 15:10:57 |
| 3 | donut mixes from Sunrise before this encounter in | 15:11:00 |
| 4 | May 2022. | 15:11:04 |
| 5 | A. Yes, they did. | 15:11:05 |
| 6 | Q. And -- but D's Donuts stopped purchasing -- | 15:11:06 |
| 7 | A. Correct. | 15:11:10 |
| 8 | Q. -- donut mixes from Sunrise sometime around | 15:11:11 |
| 9 | May 2022; correct? | 15:11:13 |
| 10 | A. Yes. | 15:11:15 |
| 11 | Q. And why did they stop purchasing donut | 15:11:15 |
| 12 | mixes from Sunrise? | 15:11:18 |
| 13 | A. Because they said because of -- of the -- | 15:11:19 |
| 14 | the E-mail, because of the -- the BakeMark comment | 15:11:22 |
| 15 | telling them not -- if they buy from us, then | 15:11:26 |
| 16 | they're not going to sell to them or -- | 15:11:29 |
| 17 | Q. I'm sorry. | 15:11:31 |
| 18 | You mentioned an E-mail? | 15:11:32 |
| 19 | What E-mail? | 15:11:35 |
| 20 | A. Well, the exhibit. | 15:11:36 |
| 21 | MR. BACON: She's referring -- she's | 15:11:37 |
| 22 | referring to the E-mail exhibit. | 15:11:38 |
| 23 | She's saying that's the reason. | 15:11:41 |
| 24 | THE WITNESS: Oh, I'm sorry. | 15:11:42 |
| 25 | The -- the paper -- | 15:11:43 |

Hearsay; Relevance; IF allowed in (which it should not be), then Exhibit 192 (Declaration of Vuyphan Chau - BMK_860-861) should be admitted

Page 108

Hearsay; Relevance; IF allowed in (which it should not be), then Exhibit 192 (Declaration of Vuyphan Chau - BMK_860-861) should be admitted

| | | |
|---|---|---|
| 1 | MS. GANJI:  There -- | 15:11:43 |
| 2 | THE WITNESS:  -- the exhibit you showed | 15:11:44 |
| 3 | me -- | 15:11:45 |
| 4 | MR. BACON:  Yeah, the exhibit. | 15:11:46 |
| 5 | THE WITNESS:  -- but they -- they base | 15:11:47 |
| 6 | it -- but -- but I'm basing it off of what I'm going | 15:11:47 |
| 7 | to tell you verbally right now is is that they were | 15:11:49 |
| 8 | saying because of BakeMark said that if -- if they | 15:11:52 |
| 9 | buy from us, they're not going to help them down the | 15:11:56 |
| 10 | road. | 15:11:58 |
| 11 | BY MS. GANJI: | 15:11:58 |
| 12 | Q.  I -- I understand that. | 15:11:59 |
| 13 | I -- but my question is right here with the | 15:11:59 |
| 14 | exhibit that we have here is -- | 15:12:01 |
| 15 | A.  Um-hum. | 15:12:01 |
| 16 | Q.  -- just a rendi- -- you know, is -- is -- | 15:12:03 |
| 17 | Sunrise is explaining that this May and -- May of | 15:12:05 |
| 18 | 2022, Desiree Mendoza met with D's Donuts; correct? | 15:12:09 |
| 19 | A.  Yes. | 15:12:13 |
| 20 | Q.  Okay.  And so I don't have an E-mail like I | 15:12:13 |
| 21 | did with, for example, Belinda Zuniga -- | 15:12:16 |
| 22 | A.  Oh, okay. | 15:12:19 |
| 23 | Q.  -- E-mail, so that's what I'm asking you | 15:12:19 |
| 24 | right now. | 15:12:21 |
| 25 | You said there was an E-mail, so I'm asking | 15:12:21 |

Page 109

| | | |
|---|---|---|
| 1 | you what did you mean by that E-mail? | 15:12:24 |
| 2 | A. Oh, okay. | 15:12:26 |
| 3 | I'm just -- I'm assuming, which I | 15:12:27 |
| 4 | shouldn't -- | 15:12:28 |
| 5 | Q. Don't assume. | 15:12:28 |
| 6 | A. Yeah. | 15:12:28 |
| 7 | Okay. | 15:12:29 |
| 8 | Q. Yeah. | 15:12:29 |
| 9 | Don't assume. | 15:12:29 |
| 10 | A. Yes. | 15:12:30 |
| 11 | Q. Is there -- so you know, let's go back to | 15:12:31 |
| 12 | the question. | 15:12:33 |
| 13 | Why did they stop purchasing donut mixes | 15:12:34 |
| 14 | from Sunrise? | 15:12:36 |
| 15 | A. Because BakeMark pretty much was telling | 15:12:38 |
| 16 | them that if they buy from us, they're not going to | 15:12:41 |
| 17 | help them down in the future. | 15:12:44 |
| 18 | Q. And someone at D's Donuts told you this? | 15:12:46 |
| 19 | A. Yes. | 15:12:49 |
| 20 | Laker. | 15:12:49 |
| 21 | Q. Okay. | 15:12:49 |
| 22 | Give me one second. | 15:12:56 |
| 23 | I just lost my -- okay. | 15:12:57 |
| 24 | Let me give you an exhibit very quickly. | 15:13:06 |
| 25 | Let's go back. | 15:13:09 |

Hearsay; Relevance; IF allowed in (which it should not be), then Exhibit 192 (Declaration of Vuyphan Chau - BMK_860-861) should be admitted

Page 110

| | | |
|---|---|---|
| 1 | We're going to mark as Exhibit Number 5 -- | 15:13:11 |
| 2 | One second, please. | 15:13:20 |
| 3 | Apologies. | 15:13:30 |
| 4 | It's not -- it's not -- not working with | 15:13:31 |
| 5 | me. | 15:13:34 |
| 6 | Give me one second, please. | 15:13:34 |
| 7 | A.  Okay. | 15:13:36 |
| 8 | (Whereupon, Plaintiff's Exhibit 5 was | 15:13:36 |
| 9 | marked for identification.) | 15:13:36 |
| 10 | BY MS. GANJI: | 15:14:05 |
| 11 | Q.  Okay.  I -- you should be able to see what | 15:14:05 |
| 12 | I have marked as Exhibit 5, which is document | 15:14:09 |
| 13 | BMK_860 to 861, and you should see it says | 15:14:14 |
| 14 | "Declaration of Vuyphan Chau." | 15:14:20 |
| 15 | Let me ask you a question. | 15:14:34 |
| 16 | Who -- do you know -- who is Laker at D's | 15:14:35 |
| 17 | Donuts? | 15:14:39 |
| 18 | What -- who is he to D's Donuts? | 15:14:39 |
| 19 | Do you recall? | 15:14:44 |
| 20 | A.  Can we verify maybe I'm getting my donut | 15:14:45 |
| 21 | shops right? | 15:14:48 |
| 22 | The location of D's Donuts I -- I believe | 15:14:49 |
| 23 | is in Anaheim Hills? | 15:14:51 |
| 24 | Can I have the location of the D's Donut? | 15:14:54 |
| 25 | Q.  Yeah. | 15:14:56 |

Page 111

| | | |
|---|---|---|
| 1 | If you take a look at -- | 15:14:56 |
| 2 | Do you see -- are you able to see | 15:14:58 |
| 3 | Exhibit 5? | 15:15:00 |
| 4 | A.   Canyon Boulevard. | 15:15:01 |
| 5 | So I'm just going to Google it just to make | 15:15:04 |
| 6 | sure that I'm talking about Laker. | 15:15:07 |
| 7 | Q.   Sure. | 15:15:09 |
| 8 | A.   'Cause I know some -- they go by -- they | 15:15:09 |
| 9 | have a -- other locations of D's Donuts. | 15:15:12 |
| 10 | Okay. | 15:15:32 |
| 11 | Okay.  I am talking about Laker.  Yes. | 15:15:33 |
| 12 | Q.   Okay.  And -- and do you recall whether | 15:15:36 |
| 13 | Laker was the owner or -- | 15:15:37 |
| 14 | A.   He was the owner. | 15:15:39 |
| 15 | Q.   Interesting. | 15:15:41 |
| 16 | Okay.  Let's see. | 15:15:42 |
| 17 | I have this declaration -- | 15:15:44 |
| 18 | A.   As -- as far as I know, he was the owner. | 15:15:44 |
| 19 | Q.   Okay.  And it could be -- we could still be | 15:15:46 |
| 20 | talking -- | 15:15:49 |
| 21 | I have here declaration of Vuyphan Chau. | 15:15:50 |
| 22 | Do you recognize that name? | 15:15:54 |
| 23 | A.   No, I don't. | 15:15:55 |
| 24 | Q.   Okay. | 15:15:56 |
| 25 | A.   The person I spoke to said his name was | 15:15:56 |

Page 112

| | | |
|---|---|---|
| 1 | Laker. | 15:15:58 |
| 2 | Q. Understood. | 15:15:59 |
| 3 | I'm -- I'm just going to go ahead and read | 15:15:59 |
| 4 | this. | 15:16:01 |
| 5 | Tell me if you -- you can see the second | 15:16:02 |
| 6 | page; correct? | 15:16:04 |
| 7 | A. Um-hum. | 15:16:04 |
| 8 | Q. Okay.  It said -- Mr. Vuyphan Chau says "I | 15:16:05 |
| 9 | am the owner of D's Donuts" -- | 15:16:10 |
| 10 | A. Uh-huh. | 15:16:10 |
| 11 | Q. -- "located at 6350 East Santa Ana Canyon | 15:16:12 |
| 12 | Boulevard in Anaheim" -- | 15:16:14 |
| 13 | A. Uh-huh. | 15:16:14 |
| 14 | Q. -- and that he says -- | 15:16:15 |
| 15 | Do you see that? | 15:16:17 |
| 16 | Is that the correct -- are we both talking | 15:16:17 |
| 17 | about -- are you guys both talking about the right | 15:16:19 |
| 18 | D's Donuts? | 15:16:22 |
| 19 | A. Yep. | 15:16:23 |
| 20 | That's -- | 15:16:23 |
| 21 | Q. Okay. | 15:16:23 |
| 22 | A. -- Lake -- who I be- -- Laker.  I spoke to | 15:16:24 |
| 23 | Laker. | 15:16:26 |
| 24 | Q. Okay.  And it could be.  We don't know. | 15:16:26 |
| 25 | Maybe he goes by, you know, Laker. | 15:16:28 |

Page 113

| | | |
|---|---|---|
| 1 | So we go -- we see number 3, it says the | 15:16:31 |
| 2 | owner states he purchased Sunrise donut mix -- | 15:16:36 |
| 3 | mixes, specifically "Sunrise's versions of | 15:16:39 |
| 4 | BakeMark's Super Speedee and cake donut mixes" to | 15:16:41 |
| 5 | "try them and because the price is good." | 15:16:44 |
| 6 | Do you see that? | 15:16:46 |
| 7 | A.   Um-hum. | 15:16:47 |
| 8 | Q.   And that helps you refresh your | 15:16:48 |
| 9 | recollection about D's Donuts and what -- what they | 15:16:50 |
| 10 | were purchasing -- | 15:16:53 |
| 11 | A.   Yes.   Um-hum. | 15:16:53 |
| 12 | Q.   -- around that time; correct? | 15:16:54 |
| 13 | A.   Um-hum. | 15:16:55 |
| 14 | Q.   Okay.   And then looking at number 4, it | 15:16:56 |
| 15 | says -- the owner states that "Around May 2022, | 15:17:00 |
| 16 | Sunrise raised the price of donut mixes and changed | 15:17:03 |
| 17 | the quality of the donut mixes" -- | 15:17:06 |
| 18 | A.   Okay. | 15:17:08 |
| 19 | Q.   -- so D's Donuts went back to purchasing | 15:17:08 |
| 20 | donut mixes from BakeMark. | 15:17:11 |
| 21 | A.   Okay. | 15:17:13 |
| 22 | Q.   Does that help refresh your recollection | 15:17:13 |
| 23 | about anything that we just spoke about with respect | 15:17:15 |
| 24 | to why D's Donuts stopped purchasing donut mixes | 15:17:18 |
| 25 | from Sunrise? | 15:17:22 |

Page 114

```
 1        A.  Well, my answer goes -- reflects to his      15:17:24

 2   aunt.                                                  15:17:28

 3           His aunt talked to him to tell her to buy      15:17:28

 4   from us "because you can't be dictated by another      15:17:31

 5   compet-" -- "by BakeMark telling you not to buy, you   15:17:35

 6   should buy who" -- "from who you want to," and I got   15:17:38

 7   another order from him at -- at another time from      15:17:40

 8   Laker, he eventually went back to me, and he started   15:17:44

 9   ordering.  What happens now -- what he's doing now,    15:17:47

10   I don't know, but he did order back from me because    15:17:50

11   his aunt spoke to him or his cousin, and the --        15:17:52

12   the -- oh, gosh, I don't remember what donut shop it   15:17:57

13   was, but his cousin told him or his aunt, I'm not      15:18:00

14   sure --                                                15:18:04

15        Q.  Wait.                                         15:18:04

16        A.  -- what it was, she told him that she         15:18:04

17   talked to him, and she told him that she's going to    15:18:07

18   have -- talk to him and tell him that he should buy    15:18:10

19   from whom he wants to.                                 15:18:12

20        Q.  And that's okay.                              15:18:14

21        A.  I -- I do see your exhibit, but I'm just      15:18:15

22   letting you know what --                               15:18:19

23        Q.  That --                                       15:18:20

24        A.  -- what happened, so --                       15:18:21

25        Q.  That's okay.                                  15:18:21
```

| | | |
|---|---|---|
| 1 | But let's just go back just specifically, | 15:18:23 |
| 2 | and you can feel free to add that point when -- when | 15:18:25 |
| 3 | I get to like a more broad question, but | 15:18:28 |
| 4 | specifically right here what I'm asking you is:  Do | 15:18:30 |
| 5 | you -- | 15:18:30 |
| 6 | Let's -- let's -- let's ask it in another | 15:18:33 |
| 7 | way. | 15:18:35 |
| 8 | Do you recall D's Donuts ever telling you | 15:18:36 |
| 9 | that they -- | 15:18:38 |
| 10 | A.  No. | 15:18:38 |
| 11 | Q.  Wait. | 15:18:38 |
| 12 | Let me finish the question. | 15:18:39 |
| 13 | MR. BACON:  Wait. | 15:18:39 |
| 14 | BY MS. GANJI: | 15:18:39 |
| 15 | Q.  Do you recall D's Donuts ever telling you | 15:18:41 |
| 16 | that they are going to stop purchasing mixes -- I'm | 15:18:43 |
| 17 | sorry, donut mixes from Sunrise because of change of | 15:18:47 |
| 18 | quality of donuts? | 15:18:51 |
| 19 | A.  No. | 15:18:52 |
| 20 | Q.  Do you recall anyone at D's Donuts telling | 15:18:52 |
| 21 | you that they're going to stop purchasing donut | 15:18:55 |
| 22 | mixes from Sunrise because of a price change in | 15:18:58 |
| 23 | donut mixes at that time? | 15:19:01 |
| 24 | A.  No -- well, I mean price was -- I can't say | 15:19:06 |
| 25 | it's anything that they -- no. | 15:19:09 |

Page 116

1    They told me because -- the reason why they    15:19:11

2    stopped buying from me was because of BakeMark.    15:19:13

3    Q.  Do you know if Sunrise increased the prices    15:19:16

4    of its donut mixes around May of 2022?    15:19:20

5    A.  I mean there was price increase, but that    15:19:24

6    wasn't the reason.    15:19:26

7    We were still better pricing than BakeMark.    15:19:27

8    Q.  That's okay.    15:19:30

9    And -- but that's just -- it's just a very    15:19:31

10    simple question.    15:19:33

11    Is --    15:19:34

12    A.  Our Super Speedee --    15:19:34

13    Q.  You know.    15:19:34

14    A.  -- is our glaze.    15:19:36

15    Now -- okay.  So -- oh, that's theirs.    15:19:37

16    So our -- if he's referring to the glaze,    15:19:38

17    the glaze did go up.    15:19:39

18    Q.  Okay.  Now, the -- the question is:  Do you    15:19:41

19    recall whether or not the price of donut mixes was    15:19:44

20    increased by Sunrise around May of 2022?    15:19:47

21    A.  I don't recall.    15:19:49

22    I'm -- I'm sure -- it kept on going up like    15:19:50

23    everything, so I would say it was.    15:19:53

24    Q.  Do you know if the quality of the donut    15:19:55

25    mixes changed, Sunrise's donut mixes changed --    15:19:57

Page 117

| | | | |
|---|---|---|---|
| 1 | A. | No. | 15:20:01 |
| 2 | Q. | Wait. | 15:20:01 |
| 3 | | Mrs. Mendoza, let me finish the question. | 15:20:02 |
| 4 | A. | Oh, okay. | 15:20:04 |
| 5 | Q. | Okay? | 15:20:04 |
| 6 | | Do you recall if the quality of Sunrise's | 15:20:05 |
| 7 | | donut mixes changed in May of 2022? | 15:20:07 |
| 8 | A. | No. | 15:20:11 |
| 9 | Q. | Do you recall any customers telling you | 15:20:12 |
| 10 | | that there was a change in the quality of donut | 15:20:14 |
| 11 | | mixes for Sunrise -- | 15:20:17 |
| 12 | A. | Well -- | 15:20:17 |
| 13 | Q. | -- at that time? | 15:20:20 |
| 14 | A. | -- I mean the quality -- so -- | 15:20:21 |
| 15 | | Yeah, there was people who tried sometimes | 15:20:26 |
| 16 | | the donut mixes and didn't like it. | 15:20:28 |
| 17 | | Again, there's many reasons why. | 15:20:30 |
| 18 | Q. | Well, that's a different question. | 15:20:32 |
| 19 | | So that's trying it once and just not | 15:20:34 |
| 20 | | liking it, but the question is whether or not you | 15:20:37 |
| 21 | | heard from any customers that Sunrise had changed | 15:20:39 |
| 22 | | the quality of their donut mixes -- | 15:20:41 |
| 23 | A. | No, I mean not the quality of the donut | 15:20:43 |
| 24 | | mixes. | 15:20:47 |
| 25 | Q. | Okay. | 15:20:47 |

Page 118

| | | |
|---|---|---|
| 1 | All right.  Has anyone at D's Donuts ever | 15:20:50 |
| 2 | told you anything else that would be relevant to | 15:20:53 |
| 3 | BakeMark's and Sunrise's cases against each other | 15:20:55 |
| 4 | here? | 15:20:57 |
| 5 | A.  Well, they eventually came back and then | 15:20:59 |
| 6 | ordered from -- from us. | 15:21:01 |
| 7 | Q.  Okay.  So let me ask you. | 15:21:02 |
| 8 | Around May of 2022, is that when they | 15:21:04 |
| 9 | stopped purchasing their products -- | 15:21:07 |
| 10 | A.  I don't remember or recall when they | 15:21:10 |
| 11 | stopped purchasing, and then they told me the reason | 15:21:12 |
| 12 | why they pur- -- stopped purchasing, and then it | 15:21:15 |
| 13 | took them a while back and the advocacy of his aunt | 15:21:18 |
| 14 | getting him to -- | 15:21:22 |
| 15 | Q.  Wait. | 15:21:23 |
| 16 | Let's -- | 15:21:24 |
| 17 | A.  -- buy back from me. | 15:21:24 |
| 18 | Q.  Before -- before we go back to the aunt, I | 15:21:25 |
| 19 | understand, you've made it very clear that the aunt | 15:21:27 |
| 20 | has told him -- | 15:21:29 |
| 21 | A.  Yeah. | 15:21:29 |
| 22 | But -- so I mean as far as dates go -- | 15:21:30 |
| 23 | Q.  And that's -- wait. | 15:21:31 |
| 24 | Desiree, Mrs. Mendoza -- | 15:21:32 |
| 25 | A.  Okay. | 15:21:33 |

Page 119

| | | |
|---|---|---|
| 1 | Q. -- let -- let me finish 'cause this -- | 15:21:34 |
| 2 | A. I don't know the dates. | 15:21:35 |
| 3 | Q. -- we need it -- | 15:21:36 |
| 4 | It's okay. | 15:21:36 |
| 5 | I -- I don't need -- I don't need dates. | 15:21:37 |
| 6 | So in May of 2022, did they stop buying all | 15:21:39 |
| 7 | products for Sun- -- from Sunrise or just donut -- | 15:21:43 |
| 8 | A. Yes. | 15:21:45 |
| 9 | Again, I was not getting no work. | 15:21:46 |
| 10 | Q. Wait. | 15:21:47 |
| 11 | Let me finish the question. | 15:21:48 |
| 12 | So in May of 2022, did D's Donuts stop | 15:21:49 |
| 13 | purchasing all products from Sunrise or just donut | 15:21:53 |
| 14 | mixes? | 15:21:56 |
| 15 | A. They stopped purchasing from -- from us | 15:21:57 |
| 16 | because they couldn't make the delivery to cost. | 15:22:01 |
| 17 | If -- if they could just buy a minimum from us, they | 15:22:04 |
| 18 | probably -- they might have, but because they had to | 15:22:07 |
| 19 | make a certain minimum for us to deliver to them, | 15:22:10 |
| 20 | they stopped completely. | 15:22:14 |
| 21 | Q. I'm sorry. | 15:22:16 |
| 22 | So was the reason for their stopping | 15:22:17 |
| 23 | purchasing from Sunrise, was it because of BakeMark, | 15:22:19 |
| 24 | or was it because they could not meet the minimum | 15:22:22 |
| 25 | for Sunrise delivery? | 15:22:25 |

Page 120

| | | |
|---|---|---|
| 1 | A. Well, because of they couldn't buy any -- | 15:22:27 |
| 2 | they couldn't buy any bake mixes from us, and so | 15:22:30 |
| 3 | that is an issue, and for -- in order for them to | 15:22:34 |
| 4 | buy anything from -- they couldn't buy anything from | 15:22:37 |
| 5 | us because -- because there was no money in- -- | 15:22:40 |
| 6 | involved in regards for us to do delivery for them. | 15:22:42 |
| 7 | I mean there was no reason for me to go there if | 15:22:46 |
| 8 | they weren't buying bake mix -- bake mixes from us. | 15:22:49 |
| 9 | Q. What do you mean by "bake mixes"? | 15:22:52 |
| 10 | Do you mean the donut -- | 15:22:54 |
| 11 | A. I mean donut mixes. | 15:22:55 |
| 12 | Q. Okay. So my understanding is that they | 15:22:56 |
| 13 | stopped buying everything in May of 2022. | 15:22:59 |
| 14 | A. Correct. | 15:23:01 |
| 15 | Q. Okay. About when did they start | 15:23:01 |
| 16 | repurchasing any kind of product from Sunrise? | 15:23:04 |
| 17 | A. It was a while. It was maybe three months. | 15:23:06 |
| 18 | For a while I was not getting no orders from them. | 15:23:12 |
| 19 | Q. Okay. But my -- if I remember correctly, | 15:23:15 |
| 20 | did you say you stopped working at Sunrise in August | 15:23:18 |
| 21 | of 2022? | 15:23:21 |
| 22 | A. Yes. | 15:23:23 |
| 23 | Q. Okay. So we're talking May to August, | 15:23:23 |
| 24 | that's about three months, so can -- maybe within | 15:23:27 |
| 25 | that time frame, does that help refresh your | 15:23:30 |

Page 121

| | | |
|---|---|---|
| 1 | recollection as to how long it took them to restart | 15:23:32 |
| 2 | their order? | 15:23:34 |
| 3 | A.   Well, I guess maybe before I -- I left. | 15:23:36 |
| 4 | Q.   Okay. | 15:23:36 |
| 5 | A.   I'm sorry. | 15:23:40 |
| 6 | I -- I can't -- | 15:23:41 |
| 7 | Q.   That's okay. | 15:23:41 |
| 8 | A.   -- recall the exact date. | 15:23:42 |
| 9 | Q.   That's okay. | 15:23:43 |
| 10 | And that's why I'm trying to help you out | 15:23:44 |
| 11 | here. | 15:23:46 |
| 12 | So -- | 15:23:46 |
| 13 | A.   To me, it seemed like forever 'cause | 15:23:47 |
| 14 | sometimes when you're trying to make an order, | 15:23:49 |
| 15 | you're like waiting 'cause some companies, they -- | 15:23:51 |
| 16 | it's every week they'll place an order, and | 15:23:54 |
| 17 | sometimes I'm thinking weeks instead of months -- | 15:23:56 |
| 18 | Q.   Right. | 15:23:58 |
| 19 | A.   -- so maybe -- | 15:23:58 |
| 20 | Q.   And did they place -- did -- did you | 15:23:59 |
| 21 | continue to pursue D's Donuts to place orders, or | 15:24:01 |
| 22 | did they just, you know, contact you again out of | 15:24:05 |
| 23 | nowhere? | 15:24:07 |
| 24 | A.   No. | 15:24:08 |
| 25 | I went there to get it, and then I -- | 15:24:08 |

Page 122

| | | |
|---|---|---|
| 1 | Q.  Okay. | 15:24:10 |
| 2 | A.  -- again, it had -- goes back to the aunt, | 15:24:11 |
| 3 | which you already know that story. | 15:24:13 |
| 4 | Q.  Okay.  That -- no. | 15:24:15 |
| 5 | I -- this is what we're here for is for | 15:24:16 |
| 6 | me -- | 15:24:18 |
| 7 | I -- I don't know these things. | 15:24:19 |
| 8 | It's just I have these random documents -- | 15:24:20 |
| 9 | A.  Okay. | 15:24:21 |
| 10 | Q.  Okay.  So -- and when they placed their | 15:24:21 |
| 11 | order again, what order -- what -- what do you | 15:24:24 |
| 12 | recall that they placed? | 15:24:27 |
| 13 | A.  I -- I believe that they ordered bakery | 15:24:28 |
| 14 | goods from -- I mean, sorry, donut mixes from us. | 15:24:30 |
| 15 | Q.  Okay.  So they restarted ordering your | 15:24:33 |
| 16 | donut mixes. | 15:24:36 |
| 17 | A.  They -- they ordered the donut, I believe, | 15:24:36 |
| 18 | because -- maybe they -- you know what?  Again -- | 15:24:39 |
| 19 | well, yes, I want to say that they ordered some | 15:24:47 |
| 20 | donut mixes from us, but again, 'cause I'm not there | 15:24:50 |
| 21 | anymore or -- I want to say that I got them back | 15:24:53 |
| 22 | because of the aunt, but maybe she just talked to | 15:24:55 |
| 23 | him or some -- no, they did to come back. | 15:24:58 |
| 24 | Q.  And do you have any E-mails or documents | 15:25:00 |
| 25 | that are related to this -- | 15:25:03 |

Page 123

Relevance

| | | |
|---|---|---|
| 1 | A.  Not that I recall, but -- no. | 15:25:05 |
| 2 | Every time I had an incident I would make | 15:25:09 |
| 3 | the -- I would make Boyd, Steve, Javier and Jeff | 15:25:11 |
| 4 | aware, so -- | 15:25:16 |
| 5 | Q.  Okay. | 15:25:16 |
| 6 | A.  -- I would have made them aware, yes. | 15:25:19 |
| 7 | Q.  Do you know whether or not BakeMark indeed | 15:25:21 |
| 8 | raised the prices for their products at D's Donuts | 15:25:24 |
| 9 | at any time? | 15:25:30 |
| 10 | A.  No. | 15:25:30 |
| 11 | Q.  Are you aware of whether or not BakeMark | 15:25:31 |
| 12 | actually went through with not helping D's Donuts as | 15:25:35 |
| 13 | a result of D's Donuts purchasing products from | 15:25:39 |
| 14 | Sunrise? | 15:25:41 |
| 15 | A.  No, because I've stopped -- you know, once | 15:25:41 |
| 16 | they told me no, they were adamant about saying no | 15:25:44 |
| 17 | every time. | 15:25:47 |
| 18 | Q.  Okay.  Do you have any documents to show | 15:25:47 |
| 19 | that a customer of Sunrise is no longer a customer | 15:25:50 |
| 20 | of Sunrise because a BakeMark sales rep threatened | 15:25:54 |
| 21 | that customer if they purchased Sunrise products? | 15:25:59 |
| 22 | A.  Do I have any documents? | 15:26:02 |
| 23 | No. | 15:26:03 |
| 24 | Q.  To show. | 15:26:03 |
| 25 | Do you have any documents that would show | 15:26:04 |

Page 124

| | | |
|---|---|---|
| 1 | that a customer of Sunrise is no longer a customer | 15:26:07 |
| 2 | of Sunrise because a BakeMark sales rep spoke badly | 15:26:11 |
| 3 | about Sunrise other than what we've discussed? | 15:26:15 |
| 4 |     A.   I've asked people if they would go on | 15:26:18 |
| 5 | record to say something, you know, and they -- no, | 15:26:22 |
| 6 | everybody was afraid to because they're afraid that | 15:26:26 |
| 7 | they're going to affect their business because | 15:26:29 |
| 8 | BakeMark won't sell to them, so they were all -- | 15:26:30 |
| 9 |     Q.   Who -- | 15:26:30 |
| 10 |     A.   -- afraid to say anything or write anything | 15:26:34 |
| 11 | or agree to say anything or speak up. | 15:26:35 |
| 12 |     Q.   Who have you asked to go on record? | 15:26:38 |
| 13 |     A.   Anybody who would tell me incidents, and | 15:26:39 |
| 14 | there was like lots of donut shops that I would go | 15:26:42 |
| 15 | to, but nobody wanted to go on record for that | 15:26:44 |
| 16 | because of fear of -- they don't want to get | 15:26:48 |
| 17 | involved. | 15:26:52 |
| 18 |     Q.   Are there any specific customers you can | 15:26:52 |
| 19 | think of? | 15:26:54 |
| 20 |     A.   I think 405 Donuts. | 15:26:54 |
| 21 |     Q.   Anyone else? | 15:27:10 |
| 22 |     A.   Not at the -- 405 -- oh. | 15:27:15 |
| 23 |          There was a donut shop in La Habra, there | 15:27:21 |
| 24 | was -- | 15:27:28 |
| 25 |     Q.   I -- if you can think of their -- | 15:27:28 |

Hearsay

Hearsay

Page 125

| | | | |
|---|---|---|---|
| 1 | A. | I can't -- | 15:27:30 |
| 2 | Q. | Okay. | 15:27:31 |
| 3 | A. | I'm sorry. | 15:27:32 |
| 4 | Q. | No worries. | 15:27:32 |
| 5 | A. | I can't remember their names. | 15:27:32 |
| 6 | Q. | That's okay. | 15:27:33 |

7          Do you have any documents to show that a          15:27:34

8    potential customer of Sunrise did not become a          15:27:36

9    customer of Sunrise because a BakeMark sales rep       15:27:39

10   threatened that customer if he purchased Sunrise       15:27:43

11   products?                                              15:27:46

12       A.  Do I have documentation proving it?            15:27:46

13           No.                                            15:27:49

14       Q.  Do you --                                      15:27:49

15           MR. BACON:  Other than what we've seen --      15:27:49

16           MS. GANJI:  Yes.                               15:27:51

17           MR. BACON:  -- obviously.                      15:27:51

18           MS. GANJI:  Obviously.                         15:27:52

19           THE WITNESS:  Yes.                             15:27:53

20           MS. GANJI:  Yeah.                              15:27:53

21           THE WITNESS:  Yeah.                            15:27:53

22   BY MS. GANJI:                                          15:27:53

23       Q.  Other than what we've seen, do you have any    15:27:54

24   other documents to show that a --                      15:27:55

25       A.  No.                                            15:27:57

Page 126

```
 1        Q.  -- potential --                          15:27:58

 2        A.  No.                                       15:27:58

 3        Q.  I'm sor- -- new question.                 15:27:58

 4        A.  Sorry.                                     15:27:58

 5        Q.  Do you -- other than what we have seen, do 15:27:59

 6   you have any other documents to show that a        15:28:01

 7   potential customer of Sunrise did not become a     15:28:02

 8   customer of Sunrise because a BakeMark sales rep   15:28:05

 9   spoke badly about Sunrise?                         15:28:08

10        A.  No.                                       15:28:10

11        Q.  Do you recall if Sunrise had an E-mail    15:28:13

12   retention policy?                                  15:28:17

13        A.  I don't know what that means.             15:28:18

14        Q.  A policy about, you know, for example, how 15:28:20

15   to retain E-mails and how long to retain them,     15:28:23

16   things like that.                                  15:28:27

17        A.  No.                                       15:28:28

18        Q.  Okay.  What was your recordkeeping        15:28:28

19   practices while you were working at Sunrise, your  15:28:31

20   E-mails, for example?                              15:28:35

21        A.  I just never delete anything most of the  15:28:36

22   time.                                              15:28:39

23        Q.  Okay.  Has anyone ever asked you to look  15:28:39

24   for any documents relevant to this lawsuit?        15:28:42

25        A.  No.                                       15:28:46
```

Page 127

| | | |
|---|---|---|
| 1 | Just to send information to them if an | 15:28:46 |
| 2 | occurrence happened, that's it. | 15:28:50 |
| 3 | Q.  Okay. | 15:28:51 |
| 4 | I think that's -- I -- I don't have any | 15:28:54 |
| 5 | more questions. | 15:28:57 |
| 6 | Ted? | 15:28:57 |
| 7 | MR. BACON:  I -- I just have a couple real | 15:28:57 |
| 8 | quick. | 15:28:59 |
| 9 | | 15:28:59 |
| 10 | EXAMINATION | 15:28:59 |
| 11 | | 15:29:02 |
| 12 | BY MR. BACON: | 15:29:02 |
| 13 | Q.  First of all, when you do a cold call -- | 15:29:02 |
| 14 | A.  Um-hum. | 15:29:02 |
| 15 | Q.  -- on a customer, is there any -- what's | 15:29:04 |
| 16 | the first thing that -- that basically you ask the | 15:29:10 |
| 17 | customer on a cold call? | 15:29:12 |
| 18 | A.  Well, I kind of want to find out what -- | 15:29:16 |
| 19 | what they're using, if they're happy, find out how I | 15:29:19 |
| 20 | can get in there. | 15:29:24 |
| 21 | Q.  And if -- if they tell you that they're | 15:29:25 |
| 22 | happy with their product, is there -- what -- what | 15:29:28 |
| 23 | do you do at -- what can you do at that point? | 15:29:31 |
| 24 | A.  Well, that would -- no. | 15:29:34 |
| 25 | I -- that's not being a very good sales | 15:29:35 |

Page 128

```
 1   rep.                                              15:29:37
 2          If they're happy, you know, you just find  15:29:38
 3   out how you can help them.  There's always --     15:29:40
 4   besides donut mixes, there was always milk, eggs. 15:29:43
 5   You find out what you can help them on.           15:29:46
 6       Q.  All right.  So -- and when you go to a    15:29:48
 7   customer, if they -- if they -- on the other hand, 15:29:55
 8   if they say "Hey, I'm interested in seeing what you 15:29:57
 9   can do," do customers ever give you a copy of the 15:30:00
10   invoice or give you pricing from competitors?     15:30:04
11       A.  Most of the time they don't want to give  15:30:08
12   you those at all, and when you get them, that's   15:30:11
13   great, but --                                     15:30:14
14       Q.  But do they do that?                      15:30:16
15       A.  -- it's --                                15:30:16
16       Q.  My question is:  Do they do that sometimes? 15:30:18
17       A.  Sometimes some -- some give you invoices, 15:30:20
18   yes, and then most of the time nobody wants to give 15:30:22
19   you their invoices.                               15:30:26
20       Q.  Right.                                    15:30:27
21          And so -- and so if -- if you don't have   15:30:27
22   the -- if you do have the invoice, obviously you can 15:30:31
23   quote based on the invoice.                       15:30:34
24          If you don't, you described how you did it, 15:30:35
25   right, you have your parameters that you can go    15:30:37
```

Leading

Page 129

| | | |
|---|---|---|
| 1 | through; right? | 15:30:41 |
| 2 | A.   Yes. | 15:30:42 |

**Hearsay; Leading**

| | | |
|---|---|---|
| 3 | Q.   Okay.   And the other -- the other thing is | 15:30:42 |
| 4 | when you went on a -- when you were out there trying | 15:30:45 |
| 5 | to sell donut mixes to customers, did anyone at | 15:30:50 |
| 6 | Sunrise ever give you any information about the | 15:30:54 |
| 7 | customer in terms of "This is what they are paying | 15:30:57 |
| 8 | for their donut mixes, this is what they are paying | 15:31:02 |
| 9 | for the" -- "for their glazes, this is what" -- "how | 15:31:08 |
| 10 | often they like their product to be delivered, this | 15:31:11 |
| 11 | is how often the customer likes to have" -- "how | 15:31:15 |
| 12 | they like the deliveries, what size of bag they like | 15:31:18 |
| 13 | their deliveries in"? | 15:31:21 |
| 14 | Did you ever get any of that kind of | 15:31:23 |
| 15 | information from anybody -- | 15:31:24 |
| 16 | A.   No. | 15:31:24 |
| 17 | Q.   -- at Sunrise? | 15:31:25 |
| 18 | A.   No. | 15:31:25 |
| 19 | They pretty -- I mean I had to cold call | 15:31:26 |
| 20 | and find all the businesses on my own, if that's | 15:31:28 |
| 21 | what you mean.   They didn't try to give me any | 15:31:31 |
| 22 | inside tips or anything like that. | 15:31:33 |
| 23 | Q.   Okay.   And as -- as far as the last little | 15:31:34 |
| 24 | area here is in terms of your competition, Dawn, | 15:31:38 |
| 25 | that's one of the competitors for -- | 15:31:42 |

Page 130

| | | |
|---|---|---|
| 1 | A.  Yes. | 15:31:45 |
| 2 | Q.  Now, do you know as a salesperson out there | 15:31:45 |
| 3 | who the really good sales rep -- reps are at Dawn? | 15:31:47 |
| 4 | A.  No. | 15:31:52 |

Hearsay;
Foundation

| | | |
|---|---|---|
| 5 | Q.  Okay.  Do you have an idea of that of some | 15:31:53 |
| 6 | of the other competitors like BakeMark in terms of | 15:31:56 |
| 7 | people that are really selling a lot? | 15:31:59 |
| 8 | A.  Yes. | 15:32:00 |
| 9 | Wait. | 15:32:00 |
| 10 | Do I know? | 15:32:00 |
| 11 | Q.  Like who's -- who -- who did you know -- | 15:32:00 |
| 12 | A.  Well, I mean I don't -- I know of them. | 15:32:03 |
| 13 | I mean Dawn -- | 15:32:04 |
| 14 | Q.  That's -- | 15:32:05 |
| 15 | A.  -- wasn't a competitor out there for -- for | 15:32:06 |
| 16 | me, but they were -- they were a very -- | 15:32:09 |
| 17 | There were good competitors. | 15:32:12 |
| 18 | I mean it was fair trade with them. | 15:32:14 |
| 19 | Q.  But what I'm saying is basically as a | 15:32:17 |
| 20 | salesperson of Sunrise, did you know whether or not | 15:32:19 |
| 21 | Tony Marquez sold a lot of product? | 15:32:22 |
| 22 | A.  Yes. | 15:32:24 |
| 23 | I mean I saw BakeMark in all the places, | 15:32:25 |
| 24 | yes. | 15:32:28 |
| 25 | Q.  And would you run into people like Tony | 15:32:28 |

Page 131

| | | |
|---|---|---|
| 1 | when you were trying to do sales calls and -- and | 15:32:31 |
| 2 | figure out "Oh, he's the sales rep for these | 15:32:32 |
| 3 | people"? | 15:32:35 |
| 4 | A.  I rarely ran into him, but I would just | 15:32:35 |
| 5 | find out who my -- the sales rep was by natural -- | 15:32:38 |
| 6 | Q.  How did you -- | 15:32:41 |
| 7 | A.  -- by natural -- | 15:32:41 |
| 8 | Q.  How did you do that? | 15:32:42 |
| 9 | A.  Either the person told me who the -- it | 15:32:44 |
| 10 | was, like they were just telling "Oh, my BakeMark | 15:32:46 |
| 11 | sales rep, Tony," or they'd talk about -- you know, | 15:32:50 |
| 12 | they -- just through talking to your -- the customer | 15:32:53 |
| 13 | that you're trying to obtain, that's how I found | 15:32:56 |
| 14 | out. | 15:32:59 |
| 15 | Q.  Okay.  That's great. | 15:32:59 |
| 16 | I don't have anything further. | 15:33:01 |
| 17 | Thank you very much. | 15:33:02 |
| 18 | A.  Sure. | 15:33:03 |
| 19 | MR. BACON:  Any follow-up, Chakameh? | 15:33:05 |
| 20 | MS. GANJI:  No. | 15:33:06 |
| 21 | MR. BACON:  Okay.  I think we're done, | 15:33:07 |
| 22 | then. | 15:33:10 |
| 23 | MS. GANJI:  I'm finished. | 15:33:11 |
| 24 | Thank you. | 15:33:11 |
| 25 | MR. BACON:  Mr. Vide- -- we -- just wait a | 15:33:12 |

Page 132

```
 1    little bit --                                        15:33:14

 2              THE VIDEOGRAPHER:  Yeah.                    15:33:14

 3              MR. BACON:  -- Desiree.                     15:33:14

 4              THE VIDEOGRAPHER:  This is --               15:33:14

 5              MR. BACON:  The -- the -- the -- the        15:33:14

 6    videographer and the reporter have to do a couple    15:33:15

 7    things, and then -- then we're good to go.           15:33:17

 8              THE VIDEOGRAPHER:  Okay.  This is the       15:33:19

 9    videographer.                                        15:33:20

10              We're going off the record.                15:33:21

11              The time is now 3:33.                       15:33:22

12              This is the end of media number two of the 15:33:24

13    deposition of Ms. Desiree Mondoza -- Mendoza.        15:33:27

14              We're off the record.                      15:33:32

15              (There was a discussion off the record.)

16              (Deposition adjourned at 3:33 P.M.)

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

1                          DECLARATION

2

3          I hereby declare I am the deponent in the

4    within matter; that I have read the foregoing

5    deposition and know the contents thereof; and I

6    declare that the same is true of my knowledge except

7    as to the matters which are therein stated upon my

8    information or belief, and as to those matters, I

9    believe them to be true.

10          I declare under the penalties of perjury

11   under the laws of the United States that the

12   foregoing is true and correct.

13          This declaration is executed this     day

14   of                , 2023, at                    ,

15                          .

16

17

18                          DESIREE MENDOZA

19

20

21

22

23

24

25

                                        Page 134

```
 1   STATE OF CALIFORNIA        )

 2                              ) ss.

 3   COUNTY OF LOS ANGELES      )

 4           I, TERI J. NELSON, CSR NO. 7682, AL CCR,

 5   RPR, in and for the State of California, do hereby

 6   certify:

 7           That, prior to being examined, the witness

 8   named in the foregoing deposition was by me duly

 9   sworn to testify the truth, the whole truth, and

10   nothing but the truth;

11           That said deposition was recorded

12   stenographically by me at the time and date therein

13   named, and thereafter transcribed, and the same is a

14   true, correct and complete transcript of said

15   proceedings.

16           Before completion of the deposition, review

17   of the transcript [X] was [ ] was not requested.  If

18   requested, any changes made by the deponent (and

19   provided to the reporter) during the period allowed

20   are appended hereto.

21           I further certify that I am not interested

22   in the event of the action.

23           WITNESS MY HAND this 29th day of March,

24   2023.

25           TERI J. NELSON, CSR No. 7682, AL CCR, RPR
```

Page 135

```
1    THEODORE E. BACON, ESQ.

2    tbacon@fbtlaw.com

3                                          March 29, 2023

4    RE: BAKEMARK USA, LLC vs. JAVIER NAVARRO

5    MARCH 17, 2023, DESIREE MENDOZA, JOB NO. 5810880

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    ___ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   ___ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   ___ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23   ___ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25
```

Page 136

1    _X_ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2        Transcript - The witness should review the transcript and

3        make any necessary corrections on the errata pages included

4        below, notating the page and line number of the corrections.

5        The witness should then sign and date the errata and penalty

6        of perjury pages and return the completed pages to all

7        appearing counsel within the period of time determined at

8        the deposition or provided by the Federal Rules.

9    __ Federal R&S Not Requested - Reading & Signature was not

10        requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

```
1    CASE: BAKEMARK USA, LLC vs. JAVIER NAVARRO

2    WITNESS: DESIREE MENDOZA  (#JOB NO 5810880)

3                  E R R A T A  S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   WITNESS                            Date

25

                                       Page 138
```

**[& - accompanied]**

**&**

**&**   136:23 137:9

**0**

**00000860**   5:10
**00000861**   5:11
**013867**   4:18
**013869**   4:19
**02499**   1:4 6:25

**1**

**1**   1:11 4:10
  14:21 95:7
  137:1
**1-50**   1:16
**10**   30:22 39:19
  39:20,21 96:7
**100**   36:16 61:9
**11**   60:24 95:16
  96:5,7
**111**   5:8
**128**   4:6
**13**   5:3 77:22
**13867**   43:3
  44:17 79:11
**13869**   43:3
  44:17 79:12
**14**   4:10
**15**   38:11,12
  85:3
**15th**   80:12
**17**   1:20 2:4 6:1
  136:5
**17th**   6:6 21:6,7
  55:13,14

**18**   4:17 46:8
**18461**   135:24
**18th**   55:11
  64:18
**1:03**   1:21 2:4
  6:2,7

**2**

**2**   4:13 42:25
  43:8,25 44:4
  44:15 54:22
  64:13,15 69:24
  79:2
**20**   87:9
**200**   36:16
**2020**   20:23
**2021**   4:17
  20:16,20 21:3
  21:7 25:23
  34:6 80:12
  85:3
**2022**   20:25
  29:23 60:6
  97:5,19 108:4
  108:9 109:18
  114:15 117:4
  117:20 118:7
  119:8 120:6,12
  121:13,21
**2023**   1:20 2:4
  6:1,6 134:14
  135:24 136:3,5
**2025.520**   136:9
  136:12
**213-892-9200**
  2:18

**22**   20:18
**24**   13:12
**29**   94:25 136:3
**29th**   135:23
**2:17**   78:14
**2:21**   1:4 6:25
**2:30**   77:22
**2:42**   78:22
**2nd**   60:6

**3**

**3**   4:20 56:20
  58:3,7 94:20
  94:24 114:1
**30**   137:1
**3:33**   133:11,16

**4**

**4**   5:3 93:6,8,15
  95:1,6,9,10,21
  95:21 114:14
**405**   125:20,22
**41st**   2:16
**43**   4:13

**5**

**5**   5:8 39:17,23
  96:23 111:1,8
  111:12 112:3
**50**   1:11
**555**   2:15
**58**   4:20
**5810880**   136:5
  138:2
**5th**   3:7

**6**

**633**   3:7
**6350**   113:11

**7**

**714-852-6800**
  3:10
**7682**   1:25 2:5
  135:4,25
**7:13**   55:13

**8**

**8**   39:21
**860**   111:13
**861**   111:13
**884**   4:21 56:20

**9**

**9**   4:5
**90**   18:16
**900**   3:8
**90071**   2:17 3:9
**92**   18:16
**93**   5:3

**a**

**a.m.**   55:14
**able**   15:4,13
  28:11 44:9
  58:6 85:20
  102:24 111:11
  112:2
**above**   75:19
  136:6
**accompanied**
  37:15

Page 1

**[accompany - asking]**

**accompany**
36:20,23 37:1
80:23
**account** 59:9
82:6 84:5,8,15
**accurate** 13:15
46:2 97:23,25
100:17,18
103:7
**accused** 25:5
**acquainted**
37:12
**action** 7:8
96:15 135:22
**actual** 54:23
96:6
**actually** 12:18
27:7 53:3 54:1
56:11 62:1,24
63:9 67:12,15
73:3 76:17,22
91:3 107:13
124:12
**ad** 23:15 24:3
**adamant** 92:6
124:16
**add** 116:2
**adjourned**
133:16
**advised** 29:1
97:6
**advocacy**
119:13
**af** 90:16

**affect** 14:5
125:7
**affected** 101:10
**affiliations**
7:14
**affirmative**
94:10
**afraid** 125:6,6
125:10
**ago** 15:7
**agr** 1:5 6:25
**agree** 6:16
125:11
**agreed** 42:20
**agreement** 9:16
**ahead** 10:24
12:10 14:14
43:17 45:6
46:20 47:13
81:13 83:18,18
91:11 96:13
97:1 113:3
**ahold** 82:13
**al** 1:25 2:5 6:23
135:4,25
**alcohol** 13:11
**allow** 22:20
99:9
**allowed** 135:19
**alongs** 37:4,17
**altavilla** 1:10
**amended** 5:5
93:17
**american** 30:25
31:2

**amicable** 77:7
**amount** 39:1
**ana** 113:11
**anaheim** 35:9
111:23 113:12
**ancelled** 89:6
**angeles** 2:17
3:9 135:3
**answer** 10:12
10:24 13:3
90:10 115:1
**answered**
40:24
**answers** 10:9
75:14
**anticipate**
10:20
**anybody** 17:8
17:10,22 21:23
37:15 53:21
56:4 105:23
125:13 130:15
**anymore** 54:6
74:15 100:6
123:21
**apologies** 11:22
111:3
**apologize** 17:21
63:16
**appearance**
7:12
**appearances**
2:8 3:1 7:14
**appearing** 2:8
136:18 137:7

**appears** 80:11
88:2
**appended**
135:20
**application**
81:15 83:4
**applications**
23:12
**applied** 22:13
22:13 26:1
**apply** 24:1,4
25:21 29:25
**applying** 25:18
**appreciated**
51:18
**approach** 36:2
74:9,10 84:5
**approximate**
20:14 85:3
**approximately**
16:16 20:11
25:21 74:16
85:9
**april** 22:14
25:22
**area** 37:13
130:24
**areas** 53:10
**asked** 17:20
29:10,13 40:22
47:1 51:20
75:10,12 125:4
125:12 127:23
**asking** 10:22
27:10 51:12

Page 2

**[asking - bear]**

109:23,25
116:4
**aspect** 29:15
**assist** 34:16,21
**assume** 10:12
32:22 101:23
110:5,9
**assuming** 97:19
101:20 110:3
**attempt** 92:17
**attempts** 92:18
**attorney** 7:15
**audible** 12:3
**audio** 6:15
**august** 20:18
20:22 29:22,23
121:20,23
**aunt** 101:11,16
103:9,12 115:2
115:3,11,13
119:13,18,19
123:2,22
**aware** 34:9,14
34:19 39:24
46:15,17 47:10
47:14,21 50:9
53:7 64:10
73:5 81:2
124:4,6,11

**b**

**b** 1:8 4:8 5:1
137:1
**back** 23:11
25:17 26:8
40:25 45:23

48:25 49:5
51:19 53:10
54:19 58:10,20
63:2 64:12
69:24 77:21
78:6,20 79:8
81:20 82:14
84:3 85:21,21
87:23,24 89:10
89:13,18 92:1
92:13 96:23
99:19 105:19
110:11,25
114:19 115:8
115:10 116:1
119:5,13,17,18
123:2,21,23
**background**
24:19
**bacon** 3:6 4:6
7:19,19 9:14
9:17 10:9,23
14:13 17:11
40:16,17,23
41:23 77:10,15
77:19,25 78:3
78:6 103:13,17
103:19,22,25
104:5,8 108:21
109:4 116:13
126:15,17
128:7,12
132:19,21,25
133:3,5 136:1

**bad** 44:3 64:24
65:11,14 70:25
71:2,6
**badly** 125:2
127:9
**bag** 38:11,13
130:12
**bags** 38:11,12
**bake** 121:2,8,8
121:9
**bakemark** 1:4
1:15 2:3,11 5:6
6:22 7:17
29:25 30:3,5,6
34:14,16,24
35:2 46:23
49:15 50:12,16
51:24 52:2
53:6 54:8,9
62:1,23 63:9
71:18,22 72:17
73:2 76:16,21
77:6 93:17
94:18 97:7,10
98:17,18 99:24
99:25 100:3,4
101:12 108:14
109:8 110:15
114:20 115:5
117:2,7 120:23
124:7,11,20
125:2,8 126:9
127:8 131:6,23
132:10 136:4
138:1

**bakemark's**
49:10 50:2
51:21 52:4,10
52:20,24 53:17
53:21 63:20
64:8 77:1 93:7
114:4 119:3
**bakeries** 74:14
79:25
**bakery** 23:3,3,9
23:13 31:15,19
84:25 123:13
**base** 31:16
37:23 109:5
**based** 12:12
40:24 42:2
48:2 80:11
88:7 129:23
**baseline** 38:16
39:1
**basically** 37:11
39:13 41:3
47:3 48:18,22
52:6 63:4
65:15 67:21
72:19,22 84:21
87:1,5 89:18
96:12 128:16
131:19
**basing** 109:6
**bates** 4:17,20
5:10 43:2
44:17 56:20
**bear** 14:19
32:11 43:2

**[bear - canyon]**

56:18 93:4
**beginning**
  36:24
**behalf**  2:2 7:17
  7:19,22
**belief**  134:8
**believe**  19:22
  23:8 26:2 33:5
  45:11 46:1
  63:13 68:16
  70:2 72:11
  75:7 85:14
  100:18 111:22
  123:13,17
  134:9
**belinda**  45:15
  79:14 80:18
  81:24 83:25
  86:18 94:12
  109:21
**best**  10:21 12:8
**betrayal**  65:5
**better**  25:6
  38:12 42:17
  57:11 117:7
**beyond**  75:19
**big**  30:7 36:9
**bit**  10:17 51:6
  133:1
**block**  47:17
**bmk**  4:21 5:10
  5:11 56:20
  111:13
**boarded**  33:12
  34:5

**bold**  16:6
**bonner**  31:11
**book**  32:23
**bottom**  8:22
  85:25 88:1,15
  96:4,5,23
**bought**  38:11
  38:11,13 42:10
  42:16 59:2,4
  61:16 72:24
  73:7,21,24
  76:4 77:6,6
**boughten**  59:2
**boulevard**
  112:4 113:12
**boyd**  1:10 3:4
  7:20 21:16,22
  26:23 27:24
  31:6 37:17
  42:7 49:13,25
  50:15 53:14,15
  79:10 104:1
  105:15 124:3
**brand**  37:8
**break**  13:1,4
  76:6 77:11,18
**briefly**  17:15
**bring**  19:1
  35:12 74:16
  75:3 106:7,10
  106:17
**bringing**  29:16
  29:18
**broad**  28:21,23
  28:23 116:3

**brought**  106:9
  107:2
**brown**  3:5
**bucket**  67:13
**buckets**  83:1
**build**  82:21
  86:17
**bunch**  23:12
  73:6
**business**  18:23
  19:1 20:9
  29:16,18 39:22
  59:22 61:24
  68:3 72:23
  81:7,11 87:9,9
  92:1,13,17,22
  125:7
**businesses**
  130:20
**buy**  42:20 63:5
  63:14 72:25
  77:8 82:8 86:9
  86:14 89:14
  97:7,8 99:24
  100:3,9 101:13
  107:14 108:15
  109:9 110:16
  115:3,5,6,18
  119:17 120:17
  121:1,2,4,4
**buying**  49:2
  55:3 61:19
  63:5 67:15,16
  76:14,23 97:21
  99:7 117:2

120:6 121:8,13
**buys**  98:17

**c**

**ca**  49:3 136:9
  136:12,20
**cake**  114:4
**california**  1:2,8
  1:9,13 2:17 3:9
  6:24 13:23
  31:17 135:1,5
**call**  22:15
  26:10,11 28:4
  28:8,8,9,12,17
  31:7 59:19
  75:5,6 80:5
  128:13,17
  130:19
**called**  53:10
  104:1
**calls**  132:1
**camaraderie**
  54:18
**camera**  6:11
**cancel**  88:21
**cancellation**
  90:17
**cancelled**  88:5
  89:6,9 90:12
  90:20,21
**cancelling**
  81:18
**candace**  26:23
  27:25 28:15
**canyon**  112:4
  113:11

Page 4

**[capitol - compet]**

**capitol**  1:7,8
**car**  53:5,9,9
**card**  36:8
**care**  48:18
  49:19 59:13
**case**  1:4 23:6
  46:15 48:20
  49:3,3,4,6 50:9
  50:18 52:1
  53:8 54:2 64:9
  71:13 77:2,5
  82:9 92:23
  138:1
**cases**  50:13
  63:21 64:9
  119:3
**cat**  76:11
**cause**  11:6
  23:10 35:11
  36:24 47:16
  49:2 55:13
  61:2 63:14
  66:21 74:13
  82:11 83:22
  84:12 85:14
  90:2,5 92:5,5
  101:10 102:7
  112:8 120:1
  122:13,15
  123:20
**cc**  102:8
**ccp**  136:9,12
**ccr**  1:25 2:5
  135:4,25

**central**  1:2 6:24
**certain**  120:19
**certification**
  34:2,6
**certify**  135:6,21
**certifying**  33:1
**chain**  44:23
  45:2,12,24
  46:2 79:6,13
  86:1
**chakameh**  2:14
  7:16 77:10
  103:17 104:9
  132:19
**chakameh.ga...**
  2:19
**challenge**  57:22
**change**  116:17
  116:22 118:10
  138:4,7,10,13
  138:16,19
**changed**  11:7
  114:16 117:25
  117:25 118:7
  118:21
**changes**  14:2,4
  135:18
**charge**  39:12
  41:4 42:3
**chatty**  59:16
**chau**  5:9
  111:14 112:21
  113:8
**chocolate**  81:10
  84:10,11 85:25

  86:12 87:17,24
  88:2,17 89:1
**chocolates**  81:6
  81:8,10,25
  82:2,16,19,20
  83:1 87:18
  88:10
**choice**  18:20,21
  19:8
**choppy**  83:14
**chris**  21:25
  22:1
**circulate**  93:25
**circulating**
  93:19
**city**  13:22
  36:13
**civil**  136:19,20
**claim**  49:15
  51:23
**claimant**  1:14
**clarified**  41:24
**clear**  18:9
  39:23 57:16
  71:5 75:23
  99:22 119:19
**click**  15:15,16
  15:21 43:25
**clicked**  24:5
**closer**  25:1
**code**  136:9,12
  136:19,20
**coffee**  18:20,22
  19:8

**cold**  53:10 75:5
  75:5,6 80:5
  128:13,17
  130:19
**college**  18:3,12
  18:14
**com**  33:23
**come**  19:5,25
  21:10 35:21
  51:11 69:5
  77:21 85:13,21
  123:23
**coming**  53:24
  63:2
**comment**
  108:14
**comments**  10:9
**commission**
  84:17
**commodity**
  84:13
**communicated**
  47:25 48:3
**communicating**
  47:18
**companies**
  122:15
**company**  1:7,9
  1:15 30:7,22
  30:24 31:3,19
  33:20 37:8
  41:11 50:16
  75:13 87:8
**compet**  115:5

Veritext Legal Solutions
866 299-5127

**[competition - cus]**

| | | | |
|---|---|---|---|
| **competition** 130:24 | **contact** 26:4,5 26:9 122:22 136:9 | **correct** 11:19 20:19,20,25 22:4 24:16 | 137:7 **counter** 1:14,16 2:3,11 6:21 |
| **competitor** 33:20,20,23 131:15 | **contacted** 25:25 26:2 27:16 | 25:19,20 27:20 27:25 28:25 29:18,19 32:1 | 7:17 **county** 85:15 135:3 |
| **competitor's** 32:14 | **containing** 45:12 | 38:4 41:19 42:4 45:12 | **couple** 37:5 82:10 128:7 |
| **competitors** 32:20 129:10 130:25 131:6 131:17 | **contents** 134:5 **context** 31:17 **continue** 6:15 | 48:4 60:22 68:14 70:1,2 71:6,10,18,19 | 133:6 **course** 49:3 107:6 |
| **complaints** 50:12 | 62:13 64:20 122:21 | 75:1,2 76:1 79:2,19 80:15 | **court** 1:1 6:24 7:5 10:6,10 |
| **complete** 35:15 135:14 | **continued** 3:1 61:23 | 80:18 85:6 86:1 88:5,10 | 12:1 18:8 25:2 46:14 48:20 |
| **completed** 136:7,17 137:6 | **continues** 96:25 | 89:21 92:14 103:21 107:2 | 49:3,4,6 50:13 50:18 52:1,1 |
| **completely** 120:20 | **conversation** 10:18 26:14 | 108:7,9 109:18 113:6,16 | 52:15 53:8 54:2 71:13 |
| **completion** 135:16 137:10 | 27:20 48:6 49:22 55:9,20 | 114:12 121:14 134:12 135:14 | 75:23 77:5 89:12 |
| **computer** 28:11 77:12 | 65:22 70:17,21 74:2 80:21 | **corrections** 136:14,15 | **cousin** 101:8 115:11,13 |
| **concludes** 13:25 | 82:2 83:24 89:20 90:19 | 137:3,4 **correctly** 27:15 | **cover** 35:5 **create** 31:25 |
| **conducted** 6:9 7:1 27:9 | 97:15,18,25 99:4 101:9 | 62:18 121:19 **cost** 39:17 40:1 | 32:4 **credibility** 14:5 |
| **confidential** 32:14,20 33:2 33:15 34:2,7 | 105:10 106:3 **conveyed** 102:23 | 40:18 120:16 **costco** 73:7 | **credit** 81:14 83:3 |
| 35:3 | **copy** 45:12 90:24 129:9 | **costs** 37:23 39:24 41:5,6 | **csr** 1:25 2:5 135:4,25 |
| **confusion** 69:18 | **cord** 56:24 | **counsel** 2:8 6:21 7:13 9:17 | **current** 34:19 **currently** 18:17 |
| **connection** 6:12 | **corporation** 1:9,13 | 9:19 57:5 136:18,21 | **cus** 39:5 |

**[cust - desiree]**

**cust** 71:11
**custom** 31:4
**customer** 31:16
  37:24 38:9
  39:4,5,12,13
  42:3,9,10,19,20
  54:25 55:2,4
  55:10,22 56:1
  56:5,6,8 58:13
  58:23,25 59:6
  59:8,12 61:14
  64:3,24 65:23
  70:25 73:17,19
  74:3,5,17 75:3
  75:9 79:22
  106:3,6,17
  124:19,19,21
  125:1,1 126:8
  126:9,10 127:7
  127:8 128:15
  128:17 129:7
  130:7,11
  132:12
**customer's**
  50:5
**customers**
  18:25 19:1
  20:10 35:13,19
  35:24 36:1,21
  37:16 38:3,25
  41:4 48:25
  50:14 56:7
  65:1,23 118:9
  118:21 125:18
  129:9 130:5

**cv** 1:4 6:25

**d**

**d** 1:8 4:1 9:10
  9:10 11:10
  108:2
**d's** 97:6,15,21
  98:1,7,15,16
  99:1,6,23
  100:2,11,13,16
  102:4,10 103:7
  104:20 105:6
  106:2,6 108:2
  108:6 109:18
  110:18 111:16
  111:18,22,24
  112:9 113:9,18
  114:9,19,24
  116:8,15,20
  119:1 120:12
  122:21 124:8
  124:12,13
**daily** 50:4
**dairy** 87:5
**danny** 67:8,8
  67:18,25 69:12
  69:17 70:6
**date** 6:6 20:15
  61:3 65:25
  66:3 70:10
  122:8 135:12
  136:16 137:5
  138:24
**dated** 4:16 60:6
**dates** 12:7
  119:22 120:2,5

**dawn** 130:24
  131:3,13
**day** 81:4,21
  82:25 83:25
  89:6,9,16
  90:11,14 91:24
  134:13 135:23
**deal** 41:10
  42:11 48:14
  81:9
**dealt** 49:12,23
  49:25
**debilio** 22:6
  26:3,4 27:17
  28:18
**decide** 79:21
**decided** 82:22
**decision** 85:8
**declaration** 5:9
  111:14 112:17
  112:21 134:1
  134:13
**declare** 134:3,6
  134:10
**defendant** 2:3
  2:11 5:4 6:21
  7:17,20 93:16
**defendants**
  1:12,16 3:3
**delaware** 1:4
  1:15
**delete** 127:21
**deliver** 120:19
**delivered**
  130:10

**deliveries**
  130:12,13
**delivery** 120:16
  120:25 121:6
**dep** 9:22
**depending**
  38:10
**depends** 6:10
**deponent** 134:3
  135:18
**deposition** 1:18
  2:1 4:11 6:8,19
  6:20 7:1 9:22
  13:24 14:19
  16:3,5 17:5,13
  17:13,23 53:3
  53:4,6 78:16
  78:23 133:13
  133:16 134:5
  135:8,11,16
  136:19,22,24
  137:8,10
**depositions**
  10:16
**described**
  65:22 67:24
  70:9 100:12,17
  104:22 105:7
  129:24
**description** 4:9
  5:2 103:5,7
**desiree** 1:19 2:2
  4:4,11,15 6:19
  8:15 14:19
  15:17 16:3

Veritext Legal Solutions
866 299-5127

**[desiree - dorado]**

78:16,24 97:5
103:19 109:18
119:24 133:3
133:13 134:18
136:5 138:2
**desserts** 84:10
**determine**
39:12 42:1
**determined**
136:18,22
137:7
**development**
18:23
**dictate** 101:12
**dictated** 115:4
**dif** 23:12
**difference** 8:24
11:4 12:11,24
28:3
**different** 35:15
118:18
**directly** 23:19
48:16 63:22
94:3
**disclosure** 33:4
**discounts** 42:9
42:19
**discretion** 38:1
39:8 42:1
**discuss** 86:18
86:23 87:14,16
**discussed** 40:21
54:11,13 71:4
90:20 125:3

**discussing**
68:18,19 70:16
**discussion**
78:18 86:20,21
133:15
**discussions**
33:14
**distraught**
50:10,10
**distribution**
1:7
**distributor**
81:8 87:18
**district** 1:1,2
6:23,24
**dobla** 85:24
86:12 88:1,9
88:16,25
**doc** 44:15
**docket** 6:25
**document** 4:10
5:3,8 15:14,22
16:9,12,25
17:16 32:23,25
34:1,25 43:2
45:20 93:22
94:7,8,11,16
95:17 100:17
104:23 111:12
**documentation**
126:12
**documents**
17:18 32:14,21
34:12,16,21
44:16 123:8,24

124:18,22,25
126:7,24 127:6
127:24
**dog** 76:11
**doing** 22:15
56:23 67:10
115:9
**dollars** 84:16
**domestic** 19:10
19:14,15,19
20:3
**donut** 23:4
29:2 31:20,20
32:1,4,8,9,9
35:21 36:3,5,6
36:12 37:13,22
37:24 39:25
41:16,17 42:13
50:11,20 53:19
53:20 54:25
55:10 59:6,17
60:21,22 61:9
61:19 63:5
72:25 73:22,25
74:13,15 79:25
98:16 107:2,11
107:18 108:3,8
108:11 110:13
111:20,24
114:2,4,16,17
114:20,24
115:12 116:17
116:21,23
117:4,19,24,25
118:7,10,16,22

118:23 120:7
120:13 121:10
121:11 123:14
123:16,17,20
125:14,23
129:4 130:5,8
**donuts** 33:21
33:22 39:18
55:15,23 56:1
58:13,24 59:8
59:13 60:14
61:18 62:25
63:10,19 72:10
72:14,15 97:6
97:15,21 98:1
98:8,15,16
99:1,6,23
100:2,11,13,16
102:5,10 103:7
104:20 105:6
106:2,6,24
108:2,6 109:18
110:18 111:17
111:18,22
112:9 113:9,18
114:9,19,24
116:8,15,18,20
119:1 120:12
122:21 124:8
124:12,13
125:20
**door** 107:17
**dorado** 79:17
79:22 80:15,24
81:4 84:19

Veritext Legal Solutions
866 299-5127

[dorado - exhibit]

85:5 89:8
90:11
**doubt**  104:11
**driving**  35:22
37:11 84:20
**drove**  92:1
**duly**  8:16 135:8
**dur**  70:13

**e**

**e**  3:6 4:1,8,13
5:1 9:10,10,10
9:10 11:10,11
11:11,12,12
16:19 24:15
26:10 44:16,18
44:22 45:2,2,9
45:12,13,23,24
46:2,7,12 47:2
47:9,21 48:4,8
48:11 49:18
54:20,23 58:22
61:11 63:1,8
63:19 64:2,4
64:18,21 65:23
66:3 71:12
73:16 79:5,13
79:14 80:11
81:17,20 83:5
83:23 86:1,10
87:25 88:14,16
88:19,19,22
89:24,25 90:8
91:3,13,20
101:7,18,19,20
102:2,7,8

108:14,18,19
108:22 109:20
109:23,25
110:1 123:24
127:11,15,20
136:1,9,12
137:1 138:3,3
138:3
**earn**  81:11
**east**  113:11
**education**  18:2
**effect**  10:5
**eggs**  42:16
73:22 75:22
76:1 87:3
129:4
**either**  42:15
48:1 70:7
84:20 98:21
132:9
**el**  79:17,17,22
80:14,24 81:4
81:21 84:18
85:4 89:8
90:11
**employed**
18:17,19 19:3
19:9 20:4
**employee**  7:22
32:13 35:11
59:17
**employee's**
33:15
**employees**
32:20,25 33:2

34:15,20 54:5
**employer**  34:3
**employers**  34:7
34:21 54:4
**encounter**  85:3
100:11,16
101:4 103:8
108:3
**ended**  28:11
**engaged**  48:16
**entitled**  4:10
5:3,8 12:7
**environmental**
30:14
**errata**  136:14
136:16 137:3,5
**es**  11:5
**esq**  2:14 3:6
136:1
**estimate**  12:8
12:12,13,17
21:2
**estimates**  12:7
**et**  6:23
**event**  64:7
67:23 135:22
**events**  69:10
70:9,11
**eventually**
60:16 76:4
89:19 101:14
106:24 107:17
115:8 119:5
**everybody**
26:25 27:10

68:4 125:6
**exact**  122:8
**exactly**  52:7
56:7 61:11
63:23 67:9
72:20 97:20
98:7
**examination**
4:3 9:4 128:10
**examined**  8:17
135:7
**example**  23:4
26:5,10 33:7
38:16 39:25
41:5,5,16 59:8
59:11 75:4,4,9
81:20 94:24
101:2,3 109:21
127:14,20
**examples**  12:10
**excellent**  87:20
**except**  134:6
**exchanged**
54:10
**excited**  82:13
82:24
**exclusively**
42:20
**excuse**  16:13
**executed**
134:13
**exhibit**  4:10,13
4:20 5:3,8
14:14,17,18,21
14:24 15:17

**[exhibit - ganji]**

42:25 43:8,23
43:25 44:4,15
54:22 56:14,20
58:3,7,15,19
64:13,15 69:24
79:1 91:4 93:1
93:6,8,15
108:20,22
109:2,4,14
110:24 111:1,8
111:12 112:3
115:21
**exhibits**  14:16
58:7
**expand**  31:15
**experience**
100:24
**expert**  14:10
**explain**  29:11
94:16
**explaining**
109:17
**expressed**
86:11
**extent**  49:21

**f**

**fair**  77:9
131:18
**fami**  23:10
**familiar**  30:3,6
**family**  87:6,8,9
**far**  112:18
119:22 130:23
**father**  67:7,18
69:14

**favorite**  87:7
**fbtlaw.com**
3:11 136:2
**fear**  125:16
**federal**  137:1,8
137:9
**feel**  14:3 43:13
116:2
**feet**  12:14
**field**  38:25
**fif**  66:4
**figure**  132:2
**figured**  34:11
**finally**  82:12,22
82:23 85:18
**financially**  7:8
**find**  23:20
35:18,19
128:18,19
129:2,5 130:20
132:5
**fine**  16:25
57:17 68:3
77:9
**finish**  10:22
18:4 22:21
52:12 62:11
73:11 76:19
80:6 99:10
102:19 107:24
116:12 118:3
120:1,11
**finished**  132:23
**first**  4:14 8:16
13:3 14:14,17

14:18 18:20,21
19:8 21:3,21
27:16 31:5,9
31:14,21,23
32:2 35:11
37:4,10 40:22
41:3 46:7
47:24 48:5
79:5 82:11
107:20 128:13
128:16
**five**  4:10 16:9
82:11,25 84:6
85:5,10
**fix**  8:25
**floor**  2:16
**flour**  73:24
74:15 76:4
80:1 82:15
84:12,13 86:8
**flower**  2:15
**flunked**  11:15
**focus**  51:14
**folks**  53:20
**follow**  84:22
97:3 132:19
**follows**  8:17
136:8
**food**  1:8,9,13
3:3 5:4 7:21,23
23:17,19 93:16
**force**  10:5
**foregoing**
134:4,12 135:8

**forever**  122:13
**forgot**  8:12
**form**  104:13
**formatted**
37:10
**former**  7:22
33:2,15 34:3
34:14,19
**forth**  45:23
60:17 79:8
81:11
**forwarded**
79:18
**found**  22:12
24:1,3 74:24
81:6 106:20,20
132:13
**frame**  61:4
85:9 121:25
**frcp**  137:1
**free**  116:2
**friday**  1:20 2:4
6:1
**front**  67:3 79:2
**frost**  3:5
**frozen**  40:5
**fulbright**  2:13
**further**  29:12
79:6 132:16
135:21
**future**  110:17

**g**

**gabriel**  35:8
**ganji**  2:14 4:5
7:16,16,24

Page 10

**[ganji - gosh]**

8:10,12 9:2,6
11:18,24 14:23
24:12,25 25:4
25:10,13 40:21
40:25 41:25
43:10 57:8,10
57:13,24 58:5
77:14,17,24
78:9,25 93:10
103:14,18
104:4,6,11
109:1,11
111:10 116:14
126:16,18,20
126:22 132:20
132:23
**gary** 1:7
**general** 23:14
31:18 50:3
52:6 58:18
**generalization**
51:25
**generate** 20:9
**gentleman**
59:19
**gentlemen**
79:18
**geographical**
35:5
**getting** 13:11
19:5,25 37:12
37:13 50:4
54:13 57:15
65:3 66:12,15
66:16 81:16

83:17,18
111:20 119:14
120:9 121:18
**gift** 59:9
**give** 12:10
13:14 33:19
36:1,7 39:8,14
39:15,19 40:15
42:9,19 43:5,7
56:11 63:17
76:12 77:22
82:22 92:24
93:12 94:9
103:17 110:22
110:24 111:6
129:9,10,11,17
129:18 130:6
130:21
**given** 36:18
40:1 59:1
**gives** 95:21
**giving** 49:1
51:11 81:13
**glaze** 117:14,16
117:17
**glazes** 130:9
**go** 6:16 9:24,25
10:24 12:10
14:14,15 23:19
25:15,17 26:8
32:8 33:23
35:24 36:7
39:2,22 40:1
40:25 41:18
42:6,24 43:17

43:22 45:6
46:20 47:6,8
47:13 48:15,22
48:25 49:5
51:19 54:19
56:24 57:1
58:10,19,20
59:15 62:13,21
64:12 80:3
81:13,19 82:3
82:14 83:5
84:3,22 85:20
89:18 91:11
95:6,16 96:2
96:13,22,22
97:1 100:25
110:11,25
112:8 113:3
114:1 116:1
117:17 119:18
119:22 121:7
125:4,12,14,15
129:6,25 133:7
**god** 11:2
**goes** 113:25
115:1 123:2
**going** 10:10,16
14:18 17:12
31:20 32:8
33:2,21 41:9
41:12 42:24
46:16,18 48:17
49:18 51:10,25
52:1,7 53:25
54:2,12 56:19

56:23 59:13,24
63:1,1 64:20
67:19 69:7,24
72:3,5 78:13
79:6 81:14,15
81:16 82:8,23
89:14 92:12
93:5 94:14
97:1 99:14
100:9 106:18
106:23 108:16
109:6,9 110:16
111:1 112:5
113:3 115:17
116:16,21
117:22 125:7
133:10
**good** 6:4 40:18
40:19 42:11
55:5 65:17
81:9 84:11
99:11 104:17
105:4 114:5
128:25 131:3
131:17 133:7
**goodness** 36:15
47:6
**goods** 123:14
**google** 35:22
36:5 112:5
**googling** 84:21
**gosh** 18:15 54:6
67:6 106:11
115:12

**[gotten - inc.'s]**

**gotten**  16:19
  34:12
**gps**  84:22
**grab**  56:24
**great**  25:8
  30:25 31:2
  78:3 129:13
  132:15
**green**  81:13
**ground**  9:25
  37:9
**group**  26:22,25
  27:9,22 28:4
  28:14,17
**guess**  12:8,19
  12:20 35:7
  53:2,19 55:11
  66:2 69:3
  88:25 90:9
  99:8 122:3
**guessing**  74:21
**guilts**  65:4
**guilty**  10:19
  18:7
**guy**  56:10
**guys**  26:16 40:6
  43:12,13,16
  54:10 87:16
  90:20 113:17

**h**

**h**  4:8 5:1 138:3
**habit**  44:3
**habra**  64:25
  66:11 68:22
  69:25 70:18

71:25 125:23
**half**  21:3,3
**hand**  129:7
  135:23
**handled**  136:8
**happen**  89:16
**happened**  28:6
  29:12 47:5
  48:8,9 59:15
  64:7 66:1
  68:16,23,25
  81:3 83:6
  100:24 102:4,8
  103:22 115:24
  128:2
**happening**  53:7
**happens**  22:23
  38:22 101:7
  115:9
**happy**  128:19
  128:22 129:2
**hard**  52:16
**hardgrove**  1:7
**hazardous**
  30:14
**head**  12:2
**hear**  19:12
  24:19 25:6,15
  31:15 40:6,8,9
  65:10 71:5
  84:18
**heard**  6:13
  23:23 25:19
  31:5,11,23,24
  34:1 50:11,14

71:8 118:21
**hearing**  50:4
  57:15
**hello**  7:25 8:1
**help**  9:7 55:2
  56:11,11 59:18
  59:21,22 60:13
  61:13 91:22
  97:9 98:21
  99:25 100:6
  109:9 110:17
  114:22 121:25
  122:10 129:3,5
**helping**  19:1
  37:20 124:12
**helps**  61:4
  114:8
**hereto**  135:20
**hey**  67:19
  77:10 104:2
  129:8
**hi**  24:10
**higher**  84:16
**highest**  18:2
**hills**  111:23
**hired**  74:6
  106:7
**history**  26:17
**hit**  35:21
**hold**  40:4 78:9
**honest**  71:23
  94:9
**hoping**  61:12
**hours**  13:12
  83:8,8

**house**  13:21
**huh**  44:21
  59:14 64:5
  70:19 71:16
  72:13 76:15
  79:16 80:4
  86:2 90:7
  102:16 113:10
  113:13
**hum**  16:11 21:1
  27:18,21 33:13
  41:20 45:21
  46:9 60:8 65:6
  70:8 74:7
  79:20 80:13
  81:22 83:20
  84:1 88:4,8
  91:21 97:13
  109:15 113:7
  114:7,11,13
  128:14
**human**  26:23
  34:12
**hunting**  18:25

**i**

**icing**  60:20
**idea**  38:25
  50:21 131:5
**identification**
  14:22 43:9
  58:4 93:9
  111:9
**imply**  107:7
**inc.'s**  5:5

Page 12

**[inches - knew]**

**inches** 12:15
**incident** 124:2
**incidents** 70:6
  125:13
**included** 50:20
  136:14 137:3
**inclusive** 1:11
  1:16
**incorporated's**
  93:16
**increase** 117:5
**increased**
  117:3,20
**indeed.com**
  22:12,17 23:1
  24:4,14
**indeed.com.**
  24:15
**individual** 1:6
  1:6,7,10,11
**industry** 23:17
  35:15
**influence** 13:7
**informal** 10:4
**information**
  33:3,15 34:2,8
  35:3 51:7,18
  83:2 88:14
  102:13,23,24
  128:1 130:6,15
  134:8
**initial** 75:20,24
**initially** 73:21
**inside** 130:22

**interest** 86:11
**interested** 7:8
  85:4 129:8
  135:21
**interesting**
  112:15
**internet** 6:11
**interrogatories**
  5:7 93:7,18
  94:17
**interrogatory**
  94:25
**interrupt** 10:19
  11:17 38:19
  99:13 102:19
  104:25
**interruption**
  25:12
**interview** 26:19
  26:22,25 27:9
  27:22 28:4,14
  28:16,17,19
  31:7,18,22
**interviews**
  22:15
**introduced**
  14:24
**introductural**
  31:21
**invoice** 4:20
  60:5,6,10
  129:10,22,23
**invoices** 129:17
  129:19

**involved** 121:6
  125:17
**involves** 79:14
**issue** 47:16
  57:19 77:4
  89:13 121:3
**issues** 46:19,21
  46:22 47:2,12
**item** 84:13
**items** 42:12
  55:3 62:1,24

**j**

**j** 1:24 2:5 135:4
  135:25
**jak** 1:5 6:25
**javier** 1:6 3:3
  6:22 7:20
  21:25 22:4
  26:23 27:24
  53:13,14 79:10
  124:3 136:4
  138:1
**jean's** 33:21,22
**jeff** 7:20 21:16
  21:16,17,18,21
  26:23 27:24
  47:4 48:1,4
  50:10,15 53:13
  53:14 105:16
  124:3
**jeffrey** 1:6 3:4
**job** 22:16,17
  23:1,6,12,15,15
  24:3 29:25
  36:7 41:14

  136:5 138:2
**joe** 22:6 26:2,3
  26:22 27:16,24
**judge** 39:13
**juice** 107:20
**juices** 107:14
  107:16
**jump** 8:7
**june** 70:13

**k**

**kept** 48:22
  89:17 117:22
**kim** 97:10
  107:4
**kind** 17:15
  22:18 29:14
  35:10 39:11,19
  48:13 49:16
  51:9 53:10
  54:11 77:5,13
  83:13,13,17
  87:5 90:1,6
  100:10 106:22
  121:16 128:18
  130:14
**kleen** 30:15,17
**klein** 1:6 3:4
  7:20 21:16
  31:8 36:20
  44:20 46:10
  50:1 51:21,24
  52:24 79:9
**knew** 27:12
  106:21

**[know - location]**

**know** 10:8 12:1
12:25 15:2
16:17 20:14
22:13,15 23:3
23:15 25:16
27:11,12 32:12
32:16,18 33:11
35:16 36:5
39:5,16 40:6
46:19 47:8,19
47:20 48:6,7,8
48:9,12,23
49:6,17,18,20
50:25 56:5
60:17 61:2,25
63:9,23 66:4
67:3 70:10
71:23 72:4,4
72:20 74:5,9
76:13 77:3
81:9,10,25
82:5,14,20
83:3,18 84:2
84:11 86:16,19
87:19 88:14
90:13 92:5
94:8 95:19
96:1 100:12,15
101:3,3 102:4
102:6,17,22
103:4,6,20,25
104:14,18
105:5 106:2,6
106:16 107:4,8
109:16 110:11

111:16 112:8
112:18 113:24
113:25 115:10
115:22 117:3
117:13,24
120:2 122:22
123:3,7,18
124:7,15 125:5
127:13,14
129:2 131:2,10
131:11,12,20
132:11 134:5
**knowledge**
12:13,15 37:21
61:25 62:19,23
76:16,21 134:6
**kodo** 4:16
44:19 46:10,12
48:10 49:9,14
79:9,18 96:19
97:14,17,20
102:12,22,23

**l**

**la** 64:25 66:11
66:13,13,16,22
67:1,3 68:13
68:22 69:25
70:18 71:25
75:25 125:23
**label** 31:25
32:4
**lady** 94:12
**lake** 113:22
**laker** 98:9,11
98:15,16,25

99:6,23 100:2
100:13,16
104:2 106:1
110:20 111:16
112:6,11,13
113:1,22,23,25
115:8
**landline** 28:8
**large** 36:9,11
**laughed** 68:2
**laws** 134:11
**lawsuit** 49:10
50:2 51:21
52:4,10,20,24
53:17,22 71:17
71:21 72:3,5
72:16,21 74:13
127:24
**lay** 75:17
**learn** 32:3,5
**leave** 29:10,13
**leaving** 29:4,8
**left** 61:3 122:3
**legal** 7:4 136:7
**length** 12:17
**letting** 49:17
72:4 115:22
**level** 18:2
**liability** 1:8,15
**lids** 55:3 62:2
62:24 63:6,10
63:10 72:24
73:1,3,6,8
**light** 81:13

**lighten** 104:14
**lightly** 25:5
**liked** 106:23
**likes** 46:5
130:11
**liking** 118:20
**limited** 1:8,15
**line** 31:16
136:15 137:4
138:4,7,10,13
138:16,19
**lines** 98:19,22
100:8
**link** 24:6
**list** 36:1,3,10
36:17 41:17
42:5 58:7
**lists** 36:5,6
**little** 10:17 25:1
29:12 51:6
57:11,20
130:23 133:1
**llc** 1:4,4,8,15
2:4,12 6:22
7:18 136:4
138:1
**llc's** 5:6 93:17
**llp** 2:13 3:5
**located** 13:20
113:11
**location** 64:25
66:12,14,16,22
66:24 67:4
68:9,10,11,24
69:2,14,14,15

Veritext Legal Solutions
866 299-5127

**[location - matter]**

69:21,25 70:18
72:1 85:15
111:22,24
**locations** 68:7
68:21 69:13
112:9
**locked** 136:12
137:1
**long** 16:9,24,25
19:2,18 20:11
30:10,16 122:1
127:15
**longer** 124:19
125:1
**look** 54:23
56:14 58:18
91:13 94:20
112:1 127:23
**looked** 46:5
**looking** 17:17
44:12 46:7
60:1,5 79:11
87:25 88:13
94:3 114:14
**looks** 45:10
87:25 89:5
**los** 2:17 3:9
135:3
**lose** 39:22
**lost** 43:13
52:19 110:23
**lot** 16:1 36:14
36:24 37:9
46:22 56:12
87:3,3,21,21

131:7,21
**lots** 125:14
**loud** 57:7,15
**louder** 25:1
**low** 25:3 57:6
**loyalty** 92:7
**luck** 100:10

**m**

**m** 9:10
**mad** 59:25 60:2
62:4,7 63:15
**madam** 18:8
52:15 75:23
**made** 39:23
74:10 75:7,8
79:21 85:8
119:19 124:6
135:18
**mail** 16:19
24:15 26:10
44:18,22 45:2
45:12,24 46:2
46:7 47:9,21
48:4,8 49:18
54:20,23 58:22
61:11 63:1,8
63:19 64:2,4
64:18,21 65:23
66:3 71:12
73:16 79:5,13
79:14 80:11
81:17,20 83:5
83:23 86:1,10
87:25 88:14,16
88:19,19,22

89:24,25 90:8
91:3,13,20
101:18,19,20
102:2,7,8
108:14,18,19
108:22 109:20
109:23,25
110:1 127:11
**mails** 4:13
44:16 45:2,9
45:13,23 46:12
47:2 48:11
101:7 123:24
127:15,20
**main** 87:18
**maintain** 20:9
**make** 8:24 12:2
13:5 14:2,4,15
27:14 37:23
38:18 39:18
44:9 47:13,21
51:19 52:12
58:19 62:18,20
70:14 73:10
83:23 84:14
89:3 94:2 99:5
99:9,22 101:1
102:18,18
112:5 120:16
120:19 122:14
124:2,3 136:14
137:3
**makes** 11:4
**making** 84:16

**man** 56:13
**manager** 18:23
47:19,24
**managers**
21:19,25
**manufacturing**
23:18
**mar** 55:17
**march** 1:20 2:4
6:1,6 135:23
136:3,5
**margin** 84:11
84:14
**mark** 14:17
42:24 111:1
**marked** 14:22
43:9 56:19
58:4 93:5,9
111:9,12
**market** 64:24
65:20 66:8,19
73:23,23 74:17
**markets** 66:10
**marquez** 55:1
62:4 64:23
65:2,11 67:10
67:12 70:5
71:5,13,21
72:16 131:21
**marvin** 55:18
55:18,21 72:12
72:15
**matter** 6:22
8:21 134:4

**[matters - name]**

| | | | |
|---|---|---|---|
| **matters** 134:7,8 | **mendo** 15:18 | **mine** 104:10 | **moment** 8:19 |
| **mean** 11:17 | **mendoza** 1:19 | **minimum** | 49:8 78:11,17 |
| 17:22 28:23 | 2:2 4:4,12,15 | 40:19 120:17 | **mondoza** |
| 33:4 34:12 | 6:19 7:25 8:15 | 120:19,24 | 133:13 |
| 37:8 39:6 | 9:10 14:20 | **minute** 15:7 | **money** 84:11 |
| 41:10 50:3 | 16:3 44:19 | **minutes** 77:22 | 121:5 |
| 51:4 54:11 | 57:25 59:12 | **mis** 69:9 | **month** 19:20 |
| 63:11,22 66:16 | 62:8 76:7 | **missing** 45:14 | 48:19 |
| 68:25 71:17 | 77:25 78:9,16 | **mistaken** 69:9 | **months** 19:4 |
| 84:8 85:11 | 78:24 79:1 | **mix** 31:25 | 85:11 92:15 |
| 86:6 94:1 98:3 | 97:5 99:9 | 39:18 60:20,22 | 101:11 121:17 |
| 98:20 100:14 | 109:18 118:3 | 114:2 121:8 | 121:24 122:17 |
| 100:21,23 | 119:24 133:13 | **mixes** 29:2 | **morning** 6:4 |
| 101:6,21 | 134:18 136:5 | 31:20 32:1,4,8 | **move** 96:14 |
| 106:18 107:7 | 138:2 | 32:9 37:22,24 | **mulloy** 1:10 3:4 |
| 110:1 116:24 | **mentioned** 68:8 | 39:25 41:17,17 | 7:20 31:6 |
| 117:5 118:14 | 108:18 | 42:13 50:21 | 44:20 46:11 |
| 118:23 119:22 | **mess** 99:16 | 59:2,3 60:16 | 52:9,19,24 |
| 121:7,9,10,11 | **message** 102:10 | 60:18 61:9,19 | 79:10 |
| 123:14 130:19 | **messaged** | 63:5 72:25 | **multiple** 68:7 |
| 130:21 131:12 | 102:3 | 73:22,25 74:15 | 92:18 |
| 131:13,18,23 | **met** 97:5 | 80:1,1 107:2 | **munoz** 97:10 |
| **meaning** 64:23 | 109:18 | 107:11,18 | **muted** 24:21 |
| **means** 127:13 | **mexican** 74:14 | 108:3,8,12 | 40:16 |
| **meant** 51:2 | 79:25 84:25 | 110:13 114:3,4 | **mutual** 29:14 |
| 107:9 | **mic** 24:20 | 114:16,17,20 | |
| **media** 6:18 | **microphone** | 114:24 116:16 | **n** |
| 78:15,23 | 25:1 | 116:17,22,23 | |
| 133:12 | **middle** 13:2 | 117:4,19,25,25 | **n** 4:1 9:10 |
| **medication** | 16:2 | 118:7,11,16,22 | **name** 7:3 8:22 |
| 13:8 | **milk** 82:16 86:8 | 118:24 120:14 | 9:9 11:8 22:1 |
| **meet** 17:8 | 87:3 107:14,15 | 121:2,8,9,11 | 30:23 36:7 |
| 107:3 120:24 | 107:20 129:4 | 123:14,16,20 | 37:13 54:6,8 |
| **men** 41:8 | **mind** 104:10 | 129:4 130:5,8 | 55:17 67:8 |
| | | | 98:11 112:22 |
| | | | 112:25 |

Veritext Legal Solutions
866 299-5127

**[named - okay]**

named  135:8
  135:13
names  33:20
  126:5
natural  10:18
  18:5 83:19
  132:5,7
navarro  1:6 3:4
  6:23 7:20 22:4
  37:1 44:20
  46:11 52:3,4
  52:25 79:10
  136:4 138:1
necessarily
  38:10 49:11
necessary  14:3
  136:14 137:3
need  13:1 76:6
  90:5 104:14
  120:3,5,5
needed  83:4
nelson  1:24 2:5
  7:6 135:4,25
never  23:17
  48:16,21 82:12
  85:7 94:22
  127:21
new  20:9 29:16
  29:18 37:8
  56:14 93:1
  127:3
nice  56:10,13
  59:19 84:10
  106:19

nod  15:17
noise  24:19
non  33:4
nope  13:9
norton  2:13
nortonroseful...
  2:19
notating
  136:15 137:4
note  6:8 11:25
  13:24 14:4
  92:19
notes  53:25
  54:11
notice  2:6 4:11
  14:19 16:2
noticed  61:2
noticing  7:15
novem  46:8
november  4:17
  46:8 60:6
  64:18 80:12
  85:3
number  6:18
  6:25 64:13
  78:23 79:2
  93:15,18 94:25
  96:3 111:1
  114:1,14
  133:12 136:15
  137:4

---
**o**
---
o  9:10
oath  10:5

objection  10:23
  40:17
objections  7:10
obtain  132:13
obtained
  104:19 105:6
obviously
  10:16 86:11
  126:17,18
  129:22
oc  74:18
occurrence
  128:2
october  74:18
offer  39:21
office  12:17
  136:11
officer  96:13,15
oh  11:1,2 15:19
  18:6 21:5
  23:21 24:24
  25:7 26:6
  38:20 47:6
  50:19 53:12,19
  54:13 55:17
  57:18 58:14
  59:18 60:4,16
  61:7 63:11
  65:15 66:18
  69:3 72:18
  77:14 82:8,17
  86:7 91:6,16
  94:10,21 95:20
  101:22 105:1
  108:24 109:22

110:2 115:12
  117:15 118:4
  125:22 132:2
  132:10
okay  9:20,24
  10:1,2,8,11,14
  10:15 11:13,18
  12:4,5,9,21,25
  13:20 14:7,8
  14:13 15:1,11
  15:12,13,19,23
  16:8,15,23
  17:2,16,20,25
  18:4,6,11,17,21
  19:5,8,15,21,23
  20:3,8,19,22
  21:2 22:4,8,11
  22:22 23:14
  24:1,24,25
  25:2,10,23
  26:7,12 27:6
  27:14 28:7,16
  28:22 29:11
  30:10,21 31:13
  32:3,24 33:10
  37:21 38:8,21
  40:9,10,14
  43:1,4,6,11,15
  43:17,21 44:4
  44:5,8,15,25
  45:7 46:7
  47:15 49:17
  51:5,17,17
  52:3,13,18
  53:12,20 54:10

Veritext Legal Solutions
866 299-5127

**[okay - pages]**

54:17,19,21
55:12,15,19
56:9,14,16,19
56:23,25 57:3
57:13,18,20,23
57:25 58:6,9
58:10,21 59:11
59:24 60:4,13
61:1,12,17,25
62:22 63:2,16
64:11,12,14,17
64:19,20 66:6
66:25 67:9
68:1,23 69:1,8
69:16,23,23
70:4,23,24
71:2,12,20
72:7 73:12,13
73:15,20 74:1
76:3,10,13,21
77:23,24 78:2
78:5,20 79:1,7
79:13,21 80:8
80:9 81:3
82:18 83:16
84:24 85:1,19
86:9 87:25
88:24 89:3,5
89:20 90:4,15
90:19 91:6,12
91:16,18 92:10
92:16,21,25
93:2,19,19,20
93:21 94:5,13
94:14,21,23

95:4,5,10,11,14
95:20,21 96:2
96:8,9,11,16,17
96:22,24 97:2
97:20,23 98:14
98:15 99:11,12
99:15,21 100:2
100:7 101:1
102:11,21
104:5,12,16
106:2,10,16,22
107:1,19
109:20,22
110:2,7,21,23
111:7,11
112:10,11,12
112:16,19,24
113:8,21,24
114:14,18,21
115:20,25
117:8,15,18
118:4,5,25
119:7,25 120:4
121:12,15,19
121:23 122:4,7
122:9 123:1,4
123:9,10,15
124:5,18 126:2
126:6 127:18
127:23 128:3
130:3,23 131:5
132:15,21
133:8
**once** 24:3 27:2
27:3 89:12

118:19 124:15
**ones** 50:15
**open** 35:10
44:1
**opening** 50:8
77:19
**opportunity**
14:1
**opposed** 24:14
**orange** 85:15
107:14,15,20
**order** 60:12
81:14,16 82:23
82:24 83:7,9
88:3,9,21 89:6
89:9 90:12,20
90:22 101:11
101:14 106:18
115:7,10 121:3
122:2,14,16
123:11,11
**ordered** 60:18
119:6 123:13
123:17,19
**ordering** 60:16
106:25 115:9
123:15
**orders** 121:18
122:21
**original** 136:10
136:21
**originally**
16:14 37:10
**outcome** 7:9

**outside** 18:25
19:17,18,19
20:7 21:10
22:19 23:2,6,8
23:15 24:15
31:4 35:6
67:17
**overview** 28:21
28:23,23 52:6
**own** 104:13
130:20
**owned** 85:14
87:6,8
**owner** 112:13
112:14,18
113:9 114:2,15

**p**

**p.m.** 1:21 2:4
6:2,7 133:16
**pa** 95:1
**packaging** 30:5
30:22,23,25
31:3,4
**page** 4:3,9,10
4:14,20 5:2,3,8
14:25 15:3,6
44:22 94:20,24
95:1,6,16,17
96:2,5,6,23
113:6 136:15
137:4 138:4,7
138:10,13,16
138:19
**pages** 4:13 16:9
44:7 136:14,17

**[pages - previously]**

136:17 137:3,6
137:6
**paid**  41:11
**panaderia**
73:24 79:24
84:23
**panaderias**
74:11 84:21,22
**paper**  108:25
**papers**  34:10
34:13
**par**  105:20
**paragraph**
96:25
**parameters**
129:25
**part**  52:22 65:5
69:19 95:1
99:22 107:4
**participants**
6:12
**particular**
45:24
**parties**  2:8 6:16
**parts**  35:8
**party**  7:7
**paying**  130:7,8
**pdf**  95:16
136:12 137:1
**penalties**
134:10
**penalty**  136:16
137:5
**pending**  6:23

**people**  53:19,25
65:3 66:19
118:15 125:4
131:7,25 132:3
**percent**  61:9
**period**  21:24
135:19 136:18
137:7
**perjury**  134:10
136:17 137:6
**person**  26:24
85:8 98:1
112:25 132:9
**personal**  12:12
12:15
**pets**  13:19
24:23
**phishing**  77:13
**phone**  22:14
27:11,19,19
28:3,8,8,17
31:7
**picked**  67:12
**place**  6:16
33:22 55:10,20
65:24 69:11
70:11,17,21
73:9 74:1
83:24 89:21
106:4 122:16
122:20,21
**placed**  88:3
123:10,12
**placentia**  66:13
66:13,16,22,24

67:1,4 68:16
68:22 69:13,15
69:22 70:7
**places**  59:17
131:23
**plaintiff**  1:5 2:3
2:11 5:6 6:21
7:17 93:17
**plaintiff's**
14:21 43:8
58:3 93:8
111:8
**plan**  31:15,25
32:4
**platform**  1:18
2:1
**please**  6:8 7:11
8:2 9:8,9 12:2
14:18,25 22:2
43:18 64:12,13
78:17 103:18
111:2,6
**plug**  56:24
**po**  68:13
**point**  21:20
35:10 50:5
56:2,8 62:4
74:3,12 84:2
90:17 92:13
116:2 128:23
**pointed**  51:6
**policy**  32:13,19
127:12,14
**pomona**  68:12
68:14,22,23

69:2,11,14
70:7
**pop**  15:22
93:11
**popped**  11:6
**position**  19:6
19:19 20:1
22:12 24:4
**positions**  77:8
**possibly**  86:15
**posting**  22:17
23:2,7
**potential**  32:24
126:8 127:1,7
**practices**
127:19
**prepare**  17:4,6
17:7,18
**prepared**  13:25
**presence**
105:17
**present**  3:13
7:13 80:20
105:9
**pretty**  46:20
47:11 48:12
49:5 75:18
92:6 100:10
107:16 110:15
130:19
**previous**  34:7
34:20 85:10
**previously**  79:4
84:4

[price - quickly]

| | | | |
|---|---|---|---|
| **price** 38:3,10 38:13 39:1,1 39:12,15,19 40:19,20 41:4 42:2 114:5,16 116:22,24 117:5,19 | 102:3,6 120:18 **problem** 44:1 **problems** 46:14 **procedure** 136:19,20 **proceeding** 7:11 | **provide** 86:3 **provided** 9:17 9:19 85:24 88:1 135:19 136:19 137:8 **proving** 126:12 **pull** 56:17 | **q** |
| **priced** 37:24 **prices** 39:9 41:18 42:5 97:9 98:18 100:4 117:3 124:8 | **proceedings** 48:17 135:15 **process** 77:4 82:4 **produced** 44:16 | **pur** 119:12 **puratos** 81:6,8 82:20 83:1 87:14,17,18,20 87:21,21,23 88:11 92:9,9 | **quality** 6:10,11 84:10 114:17 116:18 117:24 118:6,10,14,22 118:23 **question** 10:12 10:22 13:3,3 18:5 22:21 32:17 40:24 |
| **pricing** 37:22 42:17 82:17,18 85:22,24 86:3 87:20 88:1,15 88:16 99:8 117:7 129:10 | **product** 31:16 67:12 75:9,20 121:16 128:22 130:10 131:21 **products** 23:3,4 28:24 29:1 35:20 42:10,20 | **purchase** 60:15 107:12,22,23 108:2 **purchased** 114:2 124:21 126:10 **purchasing** 76:1 86:11 | 41:3 47:1 51:14 52:8 62:11,21 64:1 72:9 73:11 76:19 80:7 90:9 91:19 94:25 95:13 99:10 102:19 |
| **primarily** 21:21 **prior** 17:23 19:8 20:3 23:23 25:18 26:20 30:13 135:7 | 61:5,20 65:17 75:24,25 76:3 76:5,14,17,22 80:15 82:1 86:4,13,22 87:22 119:9 | 108:6,11 110:13 114:10 114:19,24 116:16,21 119:9,11,12 120:13,15,23 124:13 | 103:3 107:24 109:13 110:12 111:15 116:3 116:12 117:10 117:18 118:3 118:18,20 120:11 127:3 |
| **private** 31:25 32:4 **pro** 48:17 101:6 **probably** 22:14 31:18 32:2 42:11 47:3,4 48:1,5,5 59:22 70:13,14 86:5 | 120:7,13 124:8 124:13,21 126:11 **profit** 37:23 39:18 **proprietary** 35:3 **protocol** 47:11 | **purpose** 37:6 37:19 **purposes** 62:17 **pursuant** 2:5 **pursue** 122:21 **put** 23:11 67:3 82:24 | 129:16 **questions** 10:8 27:10 94:18,19 95:12 104:14 128:5 **quick** 128:8 **quickly** 8:7 9:24 56:15 94:15 110:24 |

Veritext Legal Solutions
866 299-5127

**[quiet - refused]**

| | | | |
|---|---|---|---|
| **quiet** 51:16 75:17 | **random** 123:8 | **recall** 22:11 | **record** 6:5,17 |

**quiet** 51:16
75:17
**quite** 71:23
107:9
**quote** 54:24
55:6 64:22
65:7 70:24,25
71:13,14 97:4
97:11 129:23

**r**

**r** 9:10 11:10,11
138:3,3
**r&s** 137:1,9
**ra** 75:25,25
**raf** 73:22
**raffa** 65:23
66:10
**raffa's** 64:24
65:11,20,23
66:8,19 68:13
68:21,21 70:25
71:20 73:17,19
73:23 74:2,3,5
74:10,10,16,22
74:24 75:3,8,8
76:1,13,17,22
76:23,25
**raise** 97:9
98:18 100:4
**raised** 60:21
99:8 114:16
124:8
**ran** 47:12
132:4

**random** 123:8
**rapport** 82:21
**rarely** 49:12,22
132:4
**read** 16:21 41:1
45:3,3,7 58:22
93:24 94:4
96:14 97:1,24
113:3 134:4
**reading** 44:13
54:24 64:20
136:23 137:9
**ready** 57:25
58:1
**real** 128:7
**really** 17:6 22:7
48:16,21 49:12
49:21,24 50:7
56:10,13 63:15
71:24 72:8
81:9 85:7
88:12 104:2
131:3,7
**reason** 13:14
29:4,5,8 45:11
46:1 83:4,12
84:15 90:21,22
97:21 99:7
108:23 117:1,6
119:11 120:22
121:7 138:6,9
138:12,15,18
138:21
**reasons** 118:17

**recall** 22:11
23:1,5 26:14
45:1,8 47:24
54:8 58:12,12
59:5,7 61:18
63:12 64:6
71:24 74:19
90:3,15 91:22
92:3,12,17
94:6 98:25
105:23 106:13
106:14 111:19
112:12 116:8
116:15,20
117:19,21
118:6,9 119:10
122:8 123:12
124:1 127:11
**received** 41:16
41:17 45:13
46:3 49:17
102:13
**receiving** 45:1
45:8
**recess** 78:19
**recipes** 52:2
65:16
**recognize**
16:25 112:22
**recollecting**
51:9
**recollection**
60:14 61:5,13
91:23 114:9,22
122:1

**record** 6:5,17
7:14 9:9 18:9
62:17 78:13,18
78:21 99:16
125:5,12,15
133:10,14,15
**recorded** 6:14
6:19 135:11
**recording** 6:10
6:15
**recordkeeping**
127:18
**refer** 56:4
**referenced**
136:6
**referrals** 56:12
56:12
**referred** 67:11
**referring** 50:22
55:5 56:6
108:21,22
117:16
**refers** 71:13
**reflects** 115:1
**refresh** 14:25
15:3,6 43:17
60:13 61:5,13
91:22 93:14
114:8,22
121:25
**refuse** 62:24
76:17,22
**refused** 62:1
63:9 83:7,9

Veritext Legal Solutions
866 299-5127

**[regarding - roadblocks]**

**regarding**
  17:12 34:7
  61:13 70:3
  104:20 105:7
**regards**  17:15
  29:15 30:6
  46:23 47:16
  49:23 50:5,18
  50:22 53:7
  58:14 66:13,21
  77:4 84:16
  91:1 98:24
  102:1,10 121:6
**relate**  87:10
**related**  7:7
  123:25
**relative**  101:8
**released**  136:21
**relevant**  63:20
  64:8 77:1
  119:2 127:24
**remember**  18:4
  20:17 22:3,20
  23:13 38:18
  53:4 54:6 72:8
  76:19 83:14
  94:10 98:20
  104:25 115:12
  119:10 121:19
  126:5
**reminder**  22:24
  73:10 80:6
**remote**  10:4
**remotely**  2:9

**rendi**  109:16
**rental**  30:9,11
**rep**  21:10 35:6
  54:7 65:2
  97:11 107:5
  124:20 125:2
  126:9 127:8
  129:1 131:3
  132:2,5,11
**repeat**  29:7
**report**  21:15,17
  21:23 22:6
**reported**  1:23
  22:8
**reporter**  7:5
  8:3,7,13 10:10
  12:1 18:9 25:2
  40:16 52:15
  57:17,19 75:24
  133:6 135:19
**represent**  7:4
**representing**
  7:6 9:14
**reps**  53:24
  131:3
**repurchasing**
  121:16
**requested**
  135:17,18
  137:1,9,10
**require**  32:24
**resource**  26:24
  34:13
**respect**  52:8
  73:17 114:23

**respond**  62:20
**responded**
  23:11 91:14,15
**responds**  94:19
**response**  63:15
  94:23 95:2,13
  100:25
**responses**  5:5
  12:3 93:6,17
  96:17 102:25
**responsibilities**
  18:24 20:8
**restart**  24:2
  77:16 122:1
**restarted**
  123:15
**result**  124:13
**resume**  24:5,6
  24:13
**retain**  127:15
  127:15
**retained**  14:10
**retention**
  127:12
**return**  136:17
  137:6
**review**  14:2
  135:16 136:8
  136:10,13
  137:2
**richard**  3:14
  7:3 24:11
**ride**  37:4,17
  105:15

**ridiculous**  68:5
**right**  8:13 9:11
  9:21 13:8,20
  16:2,17 17:4
  17:17 18:1
  23:16 25:13
  28:6 31:14
  40:15 41:13,15
  42:14,24 43:22
  45:19,20,24
  46:25 50:24
  52:13 54:19
  60:5,19,25
  63:7,25 64:3
  64:18 66:4
  67:24 70:4,16
  70:24 71:3
  77:11 78:4,6
  83:10 84:18
  88:17 90:23
  91:2,4 93:1,5
  96:12 99:18
  103:23 106:19
  109:7,13,24
  111:21 113:17
  116:4 119:1
  122:18 129:6
  129:20,25
  130:1
**road**  89:19
  109:10
**roadblocks**
  49:1 54:1,14
  54:15

Page 22

**[roes - selling]**

| | | | |
|---|---|---|---|
| **roes** 1:16 | 124:20 125:2 | **season** 70:14 | 93:15 94:23,24 |
| **room** 13:17 | 126:9 127:8 | **second** 21:3,14 | 95:11,15,19 |
| **rose** 2:13 55:23 | 128:25 131:3 | 40:4,15 43:7 | 96:12,17,20 |
| 56:1 59:7,12 | 132:1,2,5,11 | 45:4 56:21 | 97:12 111:11 |
| 60:14 61:18 | **salesperson** | 58:2,19 63:17 | 111:13 112:2,2 |
| 63:10,19 72:10 | 131:2,20 | 76:12 93:12 | 112:16 113:5 |
| 72:14,15 | **sample** 106:23 | 95:23 101:17 | 113:15 114:1,6 |
| **rose's** 47:6 | **samples** 59:1 | 110:22 111:2,6 | 115:21 |
| 54:25 55:10,15 | **san** 35:7,8 | 113:5 | **seeing** 94:10 |
| 58:12,24 59:5 | **santa** 113:11 | **secondhand** | 129:8 |
| 62:2,24 | **save** 98:21 | 71:8 | **seemed** 85:4 |
| **roundabout** | **saw** 131:23 | **secrets** 33:3,16 | 122:13 |
| 39:19 | **saying** 48:19 | 34:3 | **seems** 84:9 |
| **roy** 31:11,12 | 50:12,16,18 | **see** 15:2,4,7,12 | **seen** 6:13 12:14 |
| **rpr** 1:25 2:5 | 54:15 55:4 | 15:16,20,25 | 12:16,18 16:12 |
| 135:5,25 | 65:11 67:10,16 | 16:4,8,10 17:1 | 16:24 60:10 |
| **ruin** 30:10 | 72:19 81:17 | 23:22 24:8 | 63:18 93:22,25 |
| **rules** 9:25 | 82:23 89:11 | 26:18 39:16,20 | 94:6,22 126:15 |
| 137:8 | 108:23 109:8 | 40:3,6,8,12,13 | 126:23 127:5 |
| **run** 46:13 | 124:16 131:19 | 43:12,14,16,19 | **sell** 30:5 32:9 |
| 131:25 | **says** 15:17 | 43:20,25 44:6 | 35:20 37:20 |
| **running** 46:22 | 64:22 82:18 | 44:9,12,18,24 | 38:2 41:9 |
| **s** | 88:16,20 95:18 | 47:23 55:7,22 | 47:18,19 48:16 |
| | 96:10,13 97:4 | 55:24 58:6 | 48:23 50:23 |
| **s** 4:8 5:1 9:10 | 101:11 111:13 | 60:5,7,20 | 62:1,24 63:9 |
| 11:10 138:3 | 113:8,14 114:1 | 61:17 63:8 | 65:3,4 68:3 |
| **safety** 30:15,17 | 114:15 | 64:22 65:8 | 72:24 73:22 |
| **sales** 18:25,25 | **schedule** | 70:24 71:1,9 | 74:14,15 76:17 |
| 19:17,19 20:7 | 136:10 | 71:15 73:8,18 | 76:22 80:15 |
| 21:10 22:18,19 | **screen** 6:14 | 79:8 80:2 | 81:25 82:1 |
| 23:2,6,8,15,18 | 11:6 43:17 | 82:14 83:22 | 84:12 86:8 |
| 27:12,13 30:9 | 93:14 | 85:16,21,23,24 | 87:2,17 108:16 |
| 30:11 31:4 | **scroll** 94:15 | 86:10 88:13,15 | 125:8 130:5 |
| 35:6 53:24 | 95:12,17 | 88:15,19,22 | **selling** 26:17 |
| 54:7 65:2 | | 91:4,13 93:13 | 28:18,24 31:20 |
| 97:10 107:5 | | | |

Veritext Legal Solutions
866 299-5127

**[selling - specific]**

| | | | |
|---|---|---|---|
| 41:14 47:17,17 | set 5:7 28:14 | 137:9 | 44:2 45:16 |
| 61:6,11 63:10 | 93:7,18 | signed 33:18 | 49:4 51:8,15 |
| 66:21 73:3 | setting 10:4 | 34:10 96:18 | 52:17 58:16 |
| 88:25 106:21 | seven 55:13 | simple 104:9 | 60:2 62:10,12 |
| 131:7 | 66:4 | 117:10 | 62:16 67:2 |
| send 46:12,20 | shake 12:2 | situation 54:1 | 69:4,7 73:14 |
| 46:21 47:2,8,9 | share 53:25 | 83:15 102:8 | 74:20 75:11,16 |
| 47:13,21 48:7 | 65:1 | situations | 75:25 76:8,20 |
| 81:14,14 101:7 | shared 34:24 | 66:20 | 94:1 95:25 |
| 102:2 128:1 | 35:2 | size 12:13 | 98:10 101:15 |
| sending 24:14 | shooted 24:6 | 130:12 | 105:1 106:15 |
| 45:1,8 83:2,3 | shop 35:21 | smith 3:14 7:3 | 108:1,17,24 |
| sense 13:5 50:3 | 84:10 115:12 | soft 57:7 | 116:17 120:21 |
| 94:2 | 125:23 | softer 57:21 | 122:5 123:14 |
| sent 16:14,15 | shops 31:20 | sold 33:21 | 126:3 127:4 |
| 24:5 45:13,15 | 32:9 36:4,6,6 | 40:19 61:9 | sort 38:15 |
| 46:3,6,6,8,10 | 36:12 37:13 | 86:23 131:21 | sounds 25:3 |
| 47:18 49:20 | 50:11 53:19,20 | solicit 79:22 | 99:11 104:17 |
| 61:10 66:1,4 | 111:21 125:14 | solutions 7:4 | south 2:15 |
| 90:21,22,24,24 | shortening | 136:7 | southern 31:16 |
| 91:1,20 92:19 | 42:15 | somebody | spe 105:21 |
| 94:12,12 | shot 92:24 | 24:20 38:13 | speak 10:21 |
| 101:20 102:9 | 103:17 | 59:7,11,21,21 | 17:10,21 24:25 |
| separate 9:16 | show 101:2 | 84:9 101:25 | 26:16 48:10 |
| separately | 124:18,24,25 | 102:4 103:25 | 55:15 57:9 |
| 24:14 100:13 | 126:7,24 127:6 | 104:1 | 66:8 98:7 |
| sergio 66:9,11 | showed 56:22 | son 67:7 | 125:11 |
| 70:3,17 71:10 | 109:2 | sor 127:3 | speaker's 25:13 |
| 71:11,20 72:4 | shut 77:15 | sorry 8:3,9,10 | speaking 25:5 |
| 74:2 75:15 | sick 74:12 | 8:11 11:3,9,16 | 54:5 58:20 |
| service 1:9,13 | sign 32:25 34:6 | 13:10 19:11 | 69:25 81:24 |
| 3:3 5:4 7:21,23 | 136:16 137:5 | 21:13 24:22 | specific 22:17 |
| 93:16 | signature | 25:11 26:6 | 23:3 72:8 90:9 |
| services 18:20 | 135:24 136:21 | 29:6 32:16 | 125:18 |
| 18:22 19:9 | 136:23,23 | 33:8 40:10 | |

Veritext Legal Solutions
866 299-5127

**[specifically - sunrise]**

**specifically** 65:10,19 69:25 79:11 80:17 81:24 86:23 101:5 114:3 116:1,4
**speedee** 114:4 117:12
**spell** 8:2 9:8
**spelled** 8:22
**spelling** 11:15
**spoke** 17:11,14 72:11 79:4 80:17 101:5 103:5,10 112:25 113:22 114:23 115:11 125:2 127:9
**spoken** 17:22 49:9,14 50:1 51:21,23,24 52:4,9,20,23 53:16,21
**spot** 36:7
**ss** 135:2
**stamped** 4:17 4:20 5:10 43:2 44:17 56:20
**standard** 34:11
**start** 14:14 20:15 38:23 39:7 41:2 86:16 99:19 105:22 121:15

**started** 20:20 21:4,6,7 37:11 53:24 73:21 74:14 81:23 87:5 107:12,15 115:8
**starting** 26:20
**state** 7:11,13 8:2 9:8 10:23 135:1,5 136:9 136:12
**stated** 134:7
**statement** 97:23,24,25 104:19 105:6
**states** 1:1 114:2 114:15 134:11
**stenographic...** 135:12
**step** 53:3,5 83:19
**steve** 4:16 42:7 47:9,21 48:8 49:12,22 96:18 102:8 103:20 104:1 124:3
**stick** 39:16
**stipulation** 136:20
**stole** 50:20 65:16
**stoled** 50:19 52:2
**stop** 41:7 108:11 110:13

116:16,21 120:6,12
**stopped** 61:19 63:10 73:3 76:13 97:21 99:7 108:6 114:24 117:2 119:9,11,12 120:15,20 121:13,20 124:15
**stopping** 120:22
**store** 67:14,17 67:22 69:22 73:8 86:22 89:21,25
**stores** 69:18
**story** 67:11 98:3 123:3
**strategy** 37:22
**strawberry** 70:14,15
**street** 2:15 3:7
**stuck** 104:13
**stuff** 33:20 37:10 65:17 67:22 73:24 82:16 92:8
**submitted** 24:13 94:18
**success** 79:25 85:17
**successful** 92:21

**sudden** 82:7
**sued** 14:8
**sugar** 82:15 86:8
**suing** 65:16 77:4 90:25
**suite** 3:8
**summarizing** 97:25
**summertime** 106:12
**sun** 120:7
**sunrise** 1:9,13 3:3 4:18,19 5:4 7:21,23 9:18 9:19 20:5,6,12 21:4,8,11,15 22:13 23:2,21 23:23 24:3,7 25:18,19,25 26:20 29:4,8 30:8 32:13,15 32:19,24 33:1 33:12 34:5,6 34:15,17,20,22 35:6,12,19,20 35:24 42:8,9 42:10,18,19,21 43:3 44:16 46:24 49:10 50:2 52:5,21 52:24 53:18 55:5 58:13 60:15 61:20,21 65:12 71:6,17

Veritext Legal Solutions
866 299-5127

**[sunrise - teri]**

71:22 72:17
74:17 75:9,24
76:14,23 79:11
79:23 80:15,23
86:7,21 87:4,7
93:16 94:18,19
96:13 97:7
98:18 99:24
100:4 106:3
108:3,8,12
109:17 110:14
114:2,16,25
116:17,22
117:3,20
118:11,21
120:7,13,23,25
121:16,20
124:14,19,20
124:21 125:1,2
125:3 126:8,9
126:10 127:7,8
127:9,11,19
130:6,17
131:20
**sunrise's**  31:15
31:25 32:4,13
37:22 49:15
51:23 63:21
64:9 74:3,6
77:2 93:6
106:7 114:3
117:25 118:6
119:3
**super**  114:4
117:12

**superiors**
100:24
**supervisor**
67:19
**supposed**  28:10
**sure**  9:13 11:14
12:2 14:15
16:18 23:10
25:2,10 27:14
38:18 40:23
44:9,18 51:19
52:12 56:3,7
57:14 58:20
60:17 61:10,16
62:18,20 63:11
69:13 73:10
80:10 83:23
88:12 89:4,10
89:17 90:13,16
91:25 92:19
94:11 99:9,22
102:18,18
112:6,7 115:14
117:22 132:18
**surprised**
23:20
**suspect**  77:13
**swear**  8:5,8
**switched**  21:22
**sworn**  8:16
104:19 105:6
135:9

**t**

**t**  4:8 5:1 138:3
138:3
**table**  12:14,16
12:17
**take**  6:16 12:1
13:1,4 33:22
37:9 48:18
49:19 53:6
55:10 56:14
59:13 65:24
67:17,22 76:6
77:11,18 91:11
94:20 96:13
104:15 112:1
**taken**  2:2 6:20
9:22 10:10
78:19
**takes**  104:8,9
**talk**  50:6,7
54:16 82:13
115:18 132:11
**talked**  59:16
62:9 89:24
92:2 115:3,17
123:22
**talking**  40:18
55:23 64:24
70:25 71:2,25
81:12 112:6,11
112:20 113:16
113:17 121:23
132:12
**tamales**  70:15

**target**  82:5
84:5,7,15
85:17
**targeting**  74:14
**tbacon**  3:11
136:2
**team**  98:12
**ted**  44:11 49:20
128:6
**telephone**  26:6
**tell**  35:23,24
39:5 53:11
71:20 72:15
73:2 79:21
81:3 92:1
97:14,17,20
98:4,16 99:23
100:2 101:9
102:7 109:7
113:5 115:3,18
125:13 128:21
**telling**  47:5
48:22 49:5
55:1,2 58:24
65:11 66:20
67:5 70:3 87:1
108:15 110:15
115:5 116:8,15
116:20 118:9
132:10
**tells**  84:22 97:8
**teri**  1:24 2:5
7:5 57:15
135:4,25

Page 26

**[terminated - took]**

| | | | |
|---|---|---|---|
| **terminated** | 127:16 133:7 | 83:8 93:7,18 | **titled**  34:1 |
| 29:17 | **think**  16:14,19 | 121:17,24 | **today**  7:5 9:15 |
| **terms**  130:7,24 | 21:5 23:20 | **time**  6:7 7:11 | 13:15 17:5,22 |
| 131:6 | 24:6,23 25:4 | 21:24 22:23 | 17:23 93:23 |
| **territory**  35:5 | 26:6,22 28:5 | 28:2,4 29:20 | 105:4 |
| **testified**  8:17 | 28:15 29:14 | 31:5,9,23,24 | **today's**  6:6 |
| **testify**  135:9 | 30:4 31:12 | 46:13 47:12 | **todd**  3:5 |
| **testimony**  10:4 | 33:18 36:4 | 52:16 53:5 | **told**  17:12 32:7 |
| 13:15 14:1,5 | 47:3 49:19 | 58:13 59:3 | 32:23 46:15,17 |
| **text**  102:3 | 54:7 55:21 | 60:24 61:10,14 | 50:15 54:2 |
| **thank**  9:2,12,20 | 58:25 60:11,22 | 70:10 74:1,18 | 63:19 65:20 |
| 11:13 31:1 | 67:8 68:8 | 75:10,12 78:14 | 67:24 71:21 |
| 40:11,14 41:21 | 69:21,22 82:10 | 78:22 85:9 | 72:16 74:22 |
| 41:23 57:23 | 82:25 83:3,6,6 | 87:19 91:11 | 76:25 80:3 |
| 104:7 132:17 | 83:8,11 87:3 | 96:14 105:17 | 82:19 98:17 |
| 132:24 | 89:11,18,24 | 106:3 114:12 | 99:1,24 100:3 |
| **thanks**  25:9 | 90:2,22 93:24 | 115:7 116:23 | 100:24 101:25 |
| 78:8 | 95:2 105:14,25 | 118:13 121:25 | 101:25 103:20 |
| **theirs**  35:11 | 106:20 107:9 | 124:2,9,17 | 105:16 110:18 |
| 117:15 | 125:19,20,25 | 127:22 129:11 | 115:13,16,17 |
| **theodore**  3:6 | 128:4 132:21 | 129:18 133:11 | 117:1 119:2,11 |
| 7:19 136:1 | **thinking**  87:23 | 135:12 136:10 | 119:20 124:16 |
| **thereof**  134:5 | 122:17 | 136:18,24 | 132:9 |
| **thing**  17:14 | **thir**  55:13 | 137:7 | **tony**  55:1 62:4 |
| 29:15 31:10 | **third**  68:9,10 | **timeline**  90:2,3 | 64:23 65:2 |
| 33:18 37:20 | **thomas**  1:10 | 90:4,5 | 66:20 67:12 |
| 45:14 52:11 | **thought**  68:18 | **times**  12:6,7 | 70:5 131:21,25 |
| 74:13 87:7 | 69:10 87:22 | 53:1 82:11 | 132:11 |
| 105:14 128:16 | 88:11 92:8 | 84:6 85:5 | **took**  55:20 |
| 130:3 | **threatened** | 101:7 | 60:12 69:11 |
| **things**  16:1 | 124:20 126:10 | **tips**  130:22 | 70:11,17,21 |
| 42:2 44:1 | **three**  4:13 5:7 | **title**  18:21 | 74:1 83:24 |
| 46:23 65:12,14 | 19:4 30:12,18 | 19:15 20:6 | 89:20 106:3 |
| 65:19 69:5 | 30:18 44:7,22 | 31:2 | 119:13 122:1 |
| 87:12 123:7 | 66:10 68:20,21 | | |

Veritext Legal Solutions
866 299-5127

**[top - verification]**

top  4:14 43:19
   43:20 44:19
   46:8 95:1,18
   96:5
total  35:15
totally  57:17
track  52:19
   69:7
trade  33:3,16
   34:2 131:18
training  32:2,6
   36:25 53:2
transcribed
   135:13
transcript
   13:25 14:2
   135:14,17
   136:6,8,10,13
   136:13,21
   137:2,2
tri  79:17
trial  6:23
tricky  10:17
tried  30:4
   56:11 67:14
   75:13,14 82:20
   84:5 85:4,16
   89:10 91:25,25
   106:23 107:17
   118:15
trigal  79:17,22
   80:14,24 81:4
   81:21 84:19
   85:5 89:8
   90:11

trouble  105:3
trucks  30:4
true  45:11
   134:6,9,12
   135:14
truth  135:9,9
   135:10
truthful  13:15
try  9:24 10:21
   32:9 33:22
   48:23,25 85:13
   89:13 105:22
   114:5 130:21
trying  37:9
   46:23 48:14,18
   50:23 56:4
   65:4,15 67:21
   69:21 81:7,25
   82:1,6 83:14
   83:23 89:3,17
   89:19 92:13
   94:4 118:19
   122:10,14
   130:4 132:1,13
two  5:8 11:5
   30:20 78:23
   83:8 133:12
type  32:23 76:5

**u**

u.s.  6:23
uh  44:21 59:14
   64:5 70:19
   71:16 72:13
   76:15 79:16
   80:4 86:2 90:7

102:16 113:10
   113:13
ultimately  42:3
um  16:11 21:1
   27:18,21 33:13
   41:20 45:21
   46:9 60:8 65:6
   70:8 74:7
   79:20 80:13
   81:22 83:20
   84:1 88:4,8
   91:21 97:13
   109:15 113:7
   114:7,11,13
   128:14
uncle's  61:23
under  10:5
   13:7 40:2 42:6
   107:6 134:10
   134:11
understand
   10:3 12:22,22
   14:6,16 27:14
   32:17 83:24
   95:3 102:12
   103:2 109:12
   119:19
understanding
   48:2 121:12
understood
   10:13 28:13
   33:24 38:14
   59:23 77:7
   89:4 113:2

uniform  19:10
   19:14,16,19
   20:4 30:9,10
unit  6:18
united  1:1
   134:11
upset  63:24
   64:3 92:7
usa  1:4,15 2:3
   2:11 5:6 6:22
   7:18 93:17
   136:4 138:1
use  32:13,20
   33:2 35:22
   79:25 87:22
used  30:5 34:15
   34:20 59:19
   80:1 87:3,13
   102:7
using  33:14
   81:6 82:15,15
   85:21 128:19
usually  73:6

**v**

vaguely  26:15
valley  35:8
various  12:6
venting  47:4
verbal  28:12
verbally  105:16
   109:7
verification
   95:18 96:8,10
   96:18

**[verified - wondering]**

| | | | |
|---|---|---|---|
| **verified** 100:12 | 90:11 91:24 | 50:6 51:19 | **week** 122:16 |
| 103:4,6 | **visited** 81:4 | 54:16 55:17 | **weeks** 122:17 |
| **verify** 100:15 | 85:2 90:13 | 59:21 63:14 | **went** 27:12 |
| 100:21 102:24 | **visiting** 36:21 | 66:9 77:15 | 28:5 32:7 |
| 103:9 111:20 | 37:16 90:16,16 | 80:25 81:10 | 34:15 38:24 |
| **veritext** 3:14 | **visits** 85:10 | 86:9 87:22 | 45:23 47:6 |
| 7:4,6 136:7,9 | **voiced** 48:5 | 95:6 96:2 97:7 | 50:11 54:25 |
| 136:11 | **volume** 25:3 | 98:4 99:20 | 69:17 74:24 |
| **versions** 114:3 | 39:14 42:2,16 | 100:5 101:13 | 75:18 80:14,14 |
| **versus** 6:22 | 57:6 | 101:23,24 | 81:5,20,23 |
| **vi** 32:18 | **vs** 1:5,14 136:4 | 106:12 115:6 | 82:2,7,10 |
| **vide** 132:25 | 138:1 | 123:19,21 | 87:23 91:23 |
| **video** 6:15,19 | **vuyphan** 5:9 | 125:16 128:18 | 114:19 115:8 |
| 57:22 | 111:14 112:21 | 129:11 | 122:25 124:12 |
| **videographer** | 113:8 | **wanted** 27:11 | 130:4 |
| 3:14 6:4 7:4 | | 27:12 38:2 | **west** 3:7 |
| 8:5,11,19,20,25 | **w** | 50:7 56:10 | **whittier** 13:23 |
| 11:2,9,12,15,21 | | 59:18,22 67:17 | 35:7 36:6 |
| 24:10,11,17,18 | **wait** 15:9 44:14 | 68:3 77:8 | **winning** 92:22 |
| 24:24 25:7,11 | 62:6 95:23 | 84:12 86:14 | **witness** 2:2 4:3 |
| 57:4,5,9,11,14 | 99:3 115:15 | 104:4 107:14 | 6:13 7:22 8:6,8 |
| 57:18,20 78:5 | 116:11,13 | 125:15 | 8:21 9:1 11:3 |
| 78:10,12,20 | 118:2 119:15 | **wanting** 87:2 | 11:11,14,16,20 |
| 133:2,4,6,8,9 | 119:23 120:10 | **wants** 103:19 | 11:23 14:11 |
| **videotaped** | 131:9 132:25 | 103:25 115:19 | 24:22 57:21 |
| 1:18 2:1 | **waiting** 122:15 | 129:18 | 78:2 103:21,24 |
| **view** 15:13 | **waived** 136:23 | **water** 18:20,22 | 104:3 108:24 |
| 17:18 50:5 | 136:23 | 19:9 | 109:2,5 126:19 |
| **violation** 32:12 | **waiving** 136:20 | **way** 14:15 | 126:21 135:7 |
| **virtual** 10:16 | **walk** 67:14 | 51:11,11 62:9 | 135:23 136:13 |
| **virtually** 6:9 | 73:8 | 107:17 116:7 | 136:16 137:2,5 |
| 7:2 | **walked** 67:13 | **we've** 125:3 | 138:2,24 |
| **visit** 38:25 75:5 | **want** 11:19,23 | 126:15,23 | **wondering** |
| 81:1,21 82:5 | 12:8,19,25 | **wednesdays** | 61:4 |
| 85:4 89:8 | 21:5 27:11 | 85:12,13 | |
| | 29:22 39:18,22 | | |
| | 43:22 44:9,14 | | |

**[word - zuniga]**

| word | 66:12,15 |
| | 66:17 106:22 |
| work | 14:16 |
| | 20:11 30:8 |
| | 32:15,21 34:15 |
| | 34:17,21 54:9 |
| | 77:25 87:19 |
| | 120:9 |
| worked | 59:17 |
| | 69:12,15,17 |
| | 85:15 |
| workers | 53:24 |
| | 54:18 |
| working | 20:3 |
| | 28:11 30:14,16 |
| | 32:21 33:1 |
| | 35:19 42:8,18 |
| | 61:20 111:4 |
| | 121:20 127:19 |
| works | 54:7 |
| | 77:24 |
| worries | 126:4 |
| worry | 48:24 |
| | 90:5 |
| write | 101:3,4 |
| | 125:10 |
| wrong | 8:22 |
| | 11:1,8 41:7 |
| wrote | 88:16 |

**x**

| x | 4:1,8 5:1 |
| | 135:17 137:1 |

**y**

| yeah | 11:21 |
| | 19:24 25:7 |
| | 26:13 33:9,25 |
| | 35:8 45:5 49:4 |
| | 57:12 58:14 |
| | 59:20 61:7,15 |
| | 62:3 63:3 |
| | 77:17,20 78:10 |
| | 91:10 92:11 |
| | 94:10 98:5 |
| | 102:11 103:16 |
| | 104:6 106:5 |
| | 109:4 110:6,8 |
| | 111:25 118:15 |
| | 119:21 126:20 |
| | 126:21 133:2 |
| year | 18:13 |
| | 20:13 |
| years | 30:12,18 |
| | 30:20,22 87:9 |
| yeast | 60:21 |
| yep | 55:8 65:9 |
| | 96:21 113:19 |
| yesterday | |
| | 105:3 |

**z**

| z | 9:10 |
| zoom | 1:18 2:1 |
| | 28:9,10 40:5 |
| zuniga | 45:15 |
| | 79:15 80:18 |
| | 81:24 83:25 |
| | 86:18 88:3,20 |
| | 89:9 94:12 |

Page 30

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.